# EXHIBIT 1

## Search the WHOIS Database

Enter a domain name to search

**Private Registration**     **Local listings**

## WHOIS search results

Domain Name: OVIEDOER.COM
Registry Domain ID: 1763065052_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2018-10-29T09:29:28Z
Creation Date: 2012-11-30T20:10:50Z
Registry Expiry Date: 2020-11-30T20:10:50Z
Registrar: MarkMonitor Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895740
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Name Server: NS1.MARKMONITOR.COM
Name Server: NS2.MARKMONITOR.COM
Name Server: NS3.MARKMONITOR.COM
Name Server: NS4.MARKMONITOR.COM
Name Server: NS5.MARKMONITOR.COM
Name Server: NS6.MARKMONITOR.COM
Name Server: NS7.MARKMONITOR.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2019-07-16T15:33:46Z <<<

For more information on Whois status codes, please visit https://icann.org/epp