# EXHIBIT 2


# Emergency Care

/ Services / Emergency Care

## When you need emergency services, count on Oviedo ER<sup>sm</sup> at Oviedo Medical Center.



**Oviedo Medical Center**
8300 Red Bug Lake Rd
Oviedo, FL 32765
Phone: (407) 890-2273

Map & Directions

**Back to Main Services**

> If you think you may be experiencing a medical emergency, immediately call your doctor or 911.

When you need emergency services, count on Oviedo ER<sup>sm</sup> at Oviedo Medical Center, where quality treatment is delivered as quickly as possible by physicians, nurses and providers who care about you. Our entire ER staff is dedicated to providing the highest level of care to you and your family.



### Features:

- 24/7 adult and pediatric emergency care
- 22 private patient care rooms
- Diagnostic imaging including CT Scan, Ultrasound, X-Ray and MRI
- Laboratory services
- Physicians specializing in emergency medicine on site 24/7
- Nurses certified in Advanced Cardiac Life Support and Pediatric Advanced Life Support

**Text ER to 32222 for Avg ER Wait Time**

*Message and data rates may apply. For more info visit text help.*

### Patient Stories

**Paul Rosarius**

Paul Rosarius is a busy man who didn't have time to be sick. But friends convinced him to get checke...View story

News | Locations

## News Articles

**Oviedo Medical Center awarded Advanced Certification for Primary Stroke Centers**
Fri, August 3, 2018

Oviedo Medical Center announced that it has earned The Joint Commission's Gold Seal of Approval® and the American Heart Association/American Stroke Association's Heart-Check mark for...

**Oviedo Medical Center opens Baldwin Park Emergency Room**
Tue, May 7, 2019

Baldwin Park ER, a department of Oviedo Medical Center, opened its doors to the public today.



Oviedo Medical Center
8300 Red Bug Lake Rd
Oviedo, FL 32765

Telephone: (407) 890-2273

| Patients & Visitors | Health Info | Follow Us |
|---|---|---|
| Classes & Events | For Physicians |  |
| Locations | For Employees | |
| Pay Bill Online | Careers | |
| Pricing Information | Physician Careers | |
| Registration | Health Library | |
| Site Map | Video Library | |



HCA North Florida Hospitals



| | |
|---|---|
| Capital Regional Medical Center | Oviedo Medical Center |
| Central Florida Regional Hospital | Poinciana Medical Center |
| Fort Walton Beach Medical Center | Putnam Community Medical Center |
| HCA North Florida Division | Twin Cities Hospital |
| Lake City Medical Center | West Florida Hospital |
| North Florida Regional Medical Center | West Marion Community Hospital |
| Ocala Regional Medical Center | CareNow® Urgent Care |
| Osceola Regional Medical Center | |

HCA North Florida
101 N Monroe St., Suite 801
Tallahassee, FL  32301
Contact Us

Copyright 1999-2019 C-HCA, Inc. All rights reserved. | Terms & Conditions | Privacy Policy | Social Media Policy | Acceptable Use Policy | HCA Nondiscrimination Notice | Accessibility | Responsible Disclosure