# EXHIBIT 3

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G13000092978

Fictitious Name to be Registered: OVIEDO ER

Mailing Address of Business:  ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN 37203

Florida County of Principal Place of Business: SEMINOLE

FEI Number:

Owner(s) of Fictitious Name:

CENTRAL FLORIDA REGIONAL HOSPITAL, INC.
ONE PARK PLAZA
NASHVILLE, TN 37203   US
Florida Document Number: 654305
FEI Number: 59-1978725

**FILED
Sep 19, 2013
Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

NATALIE H. CLINE, VICE PRESIDENT & SEC.                           09/19/2013
Electronic Signature(s)                                                              Date

Certificate of Status Requested ( )      Certified Copy Requested ( )

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G17000019343

Fictitious Name to be Registered: OVIEDO ER

**Mailing Address of Business:** ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN 37203

**Florida County of Principal Place of Business:** SEMINOLE

**FEI Number:**

**Owner(s) of Fictitious Name:**

OVIEDO MEDICAL CENTER, LLC
ONE PARK PLAZA
NASHVILLE, TN 37203     US
Florida Document Number: L14000015505
FEI Number: 46-4660005

**FILED
Feb 22, 2017
Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| NATALIE H. CLINE, VICE PRESIDENT & SEC. | 02/22/2017 |
|---|---|
| Electronic Signature(s) | Date |

Certificate of Status Requested ( )     Certified Copy Requested (X)