# EXHIBIT 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC ) | |
| ) | |
| ) Case No.: _____ | |
| PLAINTIFF, ) | |
| ) | |
| v. ) HON. _____ | |
| ) | |
| ADVENTIST HEALTH SYSTEM/SUNBELT, ) | |
| INC. d/b/a ADVENTHEALTH OVIEDO ER ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## DECLARATION OF TONYA LYLES

The undersigned, Tonya Lyles, pursuant to the requirements of 28 U.S.C. 1746 and under the penalty of perjury, declare that the following is true and correct:

1. My name is Tonya Lyles, and I am the Director of Emergency Services at Oviedo Medical Center ("Oviedo ER"), operated by Oviedo Medical Center, LLC. I have worked in this capacity since December 2016.

2. My duties as Director of Emergency Services for Oviedo ER include overseeing the administrative functions of Oviedo ER, working with the medical professionals of Oviedo ER, and working with the community served by Oviedo ER.

3. As of now, Oviedo ER is the only emergency room currently operating in Oviedo, Florida and is located at 8300 Red Bug Lake Road, Oviedo, Florida 32765.

4. Since I started working with Oviedo ER in 2016, I have always referred to this emergency room as "Oviedo ER." This is how it is commonly referred to in the community, and among the medical professionals. When I hear someone talk about "Oviedo ER", I identify that

name with the emergency room operated by Oviedo Medical Center, the plaintiff in this case.

5. I understand that AdventHealth is opening a free-standing emergency room in Oviedo, Florida at 8100 Red Bug Lake Road, Oviedo, Florida, less than a mile from the Oviedo ER, and will use "Oviedo ER" in its name. Because the public and medical professionals know "Oviedo ER" as the one operated by Oviedo Medical Center on 8300 Red Bug Lake Road, I believe this will cause significant confusion between the two facilities amongst emergency responders, medical professionals, and patients and their families.

Further Declarant sayeth naught.

*Tonya Lyles*, Director of Emergency Services
Oviedo ER

This 29 day of August, 2019.