# EXHIBIT 6



# Oviedo, Florida

From Wikipedia, the free encyclopedia

**Oviedo** (/ˌoʊˈviːdoʊ/ *oh-VEE-doh*) is a city in Seminole County, Florida, United States. As of the 2010 United States Census, the population was 33,342, representing an increase of 7,026 (26.7%) from the 26,316 counted in the 2000 Census.[6] It is part of the Orlando–Kissimmee–Sanford Metropolitan Statistical Area. Oviedo is known for its historic houses and buildings, as well as its population of chickens that roam the downtown area. Although the city has historically been rural, in recent years it has had an influx of new developments to support its rapid growth, due to its proximity to the University of Central Florida and the Central Florida Research Park. Several national publications have placed Oviedo on their nationally ranked lists as one of the best places to live in the US.[7][8][9]

| Oviedo, Florida |
| --- |
| City |
|  |
| The Wheeler-Evans House |
|  |
| Seal |
| Motto(s): "Growing in the right direction"[1] |
|  |
| Location in Seminole County and the state of Florida |
| Coordinates: 28°39′35″N 81°11′45″W |
| Country | United States |
| State | Florida |
| County | Seminole |
| Government | |
| • Mayor | Dominic Persampiere |
| • City manager | Bryan Cobb |
| Area[2] | |
| • Total | 15.66 sq mi (40.57 km²) |
| • Land | 15.39 sq mi (39.86 km²) |
| • Water | 0.28 sq mi (0.71 km²) |
| Elevation | 48 ft (14.6 m) |
| Population (2010) | |
| • Total | 33,342 |
| • Estimate (2018)[3] | 41,557 |
| • Density | 2,556.18/sq mi (986.93/km²) |
| Time zone | UTC-5 (EST) |
| • Summer (DST) | UTC-4 (EDT) |
| ZIP codes | 32762, 32765, 32766 |
| Area code(s) | 407, 321, 689 |
| FIPS code | 12-53575[4] |
| GNIS feature ID | 0288305[5] |
| Website | City of Oviedo, Florida Website[] |

| Historical population | | |
| --- | --- | --- |
| Census | Pop. | %± |
| 1930 | 1,042 | — |
| 1940 | 1,356 | 30.1% |
| 1950 | 1,601 | 18.1% |
| 1960 | 1,926 | 20.3% |
| 1970 | 1,870 | −2.9% |
| 1980 | 3,074 | 64.4% |
| 1990 | 11,114 | 261.5% |
| 2000 | 26,316 | 136.8% |
| 2010 | 33,342 | 26.7% |
| Est. 2018 | 41,557 [3] | 24.6% |
| U.S. Decennial Census[12] | | |

**Contents** [hide]
1 Name
2 Geography
3 Demographics
4 Awards and press
5 History
6 Historic downtown
7 New developments
8 Attractions
  8.1 Oviedo chickens
9 Schools
  9.1 Elementary schools
  9.2 Middle schools
  9.3 High schools
  9.4 Private schools
10 Local publications
11 Weather events
  11.1 2004 hurricane season
  11.2 Tropical Storm Fay
12 Notable people
13 See also
14 References
15 External links

## Name [edit]

In the late 1870s, individuals living a few miles south of Lake Jesup needed an easily accessible post office in the Florida back country. Andrew Aulin, an early settler and shop-owner, decided to file paperwork for a post office, and in his first site location report, needed a name that was different from any other post office in Florida.[10] Aulin liked having a Spanish name, "to go with the Spanish name of the state," and decided to name his post office location Oviedo after the city of Oviedo in northern Spain (the capital city of the Principality of Asturias) and the University of Oviedo.[10] Some say he visited the university, while others say he just liked the sound of it, but most agree that he likely pronounced the name *oh-vee-AY-doh* rather than the Americanized way of *oh-VEE-doh*.[citation needed]

## Geography [edit]

Oviedo is located at 28°40′13″N 81°12′30.5″W.[11]

According to the United States Census Bureau, the city has a total area of 40.0 km² (15.4 mi²). 15.1 square miles (39 km²) of it is land and 0.3 square miles (0.78 km²) of it (2.07%) is water. Oviedo is located about 20 minutes from downtown Orlando, Florida. by highway (SR 417 and SR 408). The Econlockhatchee River runs through the east part of the city, and a tributary, the Little Econlockhatchee River, runs through the southern part of the city.

