# EXHIBIT
# 8

**News**Room

9/10/13 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2013 WLNR 22704514

Orlando Business Journal
Copyright © 2013 American City Business Journals, Inc.

September 10, 2013

HCA names administrator for new **Oviedo ER**

Megan Anderson

Central Florida Regional Hospital Inc. on Sept. 10 named Janet Livingston the administrator of the new freestanding emergency department in Oviedo.

Livingston previously worked in administrative roles at Orlando Health for the past 25 years.

In her new job, she will oversee the $9.7 million, 11,000-square-foot facility, which is set to open in November at the intersection of Red Bug Lake Road and Broadway Avenue. The **Oviedo ER** will employ 35 full-time staff and four emergency medicine physicians and is expected to serve more than 10,000 residents in Oviedo and east Seminole County.

Central Florida Regional Hospital is owned by Nashville, Tenn.-based HCA (NYSE: HCA), which operates about one-fourth of the hospitals in Florida, has two local hospitals: Central Florida Regional Hospital in Sanford and Osceola Regional Medical Center in Kissimmee.

See previous stories on the **Oviedo ER**:

HCA breaks ground on Oviedo emergency department HCA planning freestanding emergency department in Oviedo

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- **Index References** ----

Company: HCA INC; CENTRAL FLORIDA REGIONAL HOSPITAL INC

Industry: (Healthcare Service Providers (1HE78); Critical & Intensive Care (1CR27); Hospital (1HO39); Healthcare Practice Specialties (1HE49); Hospital Administration (1HO60); Healthcare (1HE06); Healthcare Services (1HE13))

Region: (U.S. Southeast Region (1SO88); North America (1NO39); Tennessee (1TE37); Florida (1FL79); USA (1US73); Americas (1AM92))

Language: EN

Other Indexing: (Janet Livingston)

Word Count: 178

**End of Document**                                           © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# NewsRoom

10/1/13 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2013 WLNR 24608053

Orlando Business Journal
Copyright © 2013 American City Business Journals, Inc.

October 1, 2013

## HCA's **Oviedo ER** may add medical tinge to nearby development

Abraham Aboraya

November's going to be a big month in Oviedo: The Seminole County city will get its first hospital ... ish.

Nashville, Tenn.-based HCA Holdings Inc.built a $9.7 million, 11,000-square-foot freestanding emergency department in Oviedo, slated to open next month.Central Florida Regional Hospital Inc.named Janet Livingston administrator of the 11,000-square-foot facility Sept. 10.

Why does it matter?Well here's an outcrop of that: I spoke to Marc Massar, one of the property owners of a 12.5-acre parcel at the southwest corner of Oviedo Mall Boulevard and State Road 426, the land adjoining the freestanding ER.

While he wouldn't get into too many details because of pesky non-disclosures, he said some of the 12.5 acres — see the map below — is under contract to be sold to a developer, looking to build a medical office building.What's more, in addition to retail outparcels, Massar said the land owner is considering a hotel.

And that wasn't the case before HCA came in with an emergency room.

"That changed the focus," Massar said. "We were focused on all retail, but the hospital changed the focus to medical office buildings and made the hotel more likely."

So what do you think?Will an injection of medical space next to the mall pump up area development?

Did you find this article useful?Why not subscribe to Orlando Business Journal for more articles and leads?Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- Index References ----

Company: HCA HOLDINGS INC; CENTRAL FLORIDA REGIONAL HOSPITAL INC

Industry: (Critical & Intensive Care (1CR27); Hospital (1HO39); Construction (1CO11); Commercial Construction (1CO15); Commercial Real Estate (1CO51); Real Estate (1RE57); Healthcare Services (1HE13); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare (1HE06))

Region: (Tennessee (1TE37); Americas (1AM92); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73); Florida (1FL79))

Language: EN

Other Indexing: (Marc Massar)

Word Count: 240

---

**End of Document**                                         © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

**NewsRoom**

11/15/13 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2013 WLNR 28866451

Orlando Business Journal

Copyright © 2013 American City Business Journals, Inc.

November 15, 2013

Exclusive: Central Florida Regional Hospital to expand its ER

Abraham Aboraya

Oviedo isn't the only Seminole County city getting a new ER.

This morning, Central Florida Regional Hospital Inc. unveiled its new **Oviedo ER**, a facility that could lead the way to an inpatient hospital in the area. I spoke with Wendy Brandon, CEO of Central Florida Regional Hospital Inc., about her 221-bed hospital in Sanford.

The reason? Osceola Regional just unveiled its new patient tower, and now the **Oviedo ER** is opening. I asked if Central Florida Regional Hospital Inc. was going to be due for a capital project soon.

"Our next big expected project is to expand the emergency department," Brandon said. "We have plans drawn up and are bidding it now."

Why? The ER is expected to reach 50,000 visits in 2013, up 7 percent from 2012.

"We are quickly outgrowing the space," Brandon said. "It's a top priority for us to see patients quickly."

Brandon said the hospital's parent company, Nashville, Tenn.-based HCA Holdings Inc., hasn't approved the funding for the expansion. Brandon wasn't able to talk about how many square feet the project would include, only that it would grow the hospital from 22 beds to 32 or 34 beds.

No word on price, either, only that it would be in the millions.

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- **Index References** ----

Company: HCA HOLDINGS INC; CENTRAL FLORIDA REGIONAL HOSPITAL INC

Industry: (Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Healthcare Service Providers (1HE78); Critical & Intensive Care (1CR27); Healthcare (1HE06); Hospital (1HO39); Hospital Administration (1HO60))

Region: (North America (1NO39); U.S. Southeast Region (1SO88); Americas (1AM92); USA (1US73); Tennessee (1TE37); Florida (1FL79))

Language: EN

Other Indexing: (Wendy Brandon)

Word Count: 227

---

**End of Document**                                                © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

**NewsRoom**

11/22/13 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2013 WLNR 29538047

Orlando Business Journal
Copyright © 2013 American City Business Journals, Inc.

