# EXHIBIT 9



# Don't mess with it. Get to the Oviedo ER℠ at Oviedo Medical Center.

**Oviedo MEDICAL CENTER**

8300 Red Bug Lake Road
Oviedo, FL 32765

Many people blame stomach pain or discomfort on indigestion – and that's often the case. But sometimes these symptoms can be caused by something far more serious. If you are experiencing abdominal pain that is severe or accompanied by other symptoms such as pressure in your chest, bleeding, nausea or vomiting, yellow skin or eyes or difficulty breathing, you may be experiencing a serious medical emergency.

The Oviedo ER℠ at Oviedo Medical Center has the staff, equipment and expertise to handle the most critical medical emergencies. And with average ER wait times that are consistently shorter than the national average, we can get you in and get you treated promptly and efficiently.

*To learn more about when you should seek emergency care for stomach pain, visit our website or call 407-871-5634.*

For average ER wait time, text **ER** to **32222** or visit **OviedoER.com**.

Message and data rates may apply. For more information, visit TextERHelp.com.



Located between S.R. 417 and S.R. 426 with easy access from W. Broadway Street.