# EXHIBIT 10



# When accidents happen, we're here for you. 24/7/365.



8300 Red Bug Lake Road,
Oviedo, FL 32765

Accidents happen fast. Emergency care should, too. The Oviedo ER$^{SM}$ at Oviedo Medical Center has the staff, equipment and expertise to handle the most critical medical emergencies. And with average ER wait times that are consistently shorter than the national average, we can get you in and get you treated promptly and efficiently.

## For all your family's emergencies – big and small.

*To learn more about our emergency services, visit our website or call 407-871-5634.*

For average ER wait time, text **ER** to **32222** or visit **OviedoMedicalCenter.com.**

Message and data rates may apply. For more information, visit TextERHelp.com.

