# EXHIBIT 12

| | |
|---|---|
| From: | ▮ |
| To: | ▮ Cathy |
| Cc: | ▮@hcahealthcare.com |
| Subject: | {EXTERNAL} ER Kudos |
| Date: | Monday, July 15, 2019 8:12:42 AM |
| Attachments: | image001.png<br>image002.png<br>image003.png |

Cathy,

   A quick note to recognize and share with you the excellent level of care the ▮ family experienced, at the Oviedo ER the Sat. over the July 4th Holiday Weekend! Our youngest daughter was home from college and preparing a special breakfast for Mom & Dad. (Go figure! ) She literally cut the tip of her ring finger off and blood was flying! We compressed the wound and made *the 3 Min. drive* to Oviedo ER. Upon arrival our daughter immediately received a high level of kind and professional care. The Check-in person immediately recognized our daughter beginning to faint and secured a bed. The male ER Nurse was personable and competent. Dr. Mendez was the ultimate professional and has the very best "bedside manor" we have ever experienced!! Please share with KC and staff our gratitude.

***FYI: I should have emailed last week, but time gets away***
Best regards,



REDACTED