# EXHIBIT 13

# FLORIDA HOSPITAL OVIEDO ER



**WHEN:** Thursday, November 1, 2018 at 10 am

**WHERE:** 8100 Red Bug Lake Rd, Oviedo, FL

*Light refreshments will be served.*

Preview the expanded services coming to the Oviedo community!

*Parking available on site.*

Please remember this is an active construction site and appropriate footwear is recommended.

 

Florida Hospital will soon be AdventHealth.