## Demographics [edit]

According to the 2010 United States Census, there were 33,342 people and 11,125 households residing in the city. The racial makeup of the city was 81.9% white, 8.6% black or African-American, 3.8% Asian, 0.2% Native American, and 2.8% from two or more races. Hispanic or Latino of any race was 16.3% of the population.

By the 2017 estimate, there were 40,785 people and 11,717 households residing in the city. The racial makeup of the city was 79.9% white, 9.6% black or African-American, 4.4% Asian, 0.2% Pacific Islander, 0.1% Native American, and 2.5% from two or more races. Hispanic or Latino of any race were 21.3% of the population.[13]

In 2010, there were 11,125 households out of which 46.7% had children under the age of 18 living with them, 63.4% were married couples living together, 12.1% had a female householder with no husband present, 4.8% had a male householder with no wife present, and 3.4% had someone living alone who was 65 years of age or older. The average household size was 2.99 and the average family size was 3.28.

As of 2017, the population was spread out with 25.9% under the age of 18 and 9.8% over the age of 65. The city was 51.4% female. The median income for a household in the city was $84,916, and the per capita income was $32,834. About 7.0% of the population was below the poverty line. Of adults twenty-five years or older, 95.4% graduated from high school, and 43.9% held a bachelor's degree.[13]

## Awards and press [edit]

The city of Oviedo has received several accolades in national publications:

- Oviedo was listed as one of the Top 10 Towns for Families in Family Circle's August 2011 issue.[7]
- Oviedo was voted Best Places to Raise Kids in Florida in Businessweek for 2013.[14]
- Oviedo was ranked #100 on CNN Money Magazine's Best Places to Live 2009.[15]

## History [edit]

Up through the early 19th century, the area encompassing Oviedo was sparsely populated save for a few Seminoles and African-American Freemen who associated with the Seminole tribe, known as Black Seminoles, in what was then Spanish Florida. The Seminole tribe had larger clusters of population in other areas of Central Florida, such as nearby Lake Jesup.[16]

The population remained sparse until after the American Civil War, when people devastated by war starting moving South to begin a new life. One mile to the southeast side of Lake Jesup, a small hamlet of settlers established the "Lake Jesup Settlement" in 1875. Letters from that era showcased a difficult life for the Florida Cracker settlers: cooking outdoors with wood stoves, sleeping under mosquito nets, and burning rags to keep the insects away. Wildlife was plentiful, however. Initially, this settlement had around 40 families, but quickly evolved into a thriving trading post. The settlement was named "Oviedo" by Andrew Aulin when the first post office was established to honor the state's Spanish heritage.[17]

Several people played a prominent role in establishing Oviedo's history. George Powell was an early settler who ran a large tract of land, referred to as the "Powell Settlement", which today encompasses most of the northern part of the city—including the downtown area. One of Powell's sons, Lewis Powell, (alias Lewis Payne), became infamous for being John Wilkes Booth's primary accomplice in the plot to assassinate President Abraham Lincoln.[17]

George Powell's friend, Dr. Henry Foster, was instrumental in transforming Oviedo's citrus and celery industry from obscurity to prominence by giving Oviedo reliable transportation to deliver its goods. He paid for a railway link to Oviedo and founded the Lake Jesup Steamboat Company. Agriculture was Oviedo's primary industry all the way through the 1940s. Dr. Foster was also responsible for establishing the Lake Charm area as a resort to entice visitors from the North to vacation in the winter. Dr. Foster encouraged settlers to begin attending regular church services on a site of the "Powell Settlement" that would become the First Methodist Church of Oviedo.[17]