November 22, 2013

Cast of characters: The latest intel on movers and shakers

Staff

➤ Walt Disney World President George Kalogridis, speaking at the International Association of Amusement Parks & Attractions Expo 2013, said he believes the key to a company's success is to identify customers' needs before they even know it's something they want.

http://bizj.us/tqe7p

➤ Orlando City Soccer Club President Phil Rawlins planned to get a big beer on Nov. 19 to celebrate his team's new MLS status.

http://bizj.us/tqcy5

➤ Former Orlando Mayor Glenda Hood received the 2013 Robert M. O'Donnell award in recognition of her work to improve land and the quality of life.

http://bizj.us/tq71d

➤ Wendy Brandon, CEO of **Central Florida Regional Hospital**, unveiled its new **Oviedo** ER and told OBJ the Sanford hospital plans to expand its own ER, as well.

http://bizj.us/tpy2v

➤ Kim Hutto, director of sales for PSAV, is one of Central Florida's female businesswomen who have completed an Ironman competition. Her top business lesson learned: Adopting an attitude of fearlessness toward trying something new.

http://bizj.us/tqdq7

➤ Rafael and Luisa Medina will receive the Lifetime Achievement Award at the Don Quijote Awards Gala on Dec. 7 at the Epcot World Showplace Pavilion, awarded by the Hispanic Business Initiative Fund of Florida Inc. and the Hispanic Chamber of Commerce of Metro Orlando.

http://bizj.us/tpuyn

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- **Index References** ----

News Subject: (HR & Labor Management (1HR87); Corporate Events (1CR05); Business Management (1BU42); Minority Businesses (1MI90); Executive Personnel Changes (1EX23); Minority & Ethnic Groups (1MI43); Social Issues (1SO05); Small Business (1SM15))

Industry: (Healthcare (1HE06); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital (1HO39))

Region: (North America (1NO39); U.S. Southeast Region (1SO88); Americas (1AM92); Florida (1FL79); USA (1US73))

Language: EN

Other Indexing: (Walt Disney World) (Robert O'Donnell; Rafael Medina; Glenda Hood; Phil Rawlins; Luisa Medina; Kim Hutto; Wendy Brandon; George Kalogridis)

Word Count: 248

---

**End of Document**                    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**NewsRoom**

2/4/14 Orlando Sentinel A8
2014 WLNR 3108209

Orlando Sentinel
Copyright © 2014 Orlando Sentinel Communications

February 4, 2014

Section: A Section

Plans are in works to build acute-care hospital in **Oviedo**

Marni Jameson, Staff Writer

A new acute-care hospital may be coming soon to **Oviedo**, if officials at **Central Florida Regional Hospital** get their way. Officials announced Monday that they had taken the first steps toward building **Oviedo** Medical Center.

The new hospital would be adjacent to the **Oviedo** ER, at 8300 Red Bug Lake Road, which opened in November.

Since it opened, the **Oviedo** ER has stayed busy caring for patients from east Seminole County and surrounding areas, which hospital officials think is a strong indication of the need for more health-care services in **Oviedo**, said hospital spokeswoman Sandy McPherson.

Because plans are still in the early stages, McPherson could not say how large the hospital would be nor when it is expected to open. The **Oviedo** ER, a free-standing emergency department, occupies 10 acres on a 48-acre parcel the hospital owns. The balance would be the site of the new hospital.

Central Florida Regional, which is owned by Hospital Corporation of America, submitted a letter of intent to the state of Florida on Friday, informing the state of plans to apply for a Certificate of Need, McPherson said.

Such certificates are required before an inpatient hospital can be built in the state.

Central Florida Regional is a 221-bed, acute-care hospital in Sanford, located 3.6 miles east of I-4 that serves Seminole and west Volusia counties.

"**Oviedo** has waited a long time for comprehensive health-care services," said Wendy Brandon, the hospital's chief executive officer. "The opening of **Oviedo** ER was an important beginning. Now **Central Florida Regional Hospital** is prepared to continue our investment in **Oviedo** and fulfill our commitment to bring world-class health care to the local community by building a full-service, acute-care hospital."

**Oviedo** Mayor Dominic Persampiere said that bringing a hospital to **Oviedo** and eastern Seminole County residents has long been a priority for city leaders, according to a statement released by Central Florida Regional.

"Our ultimate goal is a full-service medical facility in **Oviedo**," Persampiere said. "We owe it to our residents to do whatever is necessary to ensure quality health care is available in their local community. We are incredibly grateful to

**Central Florida Regional Hospital** for sharing our vision. We look forward to working with them to make our hospital a reality."

Seminole County Commission Chairman Bob Dallari said a hospital in east Seminole County would benefit the entire region.

"Based on the growth we have seen in Seminole County, a hospital in **Oviedo** makes sense," Dallari said in a statement to Central Florida Regional. "The economic impact will be substantial, both from the tax revenue the hospital will generate and new businesses it will attract. But, more important, we need a convenient health-care access point for our neighbors in east Seminole County who are sick or injured."

COLUMN: Business


---- **Index References** ----


Industry: (Healthcare Services (1HE13); Healthcare (1HE06); Hospital (1HO39); Healthcare Practice Specialties (1HE49); Critical & Intensive Care (1CR27); Hospital Administration (1HO60); Healthcare Service Providers (1HE78))

Region: (Americas (1AM92); North America (1NO39); USA (1US73); Florida (1FL79); U.S. Southeast Region (1SO88))

Language: EN

Other Indexing: (Sandy McPherson; Wendy Brandon; Dominic Persampiere; Bob Dallari)

Edition: FINAL

Word Count: 471

**End of Document**                    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**NewsRoom**

2/6/14 Fla. Today (Melbourne, Fla.) A1
2014 WLNR 3302698

Florida Today (Melbourne, FL)
Copyright © 2014 Gannett

February 6, 2014

Section: A

Plans call for new area hospital

February 6, 2014

It's true. The **Oviedo** ER is officially making plans to expand into a full-size hospital. That is, of course, if the state gives the thumbs-up.

In an announcement earlier this week, **Central Florida Regional Hospital** officials announced that efforts are already in the works to expand the **Oviedo** ER into an acute care hospital. Hospital officials formally informed the state of their plans to file a Certificate of Need on Friday. However, the actual certificate should be filed sometime in March. At that point, the state will approve or deny the request.

BrevardCounty BrevardCounty

The plans come after a flow of patients to the **Oviedo** ER has exemplified a need for a full-service facility, according to a release from CFRH. Currently, the nearest hospitals to the East Seminole County area are Florida Hospital East in Orlando, South Seminole Hospital in Longwood, Orlando Regional Medical Center and Central Florida Regional in Sanford, which are all around a 20- to 30-minute drive from **Oviedo**.

"**Oviedo** has waited a long time for comprehensive healthcare services," said Wendy Brandon, chief executive officer at CFRH. "The opening of **Oviedo** ER was an important beginning, providing the residents of East Seminole County better access to emergency care. Now, **Central Florida Regional Hospital** is prepared to continue our investment in **Oviedo** and fulfill our commitment to bring world-class health care to the local community by building a full-service acute care hospital."

**Oviedo** Mayor Dominic Persampiere expressed an outpouring of support for the hospital expansion and said the city would do whatever it could to help plans move forward.

"Other hospital networks have made promises, but Central Florida Regional and **HCA** have made a commitment and we support them fully," Persampiere said.