A citrus-grower named Butler Boston is also credited for helping establish Oviedo's citrus economy by successfully grafting tangerine budwood to grow tangerines, as well as budding the succulent Temple orange from Jamaica to several Oviedo fields. Butler Boston was the son of a doctor, Alexander Atkinson, who had fathered Butler, along with several others with freed black women on his family's plantation.[18] Dr. Atkinson moved to Oviedo in 1871 with the 12-year-old Butler to both set up a medical practice and buy a farm. Atkinson gave the land to his son after a freeze when he moved back to Georgia. Boston was so successful that he was hired to bud other Oviedo fields. He became a spokesman for the large black community in the area, and was especially devoted to improving their educational opportunities, serving as a local school trustee. He was also an accomplished bricklayer and oversaw the planning and construction of a new building for the Antioch Baptist Church. His legacy is noted today throughout Oviedo, in sites such as Boston Street, Boston Alley, Boston Cemetery, Boston Hill and Butler Boston Court. His home site is where Canterbury Retreat and Conference Center is located. Its centerpiece is Lake Gem, named by the Boston family for a close family member.[17][19]

Andrew Duda Sr., a Slovak immigrant, established a farm in nearby Slavia in the early 20th century. He left after failing to produce successful crops, but saved up money and returned in 1926 to try again. The second time, he was extraordinarily successful and his farm survived even through the Great Depression. In fact, in 1939, he was able to build St. Luke's Lutheran Church, which has since expanded into a large Lutheran community. The Duda family started a sod division in the 1970s that has since flourished and continues today. The west entrance of Oviedo cuts straight through the sod farm.[17]

Oviedo experienced a major growth spurt during the boom years of the 1920s, and new buildings and banks were built on the main street of downtown, named "Broadway". Some of these buildings still remain, along with the complex of buildings surrounding the Nelson and Co. packing house, which was the center of Oviedo's agricultural industry for decades. This agricultural complex eventually shut down for good during the 1980s after a series of winter freezes. At that time, commercial development had already replaced agriculture as Oviedo's main industry.[17]

Oviedo made the transition from a rural hamlet, to a town, and then, in 1967, became a city through a special referendum. Five miles south of Oviedo, in 1963, residents learned about the impending building of a "space university" in the *Orlando Morning Sentinel*. Many faculty and staff members of Florida Technological University (now the University of Central Florida) moved into Oviedo, and new businesses and industry soon followed. The adjacent Central Florida Research Park, originally established in 1978, has since become the largest research park in Florida. This has resulted in an exploding population with many new developments in recent years. As the city has grown, its animals have remained a part of the city's character. Although hogs can no longer be seen walking free, chickens and roosters continue to roam the downtown area and have become an Oviedo attraction.[17]

## Historic downtown [edit]

Most of the buildings in the downtown historic area were constructed between the end of the 19th and early 20th century. The Nelson and Company Historic District, the R.W. Estes Celery Company Precooler Historic District, the First Methodist Church of Oviedo, and several houses in Oviedo are listed in the National Register of Historic Places.[20][21] The nearby Oviedo Mall features murals of historic areas along with pictures of early European and African-American settlers in the area.

State Road 434, which cuts through downtown Oviedo, is currently being widened and several buildings have been demolished. The Oviedo Preservation Project[22] has been tasked with photographing and documenting the buildings for posterity.

An African-American Oviedo pioneer named Mathew Powell established the Antioch Missionary Baptist Church in April 1875.

Although not located in the downtown area, the historic Lake Charm settlement is nearby. This settlement, established by Dr. Henry Foster in the 1860s, became one of the first resorts in Florida. It lasted as a resort until the 1890s. Several winter homes built during that era still stand today.

## New developments [edit]

In 2015, the city of Oviedo dedicated a brand new downtown development just south of the current "old downtown" along Oviedo Boulevard. The new town center, named "Oviedo on the Park", is a mixed use development with townhouses, apartment homes, restaurants, and retail. It is centered around the new Center Lake Park with a man-made lake, large amphitheater, playground and veterans tribute.

A 64-bed hospital called the Oviedo Medical Center opened in January, 2017. A new emergency room (ER) hospital, called Oviedo ER, was completed in 2014. Oviedo ER is a department of Central Florida Regional Hospital.[23] The Oviedo ER is located on the corner of Red Bug Lake Road and West Broadway.