Expansions would include the **Oviedo** ER branching out on its 48 acres of land at the intersection of Red Bug Lake and Broadway Street. The current 11,000-square-foot facility houses an ambulance entry, a trauma room and 12 private

patient care rooms. The **Oviedo** ER has been open since the end of November. Although up-to-date figures have not been released, the facility is expected to serve about 10,000 patients a year.

Dr. Todd Husty, the medical director for Seminole County Emergency Medical Services, told the Seminole Chronicle in a previous interview, that the **Oviedo** ER will be helpful to the surrounding hospitals that experience large volumes of ER patients.

"We really need that ER set up there because it's so busy in this county," Husty said. "It's much needed; we needed it for 10 years and everybody in the EMS community is excited to have an ER open in **Oviedo**."

But the need isn't new, Persampiere said. The city has been gunning for a hospital for more than a decade and this attempt isn't its first rodeo, so to speak. In the early 2000s, Persampiere said the state denied **Oviedo** a Certificate of Need for a hospital, but later repealed its decision. With promises from Florida Hospital to build a facility in 2002, the group didn't follow through with the plans and abandoned its efforts. Again in 2009, Health Management Associates, a group out of Naples, attempted to bring a hospital to the area, but those plans also fell through.

This time around, Persampiere said he's seen the commitment from CFRH and **HCA** already and feels confident in their efforts to expand, citing that so far there haven't been any "empty promises."

At this point, the certificate will need to be approved by the state without any appeals from other area hospital networks. If all is passed through the system, plans will be put into action, he said.


---- Index References ----

Company: **HCA**INC

Industry: (Hospital (1HO39); Healthcare Practice Specialties (1HE49); Hospital Administration (1HO60); Healthcare Services (1HE13); Healthcare Service Providers (1HE78); Critical & Intensive Care (1CR27); Healthcare (1HE06))

Region: (Americas (1AM92); Florida (1FL79); U.S. Southeast Region (1SO88); North America (1NO39); USA (1US73))

Language: EN

Other Indexing: (Health Management Associates) (Dominic Persampiere; Todd Husty; Wendy Brandon)

Edition: 1

Word Count: 607

---

**End of Document**                              © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**NewsRoom**

2/14/14 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2014 WLNR 4342450

Orlando Business Journal
Copyright © 2014 American City Business Journals, Inc.

February 14, 2014

Finally, **HCA** is definitely building an **Oviedo** hospital — maybe

Abraham Aboraya

Aboraya covers health care, higher education and technology.He was on hand when **HCA**'s Wendy Brandon first pushed a shovel into dirt on the **Oviedo** ER.It was rainy.Contact:aaboraya@bizjournals.com;(407) 241-2895; @abeaborayaobj

In just a few days we'll know if there will be a competitor for building a hospital in **Oviedo**.

Nashville, Tenn.-based **HCA** Holdings Inc. (NYSE: **HCA**) already told the state it wants to build an 80-bed hospital in **Oviedo** at the same site as its freestanding emergency department that opened in November at State Road 417 and Red Bug Lake Road.

If you're unfamiliar with the 15-year history of people trying to get a hospital built in **Oviedo**, just know this: At one point, Health Management Associates Inc. had rights to build one there, and Orlando Health Inc. and Florida Hospital considered doing so, as well.They now have until Feb. 19 to let the state know if they, too, would like to be the one to build a hospital in **Oviedo**.

At least one industry expert believes **HCA** could get the nod, even though the state hasn't said there's a need for a new local hospital. "**HCA** has strong political ties, and the current administration certainly has been pro-business," said Michael Carroll, a hospital analyst with St. Petersburg-based Tribrook Healthcare Consultants Inc. "Without a competing application, I wouldn't bet against them."

The for-profit **HCA** also is building a $10.3 million Hunter's Creek emergency department, which could mean it plans to turn that into a hospital eventually, too.

Meanwhile, locals are excited about getting a hospital in **Oviedo**.

"The opening of **Oviedo** ER was an important beginning," said **Central Florida Regional Hospital** CEO Wendy Brandon. "Now **Central Florida Regional Hospital** is prepared to continue our investment in **Oviedo** and fulfill our commitment to bring world-class health care to the community by building a full-service acute care hospital."
 **The big number**
51,290: Square footage of the University of Central Florida's planned Global International Student Center
 **What's next**
Nashville, Tenn.-based **HCA**'s **Oviedo** Medical Center LLC on Jan. 31 notified the state that it wants to build an 80-bed hospital in **Oviedo**.Here's what's next:

Feb. 19: Grace period letter of intent deadline.This is when we'll know if another entity wants to compete with **HCA** to build a hospital in **Oviedo**.

March 5: Application deadline.This is typically a bare-bones application without many details.

March 12: Completeness review deadline.This is when the state gives its first response on the project.

April 9: Application omission deadline.This is when the full application, with all its juicy details, has to be turned in.

June 6: State makes its initial decision

June 26: Deadline to appeal the decision
 **Three questions**
Julie Young, president and founder, Florida Virtual School

Florida Virtual School's Julie Young plans to retire in July.

Her free Orlando-based online public K-12 school (www.flvs.net), which offers more than 120 courses, is considered a pioneer.

She launched Florida Virtual School in 1997 as the country's first statewide Internet-based public school with 77 initial enrollments.Today, it serves more than 410,000.

Here's what Young had to say:

What would you like to be your legacy?I get a little overwhelmed when I think of that.As a legacy, we're a virtual model of education and our performance-based funding model was groundbreaking.

Florida Virtual School did layoffs due to a 2013 change to the funding model.How is the school faring now?We've truly right-sized the organization.We've adjusted to the new funding model and our organization is sound.

Do you feel Florida Virtual School was disruptive to the education industry?I feel very proud that we've been a public education institution, but have served in an entrepreneurial way and proven that public schools can be innovative in teaching, learning and business practices.

Check here for more: http://bizj.us/ubbf9

Did you find this article useful?Why not subscribe to Orlando Business Journal for more articles and leads?Visit bizjournals.com/subscribe or call 1-866-853-3661.

**---- Index References ----**

Company: **HCA** HOLDINGS INC; HEALTH MANAGEMENT ASSOCIATES INC; ORLANDO HEALTH INC

News Subject: (Education (1ED85))

Industry: (Hospital (1HO39); Hospital Administration (1HO60); Critical & Intensive Care (1CR27); Healthcare Services (1HE13); Healthcare (1HE06); Healthcare Service Providers (1HE78); Healthcare Practice Specialties (1HE49))

Region: (North America (1NO39); USA (1US73); Florida (1FL79); Tennessee (1TE37); U.S. Southeast Region (1SO88); Americas (1AM92))

Language: EN

Other Indexing: (**Oviedo** Medical Center LLC) (Michael Carroll; Wendy Brandon; Julie Young)

Word Count: 664

---

**End of Document**　　　　　　　　　　© 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

NewsRoom

6/6/14 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2014 WLNR 15392673

Orlando Business Journal
Copyright © 2014 American City Business Journals, Inc.