The Oviedo Mall, a single-story indoor mall with a movie theater built in 1998, has recently undergone a large-scale renovation by its new owners, 3D Investments. BJ's Restaurant & Brewery[24] opened across from the Oviedo Mall in August 2014. Paul Stanley and Gene Simmons of the rock group KISS hosted a grand opening celebration for their new Rock & Brews in Oviedo in January 2015.[25] In January 2016, Oviedo's new, expanded Townhouse Restaurant opened a few hundred feet from their old, iconic establishment, which was demolished to make room for the new road project.[26]

Oviedo's new Gym & Aquatic Center features a waterslide, kid's water park, and a large Olympic-sized pool with multiple lanes. Oviedo's Riverside Park also contains a pool, but also in addition has tennis courts and a skate park.[27]

Oviedo also has a YMCA, golf course, county library branch, Little League, bowling/pinball center, a boating complex, and a nature nursery. Several large retailers in Oviedo include Target, Home Depot, and Lowe's amongst others.

Oviedo is also home to numerous housing developments including Alafaya Woods, Whispering Woods, Aloma Woods, Remington Park, Huntington, Carillon, Little Creek, Sanctuary, Kingsbridge, Riverside, Riverwind Apartments, Twin Rivers, Waverlee Woods and Bear Creek. Newer subdivisions include Oviedo Forest, Oviedo Gardens, Providence, Clayton's Crossing, Stratford Green, the Trails, Live Oak Reserve, and Aulin's Landing of Oviedo—named after one of the city's founding settlers and first postmaster, Andrew Aulin.

## Attractions [edit]

Black Hammock Adventures is a complex that offers airboat rides and a display of live gators. Lukas Butterfly Encounter is also located in Oviedo. The Pinball Lounge, located in the Oviedo Bowling Center, has the largest concentration of pinball machines in the state.[28]

The "Oviedo Lights" is a local roadside attraction.[29] A mural dedicated to the phenomenon is painted on the wall of the local Tijuana Flats.

**"The Rising"**[30]

This annual event is held the last Saturday each October and invites the entire town to travel a 5K route that leads past 10 historic sites, then "enjoy a homemade pancake breakfast while watching an interactive performance from actors in costume portraying Oviedo's founders, who are back from beyond the grave for one magical weekend." This is a kid-friendly event not designed to be scary, but to educate people on the town's history.

**Oviedo chickens** [edit]

Part of Oviedo's southern charm is the population of chickens that roam the downtown area. There are so many of them roaming the area that traffic often stops as they cross the roads. The chickens have been featured on Oviedo T-shirts and coffee mugs and a poster commemorating one of Oviedo's yearly festivals, "A Taste of Oviedo." An image of a rooster is painted on all welcome signs for roads leading into Oviedo, and many residents have bumper stickers that say, "I brake for Oviedo's chickens".

Contrary to what some believe, there are no specific laws or statutes surrounding the chickens, neither for their protection nor for their removal - the latter being something some residents would like to see due to the danger they pose with traffic in the congested town center. For others, however, the chickens add an element of fun.

There are city ordinances that protect birds in the city limits, and the entire city is designated a bird sanctuary. Chickens are afforded the courtesy of protection under the code.[31]

The chickens were also the subject of a short documentary that was part of the Florida Film Festival 2009.[32]

A chicken in Oviedo

## Schools [edit]

The city of Oviedo's public schools are a part of Seminole County Public Schools. Oviedo contains 6 public elementary schools (K-5); 3 public middle schools (6-8); and 2 public high schools (9-12). The city of Oviedo is also home to a branch of Seminole State College of Florida, the Orlando campus of Reformed Theological Seminary, and borders the University of Central Florida in Orlando.

**Elementary schools** [edit]

- Carillon Elementary School
- John Evans Elementary School
- Lawton Elementary School
- Marguerite Partin Elementary School
- Douglas Stenstrom Elementary School
- Joan Walker Elementary School (in Chuluota)

**Middle schools** [edit]

- Jackson Heights Middle School
- Lawton Chiles Middle School
- Tuskawilla Middle School (Close to the Oviedo/Winter Springs border)

**High schools** [edit]

- Oviedo High School
- Paul J. Hagerty High School
- Lake Howell High School

**Private schools** [edit]

- The Master's Academy (Pk-12) (Christian)
- St. Luke's Lutheran School (Pk-8) (Lutheran)
- Teen Transformation Ministries (All Male) (Special Education) (Christian)
- Tuskawilla Montessori Academy (3-12) (Secular)
- Oviedo Montessori School (Preschool-1) (Secular)

## Local publications [edit]

The Seminole Voice and The Seminole Chronicle (publication ceased in July 2014) are both print newspapers that cover Seminole County news, with a focus on the Winter Springs, Oviedo, and Chuluota areas of the county. The Oviedo Voice has covered Oviedo since 1993. The Oviedo Citizen is an online publication that has been covering Oviedo news since August 2008.