June 6, 2014

Breaking: State approves new 80-bed HCA hospital

Abraham Aboraya

Oviedo is getting a new hospital.

**Oviedo Medical Center** LLC, owned by Nashville, Tenn.-based HCA Holdings Inc. (NYSE: HCA), submitted its application back in April to build a new 80-bed hospital in Oviedo. The site is on 48 acres in Oviedo, near the intersection of State Road 417 and Red Bug Lake Road, and is the site of a $9.7 million free-standing emergency department.

According to state documents, the recommendation is to approve up to 80 beds. The document didn't specify the cost of the new facility.

Update: Check here for more on the hospital, which in total be a 100-bed campus with a medical office building.

From the state documents:

Locating the new hospital in Oviedo will address geographic accessibility issues residents currently experience in this area, as well as enhancing efficiency and quality leading to overall cost reductions. By adding the hospital to the existing Oviedo ER, [the hospital] will be developed economically without creating redundancy in services, thereby controlling capital costs.

From the press release:

The hospital construction project will include expansion of Oviedo ER to provide more emergency beds as well as a full range of medical and surgical services.

"Our team at Central Florida Regional Hospital has shared Oviedo's vision for a full-service acute care hospital for many years," said Wendy H. Brandon, chief executive officer. "Since opening in November, Oviedo ER has continued to be well supported by our community. Now we look forward to beginning the planning process to bring a comprehensive medical center to the residents of East Seminole County."

"Our community has waited a long time for a hospital in Oviedo and now it is becoming a reality," said Oviedo Mayor Dominic Persampiere. "We are grateful to Central Florida Regional Hospital for staying the course with us and look forward to working with them to build a comprehensive medical center we can be proud of that will provide all the healthcare services our residents need right here in our own community."

This is a breaking news story. Check back for more.

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.


---- **Index References** ----

Company: **OVIEDO MEDICAL CENTER** LLC; HCA HOLDINGS INC

Industry: (Hospital Administration (1HO60); Healthcare Service Providers (1HE78); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Hospitals (1HO39); Critical & Intensive Care (1CR27); Healthcare Services (1HE13))

Region: (U.S. Southeast Region (1SO88); USA (1US73); Americas (1AM92); North America (1NO39); Florida (1FL79); Tennessee (1TE37))

Language: EN

Other Indexing: (Wendy Brandon; Dominic Persampiere)

Word Count: 366

---

 © 2019 Thomson Reuters. No claim to original U.S. Government Works.



**NewsRoom**

6/10/14 Orlando Sentinel B2
2014 WLNR 15640120

Orlando Sentinel
Copyright © 2014 Orlando Sentinel Communications

June 10, 2014

Section: Local News

State gives early OK to new hospital in Oviedo

Martin E. Comas, Staff Writer

East Seminole County residents are a step closer to seeing a new hospital in their area.

State officials have given Central Florida Regional Hospital preliminary approval toward building a three-story, 80-bed acute-care hospital on 48 acres on Red Bug Lake Road at State Road 426.

The new Oviedo Medical Center would sit adjacent to the existing **Oviedo ER**, which opened in November. And plans are to expand **Oviedo ER**, an emergency care center, to 20 beds from the current 12 and make it part of the Oviedo Medical Center.

Hospital officials said it's too early to provide a date on when construction would start.

Oviedo residents and city leaders have long wanted to bring a hospital to their area. The closest hospital, Winter Park Memorial, is more than eight miles from **Oviedo ER**.

Central Florida Regional Hospital, which is owned by Hospital Corporation of America, applied for a "certificate of need" last April. It also has a 221-bed, acute-care hospital in Sanford that serves Seminole and west Volusia counties.

---- Index References ----

Industry: (Healthcare Service Providers (1HE78); Hospital Administration (1HO60); Hospitals (1HO39); Healthcare Services (1HE13); Healthcare Practice Specialties (1HE49); Healthcare (1HE06); Critical & Intensive Care (1CR27))

Region: (USA (1US73); Americas (1AM92); U.S. Southeast Region (1SO88); Florida (1FL79); North America (1NO39))

Language: EN

Edition: FINAL

Word Count: 170

WESTLAW

**State gives early OK to new hospital in Oviedo, 2014 WLNR 15640120**

**End of Document**  © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

**NewsRoom**

6/12/14 Fla. Today (Melbourne, Fla.) A1
2014 WLNR 16268506

Florida Today (Melbourne, FL)
Copyright © 2014 Gannett

June 12, 2014

Section: A

Oviedo Hospital plan gets the OK

June 12, 2014

'Our community has waited a long time for a hospital in Oviedo and now it is becoming a reality,' Dominic Persampiere Oviedo Mayor

Oviedo, make way — plans for a new hospital have gotten the official thumbs-up from the state.

BrevardCounty BrevardCounty

Being granted its Certificate of Need, Central Florida Regional Hospital has overcome one of the biggest hurdles in moving forward with expansion plans in Oviedo. A necessary step in a long series of events, the CON granted the company the ability to build the new Oviedo Medical Center on 48 acres of land off Red Bug Lake Road and Broadway Street.

"The step is they've got to get the OK from the state, which they were just granted on Friday. So now they are clear to design, develop and build the hospital/medical facility," said Oviedo Mayor Dominic Persampiere.

The new hospital will be an extension of the current **Oviedo ER** and will be a facility with up to 80 beds, said Sandy McPherson, marketing director for CFRH.

"We are very excited the CON for up to 80 beds has been approved, and, soon, we expect to begin the significant process of planning the new hospital," she said in an email. "**Oviedo ER** is meeting the local need for emergency services, and we look forward to bringing a broad range of acute care services to the Oviedo community."

The new hospital will expand emergency services and offer a full range of medical and surgical services, according to a release form CFRH. The hospital comes on the curtails of the **Oviedo ER**, which opened in November 2013, and has since had a heavy flow of traffic.

"Our team at Central Florida Regional Hospital has shared Oviedo's vision for a full-service acute care hospital for many years," said Chief Executive Officer Wendy H. Brandon. "Since opening in November, **Oviedo ER** has continued to be well-supported by our community. Now we look forward to beginning the planning process to bring a comprehensive medical center to the residents of East Seminole County."

A letter-writing campaign was launched in March and called for support of the proposed medical facility. Advertising the campaign at events and soliciting community support, the campaign elicited the help of dozens. In the end, the CON was filed to the state alongside 116 letters of support from residents, physicians, community leaders and organizations.