## Weather events [edit]

### 2004 hurricane season [edit]

In August 2004, the northwestern side of Hurricane Charley passed directly over Oviedo while still a category 2 storm.[33] More than half the city, as well as much of the surrounding unincorporated areas, had no power for five to seven days. School was not in session county-wide for one full school week. The damages ranged from toppled oaks to destroyed homes. The worst damage was in Palm Valley, a mobile home retirement community less than a mile from UCF. Charley's damage in Oviedo is considered to be the worst in Seminole County history. Barely a month later, hurricanes Frances and Jeanne further battered the area resulting in additional damage and power outages, but they did not reach the level of Charley's fury.

### Tropical Storm Fay [edit]

Tropical Storm Fay was stationary over Oviedo for days during 2008 with high winds, heavy rains, and flooded roads.

## Notable people [edit]

- Jenny (Barringer) Simpson - professional runner and Olympic medalist, current American record holder in steeplechase[34]
- Mark Bellhorn - professional baseball player
- Denée Benton - Broadway actress/singer
- Blake Bortles - NFL quarterback for the Los Angeles Rams
- Ryan Carpenter - professional hockey player for the Vegas Golden Knights
- Kayli Carter - actress
- Talia Joy Castellano - thirteen-year-old Internet celebrity, died from neuroblastoma and preleukemia
- Jeff Driskel - Louisiana Tech Bulldogs and Cincinnati Bengals quarterback[35]
- Zach Eflin - professional baseball player for the Philadelphia Phillies of the MLB.
- Randy Fontanez - former professional baseball player for the New York Mets, Los Angeles Dodgers & Team Puerto Rico of the 2013 World Baseball Classic
- Stuart Fullerton - entomologist, founder of the "Bug Closet" at the University of Central Florida[36]
- Hal King - former Major League Baseball player[37]
- Robert T. Kuhn - past president of the Lutheran Church–Missouri Synod[38]
- Chaunte Lowe - Olympic medalist high jumper
- Theodore Mead - horticulturalist and naturalist
- Peter Pritchard - zoologist specializing in turtles and tortoises, founder of the Chelonian Research Institute
- Tom Rhodes - comedian and actor
- Monty Sopp - professional wrestler under the ring names Billy Gunn and "The Outlaw"
- Shin-Tson Wu - optical physicist and pioneer of liquid crystal displays

## See also [edit]

- Oviedo Mall
- Chuluota, Florida
- Taintsville, Florida
- Winter Springs, Florida
- Orlando, Florida
- Category:People from Oviedo, Florida