Although the approval cannot be attributed to this alone, this is a big step for Oviedo, Persampiere said, and one that certainly has not come easy in the past. A hospital for Oviedo has been in the works since the 1990s, he said, but the state simply would never grant the area a CON, citing that the need just wasn't there. Making its case strongly this year, CFRH gained the state's blessing and, for the first time in Oviedo history, will officially move forward with plans for the full-scale hospital.

"Our community has waited a long time for a hospital in Oviedo and now it is becoming a reality," Persampiere said. "We are grateful to Central Florida Regional Hospital for staying the course with us and look forward to working with them to build a comprehensive medical center we can be proud of that will provide all the health care services our residents need right here in our own community."

'Our community has waited a long time for a hospital in Oviedo and now it is becoming a reality,' Dominic Persampiere Oviedo Mayor

---- Index References ----

Industry: (Hospital Administration (1HO60); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospitals (1HO39); Critical & Intensive Care (1CR27); Healthcare (1HE06))

Region: (Florida (1FL79); USA (1US73); U.S. Southeast Region (1SO88); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (Sandy McPherson; Wendy Brandon; Dominic Persampiere; Oviedo)

Edition: 1

Word Count: 584

 © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**NewsRoom**

6/13/14 Orlando Sentinel B1
2014 WLNR 16045291

Orlando Sentinel
Copyright © 2014 Orlando Sentinel Communications

June 13, 2014

Section: Local News

East Seminole residents embrace idea of new hospital opening in their area

Martin E. Comas, Staff Writer

At 33, Angelica Harris is healthy and doesn't anticipate having to make a trip to a hospital anytime soon.

But as a Chuluota resident -- a rural community in east Seminole County -- Harris is concerned that the nearest hospitals from her home are more than 15 miles away.

That's why she's "thrilled" to hear about the likelihood of a new hospital being built about 8 miles from her home. The state recently approved preliminary plans from Central Florida Regional Hospital to build an 80-bed acute-care center at Red Bug Lake Road near State Road 426 in Oviedo.

"Things happen, and you never know when you'll need to go a hospital," Harris said. "I think it's going to be great."

And it's not just good news for Harris.

For nearly two decades, residents in east Seminole County -- including Oviedo -- have faced disappointment in trying to lure a hospital into their area.

In 2001, Florida Hospital and Orlando Regional Healthcare System launched rival bids to build a hospital in Oviedo. And two years later, the state gave Florida Hospital the right to build one.

But the hospital eventually backed off its plans, citing the difficulty of recruiting physicians and nurses to work at the new facility.

Today, the nearest hospital from downtown Oviedo is Winter Park Memorial off Lakemont Avenue, more than 10 miles away. And the fastest way to get there is by driving on traffic-snarled Aloma Avenue.

The other option for east Seminole residents is taking the State Road 417 toll road and U.S. Highway 17-92 to Central Florida Regional Hospital in Sanford, nearly 20 miles away.

"For well over 15 years we have been working to have a full-service medical facility in our area," Oviedo Mayor Dominic Persampiere said. "We are a large, growing area with no full-service hospital close by. The nearest ones are more than 25 minutes away, and that's with good traffic. It was really proving problematic."

The new **Oviedo Medical Center**, according to plans, would sit in a three-story building adjacent to the new Oviedo ER emergency care center, which opened in November.

Hospital officials said it's too early to provide design plans of the new facility or when construction would start. Still, building plans would have to be submitted to state health officials for approval.

Even so, officials with Central Florida Regional Hospital said there is an urgent need for a hospital in the fast-growing area of east Seminole County.

"People who live in Oviedo, Chuluota and Geneva are traveling outside their areas for their medical care, particularly for specialty care," said Wendy Brandon, chief executive officer of Central Florida Regional Hospital. "And there are many residents who live much farther east that need hospital care."

In granting a "certificate of need" to Central Florida Regional for the new hospital, state officials looked at the accessibility and availability of existing health-care services in the area, along with the expected population growth. They also look at how many physicians, nurses, management and other health professionals are available in the area.

According to a state "community needs assessment" study this year, the combined communities of Winter Springs, Oviedo and Geneva will need up to two dozen more general practitioners and as many as 72 medical specialists over the next five years.

The population within a 5-mile radius of where the new hospital will be built is expected to increase by nearly 3 percent to 135,861 residents by 2017. And the population growth among elderly residents is expected to increase by more than 25 percent within the same time period.

Since the Oviedo ER opened in November, the facility has a seen a nearly 18 percent jump in patients within the first four months.

Plans are to eventually expand Oviedo ER and make it part of the new **Oviedo Medical Center**.

---- Index References ----

Company: CENTRAL FLORIDA REGIONAL HOSPITAL INC

Industry: (Nursing (1NU59); Healthcare Service Providers (1HE78); Healthcare (1HE06); Hospitals (1HO39); Healthcare Services (1HE13); Hospital Administration (1HO60); Critical & Intensive Care (1CR27); Healthcare Practice Specialties (1HE49))

Region: (USA (1US73); Europe (1EU83); North America (1NO39); Americas (1AM92); Western Europe (1WE41); Florida (1FL79); Central Europe (1CE50); Switzerland (1SW77); U.S. Southeast Region (1SO88))

Language: EN

Other Indexing: (Angelica Harris; Dominic Persampiere; Wendy Brandon)

Edition: FINAL

Word Count: 626

**End of Document**                                     © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# NewsRoom

8/4/15 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2015 WLNR 23061480

Orlando Business Journal
http://www.acbj.com

August 4, 2015

Exclusive: Take a look inside Oviedo's future hospital

Rachel Williams

Oviedo's future 80-bed hospital is stirring up some anticipation, and now, you can get a sneak peek of its interior.

Architecture firmGould Turner Groupof Nashville designed Oviedo Medical Center, owned by Nashville-basedHCA HoldingsInc. Brent Shivers, vice president of Gould Turner Group, said the design strategy of the 185,000-square-foot hospital focused on incorporating the existing emergency department, owned by Central Florida Regional Hospital.

"The owner opened the **Oviedo ER** in 2011 to serve the urgent care needs of the Oviedo community.Since opening the doors, the emergency center has experienced phenomenal demand and growth.In response to the community need, the owner developed a plan to transition the facility into a full-service hospital," Shivers said in an email.

Construction is expected tobreak groundat the corner of State Road 417 and Red Bug Lake Road in September, with an opening date of early 2017.It's estimated to cost $58 million, and Layton Construction is thegeneral contractor.

Get a look at the hospital renderings in the photo gallery above and the video below.

Did you find this article useful?Why not subscribe to Orlando Business Journal for more articles and leads?Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- Index References ----

Company: GOULD INVESTORS LP; HCA HOLDINGS INC

Industry: (Healthcare (1HE06); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); Tennessee (1TE37); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Brent Shivers)

**Exclusive: Take a look inside Oviedo's future hospital, 2015 WLNR 23061480**

Word Count: 202

---

**End of Document**                                                   © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

**NewsRoom**

9/24/15 U-Wire 00:00:00

U-Wire
Copyright (c) 2015 M2 Communications Ltd.