## References [edit]

## References [edit]

1. ^ "City of Oviedo, Florida Website". City of Oviedo, Florida Website. Retrieved September 22, 2012.
2. ^ "2016 U.S. Gazetteer Files". United States Census Bureau. Retrieved Jul 7, 2017.
3. ^ a b "Population and Housing Unit Estimates". Retrieved July 23, 2019.
4. ^ "American FactFinder". United States Census Bureau. Retrieved 2008-01-31.
5. ^ "US Board on Geographic Names". United States Geological Survey. 2007-10-25. Retrieved 2008-01-31.
6. ^ "U.S. Census Bureau - State & Count Quickfacts - Oviedo (city), Florida". quickfacts.census.gov. 2010-04-01. Retrieved 2012-05-29.
7. ^ a b "Top 10 Towns for Families". Family Circle. August 2011. Retrieved 2011-12-05.
8. ^ "The Best Places to Raise Kids 2013".
9. ^ "Money Magazine Best Places To Live List 2009".
10. ^ a b Adicks, Richard; Neely, Donna (1992). *Oviedo: Biography of a Town* (2nd ed.). Oviedo, Florida: Richard Adicks and Donna Neely. p. 13.
11. ^ "US Gazetteer files: 2010, 2000, and 1990". United States Census Bureau. 2011-02-12. Retrieved 2011-04-23.
12. ^ "Census of Population and Housing". Census.gov. Retrieved June 4, 2015.
13. ^ a b "QuickFacts, Oviedo, Florida". Retrieved December 8, 2018.
14. ^ "The Best Places to Raise Kids 2013".
15. ^ "Money Magazine Best Places To Live List 2009".
16. ^ *Early Days of Seminole County*. Oviedo: Museum of Seminole County History.
17. ^ a b c d e f g Addicks, Richard; Neely, Donna (1992). *Oviedo The Biography of a Town*. Oviedo: Luthers. ISBN 978-0-615-16643-8.
18. ^ http://www.canterburyretreat.org/atkinson-boston-family-files/
19. ^ http://canterburyretreat.org/about/canterburys-history/
20. ^ "NATIONAL REGISTER OF HISTORIC PLACES Listings September 28, 2001". Department of Interior. 2001-09-28. Retrieved 2015-10-15.
21. ^ "NATIONAL REGISTER OF HISTORIC PLACES Listings July 27, 2007". Department of Interior. 2007-07-27. Retrieved 2015-10-15.
22. ^ "The Oviedo Preservation Project".
23. ^ "Central Florida Regional Hospital Website". Central Florida Regional Hospital. Retrieved September 1, 2015.
24. ^ "Oviedo to get BJ's Brewhouse". Seminolechronicle.com. 2014-02-26. Retrieved 2014-03-25.
25. ^ "Rock and Brews Hosts Grand Opening". Centralfloridafuture.com. 2015-01-06. Retrieved 2015-10-25.
26. ^ http://www.wesh.com/article/new-townhouse-restaurant-in-oviedo-open/4446781
27. ^ "City of Oviedo Parks and Recreation". City of Oviedo official website. Retrieved 2015-10-25.
28. ^ "Pinball enthusiasts open The Pinball Lounge inside Oviedo Bowling Center". *Orlando Sentinel*. Retrieved 2016-09-15.
29. ^ "The Oviedo Lights". Weirdus.com. Retrieved 2015-10-25.
30. ^ "The Rising Run 5K – An Oviedo Tradition – It's a 5K. It's a Cemetery Tour".
31. ^ Article I. Sec. 10-1 of Oviedo Code of Ordinances (1996). "City designated a bird sanctuary". Retrieved 2011-12-05.
32. ^ titanicca37 (14 March 2009). "Oviedo Chickens Documentary" – via YouTube.
33. ^ [1] Archived June 29, 2011, at the Wayback Machine
34. ^ "Jenny Simpson". US Track & Field. Retrieved February 2, 2013.
35. ^ "Jim Driskel". ESP College Football. Retrieved February 2, 2013.
36. ^ Clarke, Sara K. (2014-04-10). "Stuart Fullerton: Curator who founded 'Bug Closet' at UCF". *Orlando Sentinel*. Retrieved 2014-05-04.
37. ^ "Hal King Stats". Baseball Almanac. Retrieved February 2, 2013.
38. ^ Foerster, Robert (22 July 2013). "LCMS Convention Update - Monday, July 22nd". LCMS Eastern District. Retrieved 22 July 2013.

## External links  [edit]

- City of Oviedo, Florida Website Portal style website, Government, Business, Library, Recreation and more
- City-Data.com Comprehensive Statistical Data and more about Oviedo
- Seminole County Convention and Visitors Bureau
- Oviedo - Winter Springs Regional Chamber of Commerce
- GFWC Oviedo Woman's Club
- Great Day in the Country Arts & Crafts Festival


Wikimedia Commons has media related to *Oviedo, Florida*.

| v · t · e | Municipalities and communities of Seminole County, Florida, United States | [show] |
|---|---|---|
| v · t · e | Greater Orlando | [show] |
| v · t · e | State of Florida | [show] |

Categories: Cities in Seminole County, Florida | Econlockhatchee River | Greater Orlando | Cities in Florida

This page was last edited on 25 August 2019, at 23:59 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Developers   Cookie statement   Mobile view