September 24, 2015

Oviedo Medical Center to open, offer job opportunities

University of Central Florida; Orlando, FL - news

By Veronica Brezina

A new $109 million Oviedo Medical Center next to **Oviedo ER** will open the opportunity for more than 200 jobs when it is expected to be complete in early 2017.

On Thursday at 10 a.m., a groundbreaking event covered what the new 198,000-square-foot hospital on Red Bug Lake Road will offer for UCF and the surrounding areas.

"We have great schools and I think a great opportunity to really ... stay local as much as we can, whether it's recruiting talent, physicians or staff," said KC Donahey, CEO of Oviedo Medical Center.

The hospital will expand **Oviedo ER** to 22 beds and include medical and surgical inpatient units, intensive care, medical cardiology, telemetry, cardiac catheterization and women's services, including labor and delivery.

"Think about what this means to our community. Think of the development that's going to happen. Think of the change that it's going to have. Think of the medical services five minutes from your home," Oviedo Mayor Dominic Persampiere said at the event. "That is what this is all about.

"Two years ago, we all stood here. **Oviedo ER** opened up and they didn't know how many patients they were going to serve. They had a number. They doubled, tripled and quadrupled that number."

CENTRAL FLORIDA FUTURE

Orlando VA center opens doors for UCF medical students

Once the new medical center opens, Donahey said it is expected to serve more than 35,000 patients in its first year.

Currently, there are 30 to 40 employees at the free-standing ER. Donahey said the new employees would mostly consist of medical professionals, but will also be working in housekeeping, food services and nursing. The average salary will be $58,000, he said.

"I'm very excited about the opportunity partnership with UCF. We haven't really explored yet exactly how that partnership will work," he said. "I know that our company has a relationship, but I look forward to building a relationship

myself, whether that be on the side of medical staff or on the side of the many professionals we're going to be working with."

-----

Veronica Brezina is a Contributing Writer for the Central Florida Future. 25 CONNECT 2 TWEETLINKEDINCOMMENTEMAILMORERead or Share this story: http://www.centralfloridafuture.com/story/news/2015/09/24/oviedo-medical-center-hospital-open-job-opportunities/72764516/

(Distributed for UWire via M2 Communications (www.m2.com))

**---- Index References ----**

Industry: (Critical & Intensive Care (1CR27); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39); Nursing (1NU59))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Dominic Persampiere; Veronica Brezina; Veronica BrezinaA)

Word Count: 388

---

**End of Document**                                   © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**NewsRoom**

9/28/15 Orlando Sentinel D2
2015 WLNR 28786215

Orlando Sentinel
Copyright (c) 2015 Orlando Sentinel Communications

September 28, 2015

Section: CENTRAL FLORIDA BUSINESS

Acute-care hospital breaks ground

Naseem S. Miller, Staff Writer

**Oviedo Medical Center** broke ground on a 64-bed acute-care hospital, adding to the existing Oviedo ER.

Kenneth Donahey, the new CEO of the hospital, said the demographics, population growth and current use of Oviedo ER demonstrated a need for a new hospital in the area.

"And we've had tremendous support from the community," said Donahey.

The $109 million campus is expected to bring 200 jobs, with an average salary of $58,000. It is expected to pay an estimated $2.3 million in annual non-income tax and provide $23.8 million in charity care each year.

The hospital, which is part of the large HCA chain, is expected to open in the first quarter of 2017. It is expected to serve 35,000 patients in its first year.

The existing 12-bed Oviedo ER will eventually expand to 22 beds.

Contractors include Layton Construction and the architectural firm Gould Turner Group.

Institutions

Orlando Regional Medical Center has redesigned its cath lab and electrophysiology lab, as part of its ongoing $297 million redesign and renovation project. The redesign consolidates the nine new cardiac labs with 20 new preparation and recovering rooms.

The new labs also reduce radiation exposure for patients and providers during the procedures, the hospital said.

Sand Lake Imaging is participating in Shepherd's Hope's Get a Mammogram, Give a Mammogram program during the month of October.

For each new patient, the imaging center will donate a free mammogram to Shepherd's Hope, a Central Florida clinic that cares for uninsured individuals.

The program has provided 320 free mammograms since 2013.

Florida Hospital Orlando's robotic-assisted surgery program celebrated its 10,000th procedure. The program has been in place since 2004 and has expanded from one to four robots, which perform up to 25 procedures each week.

Osceola Cancer Center has been accredited by COLA, a national health-care accreditation organization. The accreditation means that the laboratories meet quality standards and demonstrate accuracy in testing.

Central Florida Family Health Center in Sanford, Healthcare Center For the Homeless in Orlando and Community Health Centers in Winter Garden are among health centers in the nation to receive Affordable Care Act funding to expand primary care services. They received $406,000, $311,000 and $433,000, respectively.

Lutheran Haven, an Oviedo independent and nursing home community, has a new Memory Care Community.

People

Marlene Linders, CEO of Philders Group International, is one of two women in the United States designated as distinguished lecturer for ASHRAE, a global society advancing human well-being through sustainable technology for the built environment. Her status has been extended for another term. She speaks about dangers of germs, superbugs and pathogens in public and health-care settings.

COLUMN: Health

---- Index References ----

Company: GOULD INVESTORS LP; HCA INC; LAYTON CONSTRUCTION CO INC

Industry: (Critical & Intensive Care (1CR27); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Philders Group International) (Kenneth C. Donahey; Kenneth Donahey)

Edition: FINAL

Word Count: 435

---

 © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# NewsRoom

10/23/15 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2015 WLNR 31580151

Orlando Business Journal
http://www.acbj.com

October 23, 2015

New Oviedo hospital to bring more medical offices

Rachel Williams

The new hospital coming to Oviedo is bringing with it more medical office space for local physicians and their practices.

In an interview with Orlando Business Journal, Oviedo Medical Center CEO Kenneth Donahey said 40,000 square feet of medical office space also will be built. The 64-bed, three-story, 198,000-square-foot hospital broke ground on Sept. 24 at 8300 Red Bug Lake Road. It's slated to open in January 2017, but the medical offices should open about six months prior, Donahey said.

This can draw more physicians to Oviedo who help support the economy by bringing high-wage jobs to the area, purchase homes and other local goods and services.

Oviedo Medical Center is owned by HCA Holdings Inc. and is expected to create up to 200 new jobs and serve more than 35,000 patients in its first year . The existing **Oviedo ER**, a free-standing emergency center owned by Central Florida Regional Hospital, also is expanding from 12 beds to 20 beds.

Architecture firm Gould Turner Group of Nashville designed Oviedo Medical Center, and Layton Construction is the general contractor of both the hospital and the medical office building. For an inside look at the future hospital, see the photo gallery of renderings provided by Gould Turner Group.

For more Central Florida health care news, see here .

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- Index References ----

Company: GOULD INVESTORS LP; HCA HOLDINGS INC

Industry: (Commercial Construction (1CO15); Commercial Real Estate (1CO51); Construction (1CO11); Healthcare (1HE06); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39); Real Estate (1RE57))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Kenneth C. Donahey; Kenneth Donahey)

Word Count: 234

---

**End of Document**                    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# NewsRoom

5/16/16 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2016 WLNR 14988499

Orlando Business Journal
http://www.acbj.com

May 16, 2016

See where Florida's 26 freestanding ERs are located

Rachel Williams

The latest trend in health care construction is quickly making its mark in Central Florida.

Freestanding emergency centers, facilities owned and operated by licensed hospitals that are not connected to a main hospital campus but offer the same comprehensive 24/7 emergency services, are on the rise in the region. Three facilities already are open in the area - **Oviedo ER** was the first - and at least six more are on the way from hospital systems like Florida Hospital, Orlando Health, Halifax Health and HCA Holdings Inc.

Statewide, the trend continues. There currently are 26 freestanding ERs established in Florida, according to the Florida Agency for Health Care Administration. Seven of these facilities opened in 2015, the year with the largest growth to date, but 2016 and even 2017 are off to a running start.

See Orlando Business Journal's cover story in the May 13 print edition for an in-depth look at the growth of these facilities in the region, and what that means for the community.

Also, see the statewide map below for a look at the name, opening date and location of these facilities, including ones that are still in the works (click on the circle to see info about that center).

Check back at OrlandoBusinessJournal.com for more health care news .

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**---- Index References ----**

Company: HCA HOLDINGS INC; HALIFAX HEALTH CENTRE; ORLANDO HEALTH INC

Industry: (Healthcare (1HE06); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (See Orlando Business Journal)

Word Count: 231

---

**End of Document**                                                 © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

NewsRoom

9/20/17 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2017 WLNR 29020574

Orlando Business Journal
https://www.acbj.com

September 20, 2017

Here's where HCA plans to build new 3 freestanding ERs, 4 urgent care centers and add 100+ jobs

Veronica Brezina

HCA Healthcare's North Florida Division plans to build three new freestanding emergency departments and four new urgent care centers across Central Florida next year.

Two of the facilities will be built in Orange County near Baldwin Park and in the Millenia area, with another in Seminole County on International Parkway. Each will operate as a full-service emergency department providing 24/7 emergency care for adults and children. The locations will be about 10,000 square feet and contain approximately 11 beds, according to HCA.

HCA still is working to nail down the exact locations for the facilities and has yet to choose a general contractor.

Jake Kirchner, regional vice president for planning and development at HCA, said the exact timeline of the project still has to be determined, but he hopes construction will start on each of the facilities in 2018 and said it will take four to six months to complete each one.

"We found that freestanding ERs have been successful for the overall hospital system. The care is much quicker there and operations are more streamlined compared to hospitals depending on time of day and season of year. Typically when we are busy in the ER at hospitals, you have patients waiting to get in beds. The situation is different for freestanding ERs," Kirchner said. "Convenience is a big motivator for patients today, they look for a local health care options and the sites we are developing at are where there's a need to be closer to home for patients."

HCA's first freestanding emergency department was **Oviedo ER**, which opened at the end of 2013 and since has expanded into a $109 million, 64-bed hospital called Oviedo Medical Center.

HCA now has just one freestanding ER, which is in Hunter's Creek . It will serve as a model for the new three facilities. That 10,600-square-foot ER cost $10 million to build and created 40 jobs.

Freestanding emergency centers typically are owned and operated by licensed hospitals. The facilities are not connected to a main hospital campus but offer the same comprehensive 24/7 emergency services . The number of such facilities is on the rise in Florida, in part due to overcrowded ERs , and partly due to a desire to grow hospital system revenue.

Further, this growing trend eventually may make it easier for those hospital systems to stake a claim on being the ones to get state approval to build full hospital campuses in booming areas, which are more likely to have a higher number

of privately insured residents, although these local facilities do accept Medicare and Medicaid. (See the slideshow for a look at Florida Hospital's freestanding emergency room that opened in Lake Mary last May.)

Go here to see where Florida's freestanding ERs are located.

Meanwhile, HCA also plans to open four CareNow Urgent Care centers: Sanford, Lake Mary, east Orlando on Alafaya Trail and in Winter Park. CareNow opened its first Orlando-area clinic last February, in Winter Springs.

Check OrlandoBusinessJournal.com for more hospital and health care news.

Join the conversation: Follow @OBJUpdateon Twitter, "like" us on Facebookand sign up for our free email newsletters and news alerts.

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.


---- **Index References** ----

Company: HCA INC

Industry: (Critical & Intensive Care (1CR27); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Baldwin Park; Jake Kirchner)

Word Count: 538

---

**End of Document**                                      © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# NewsRoom

9/28/17 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2017 WLNR 29912219

Orlando Business Journal
https://www.acbj.com

September 28, 2017

HCA to invest about $32M into new Orlando-area medical facilities

Veronica Brezina

Nashville, Tenn.-based Hospital Corp. of America (NYSE: HCA) plans to build three roughly 10,000-square-foot, 11-bed freestanding emergency rooms and four 5,000- to 5,500-square-foot urgent-care clinics in Orange and Seminole counties.

The new complexes will satisfy the need for more health care options and will create more than 150 local jobs - some higher-wage.

HCA declined to reveal its investment in the projects; however, the projects are estimated at a combined $32 million in construction costs.

The projects add new revenue streams for HCA in Central Florida. Additionally, facilities like freestanding ERs - which typically are owned and operated by licensed hospitals but offer services in a separate, standalone facility - and urgent-care centers can help lower costs of expensive emergency room visits for providers and patients.

HCA didn't reveal the sites, but said it will build the complexes next year in these submarkets:

Freestanding ERs

The freestanding ERs will provide 24/7 care for adults and children. HCA wouldn't reveal how many jobs the complexes would create, but similar facilities employ about 40 people each.

The projects are a big plus for the hospital system, since freestanding ERs have been successful, according to Jake Kirchner, regional vice president for planning and development at HCA.

"The care is much quicker there and operations are more streamlined compared to hospitals, depending on time of day and season of year," Kirchner told Orlando Business Journal. "Typically when we are busy in hospitals ERs, patients are waiting to get in beds. It is different for freestanding ERs.

"Convenience is a big motivator for patients today. They look for local health care options, and the sites we are developing are in areas that would be closer for patients."

The construction timeline has yet to be determined but once work begins, the complexes will take four to six months to complete, Kirchner said.

HCA now has one existing 10,600-square-foot freestanding ER in the Hunter's Creek community in southwest Orange County; it will serve as a model for the three new projects.

Additionally, these freestanding complexes may get bigger - if HCA's previous projects are any indication.

HCA's first such Central Florida facility, **Oviedo ER**, debuted in 2013 and has since expanded into the $109 million, 64-bed Oviedo Medical Center. That project created 300 jobs.

And the Hunter's Creek ER also has expansion plans in the works, as OBJ previously reported.

Meanwhile, HCA also is expanding its urgent-care network. The hospital system's CareNow Urgent Care centers - scheduled to open by second-quarter 2018 - will offer quick care for non-emergency illnesses and injuries, as well as physicals, vaccinations, and general diagnostic and wellness check-ups.

"Consumers are looking for new health care and treatment options," CareNow Urgent Care Central Florida market manager Konrad Holt told OBJ . "They want quality care, but they also want greater convenience."

The CareNow Urgent Care centers together would create about 40 jobs, including physicians, nurses and technicians. The salary range wasn't revealed, but health care support workers earn an average annual salary of $33,090 in metro Orlando, and medical and clinical technicians earn $37,080, the U.S. Bureau of Labor Statistics reported.

What Winter Park Memorial Hospital'snew $85M tower will feature

Winter Park Memorial Hospital is building its new $85 million Nicholson Pavilion patient bed tower that's set to open in 2019.

The new five-story, Mediterranean-inspired building - named for philanthropists Tony and Sonja Nicholson - will include:

Find out more at http://bizj.us/1pboys .

By the numbers

Big 4 accounting firm to double downtown Orlando workforce

Global accounting giant Ernst & Young LLP is growing its Orlando operations. The company on Sept. 25 moved into new office space in downtown Orlando's SunTrust Center on South Orange Avenue. The firm also plans to hire another 150 employees during the next five years. Here are some more stats on the firm's activity:

$68,230: Average annual wage earned by metro Orlando financial specialists

7,763: Total square feet of the company's new office space

150: Ernst & Young's existing Orlando workforce

Sources: Ernst & Young, U.S. Bureau of Labor Statistics

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**---- Index References ----**

Company: ERNST AND YOUNG LLP; HCA INC; HCA HOLDINGS INC

Industry: (Commercial Construction (1CO15); Construction (1CO11); Critical & Intensive Care (1CR27); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); Tennessee (1TE37); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Jake Kirchner; Sonja Nicholson; Tony Nicholson; Konrad Holt)

Word Count: 696

 © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# NewsRoom

2/11/19 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2019 WLNR 4496859

Orlando Business Journal
https://www.acbj.com

February 11, 2019

Sneak peek at HCA's new $11.6M freestanding ER in Sanford (PHOTOS)

Ryan Lynch

HCA Healthcare Inc.'s Central Florida Regional Hospital in Sanford soon will open a new $11.6 million freestanding ER that will expand its footprint in Seminole County.

The $46.7 billion for-profit health care provider (NYSE: HCA) will open the 12-bed, 11,000-square-foot Central Florida Regional Hospital ER at International Parkway in the next few days. The facility at 4525 International Parkway in Sanford broke ground last March and is just six miles from the 221-bed Central Florida Regional Hospital.

"We've been known in the community since 1982, and now being a Level Two trauma center, [this new freestanding ER is] a nice way to expand the emergency services we have to the local community and beyond," Central Florida Regional Hospital CEO Trey Abshier told Orlando Business Journal .

Nashville, Tenn.-based HCA expects each year to treat more than 7,500 people from Seminole, Lake and Volusia counties at the new facility, which has an isolation room, a bariatric room, a pelvic room and an in-house laboratory. It also includes imaging equipment such as CT, X-ray and ultrasound. In total, the ER will have 60 employees, including nurses and five emergency medicine physicians.

The facility is slated to be expanded into a full hospital in the future. HCA got state approval on Dec. 7 to build a 40-bed acute care hospital called Central Florida Regional Hospital International Parkway, however that approval is being appealed by local health care competitors.

The new facility is part of a growing trend in the area to build more freestanding emergency centers. Freestanding emergency centers typically are owned and operated by licensed hospitals. The facilities are not connected to a main hospital campus but offer the same comprehensive 24/7 emergency services. The number of such facilities is on the rise in Florida, in part due to overcrowded ERs, and partly due to a desire to grow hospital system revenue. Hospital systems eventually may also expand them into full hospitals if they can prove the need for a facility. For example, HCA Healthcare Inc.'s **Oviedo ER**, built in 2013, became a $109 million, 64-bed hospital called Oviedo Medical Center in 2017.

The state had only 26 freestanding ERs in 2016 and that number has grown to 41, according to the Florida Agency For Health Care Administration. The total count will rise to 50-plus with the Central Florida projects in the works and may go even higher, since they fulfill a strategy for hospital systems to grow revenue by bringing emergency care closer to outlying, typically affluent suburbs, where people are more likely to be able to afford health care.

HCA also is building a freestanding ER in Baldwin Park, which will open this spring, and another one near the Mall at Millenia in Orlando set to open this year. HCA also has an existing freestanding ER in Hunter's Creek.

Meanwhile, competitor AdventHealth has six freestanding ERs in the works or already built in Oviedo, Lake Mary, Winter Garden, Deltona, Waterford Lakes and Lake Nona.

The health care system owns nearly 50 hospitals and emergency rooms in Florida, including four hospitals in Central Florida: the 221-bed Central Florida Regional Hospital in Sanford, the 404-bed Osceola Regional Medical Center in Kissslmee, the 76-bed Poinciana Medical Center and the 64-bed Oviedo Medical Center.

In addition, HCA has started construction in partnership with the University of Central Florida on the new 64-bed UCF Lake Nona Medical Center , a teaching hospital set to open in fall 2020. Along with that, the health care provider - which has 185 hospitals nationwide - also operates four local CareNow urgent care clinics, two imaging centers and has plans for three additional freestanding ERs in Central Florida.

HCA's stock has a 52-week range of $93.03-$147.42. HCA Healthcare, one of the largest private health systems in Florida, reported a nearly $32 million increase in its year-over-year revenue for 2018, while its fourth-quarter earnings jumped 6 percent to a total of $12.27 billion. For the year, revenue totaled $46.68 billion, compared to $43.61 billion in 2017.

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---

---- Index References ----

Company: FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION; HCA HEALTHCARE INC

Industry: (Critical & Intensive Care (1CR27); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); Tennessee (1TE37); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Trey Abshier)

Word Count: 677

---

   © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**