# EXHIBIT 14

NewsRoom

11/5/18 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2018 WLNR 34347443

Orlando Business Journal
https://www.acbj.com

November 5, 2018

Florida Hospital breaks ground on Oviedo freestanding ER

Ryan Lynch

Florida Hospital has broken ground on its new freestanding emergency department in Oviedo.

The Orlando-based nonprofit health care provider will open the 19,000-square-foot **AdventHealth Oviedo** ER by fall 2019. The facility at 8100 Red Bug Lake Road will include two kid-friendly patient rooms, imaging technology like X-ray, CT scan and ultrasound equipment, as well as a medical laboratory.

"We are excited to add this ER to our growing network of care," Jennifer Wandersleben, CEO of Florida Hospital's Winter Park Memorial Hospital, said in a prepared statement. "Many Oviedo residents already entrust physicians within the Florida Hospital network with their health care, and we are making it easier to access our emergency services."

The Oviedo ER will have 100 employees when completed, Florida Hospital spokesman David Breen told Orlando Business Journal . This will include certified emergency physicians and nurses.

Orlando-based Hunton Brady Architects is the architect and West Point, Ga.-based Batson-Cook Co. is the general contractor.

Florida Hospital currently has freestanding ERs in Winter Garden and Lake Mary. It plans to build a $12 million, 14,000-square-foot freestanding ER in Deltona as well as a $15.6 million, 19,000-square-foot freestanding ER in Waterford Lakes.

The Waterford Lakes location will open in second-quarter 2019, while the Deltona location will open in summer 2019. Florida Hospital representatives previously told Orlando Business Journal the new Oviedo facility will be similar to the Waterford Lakes complex.

These are part of a growing trend in the area to build more freestanding emergency centers , which typically are owned and operated by licensed hospitals. The facilities are not connected to a main hospital campus but offer the same comprehensive 24/7 emergency services. The number of such facilities is on the rise in Florida, in part due to overcrowded ERs, and partly due to a desire to grow hospital system revenue.

Hospital systems eventually may expand them into full hospitals. For example, HCA Healthcare Inc.'s (NYSE: HCA) Oviedo ER, built in 2013, became a $109 million, 64-bed hospital called Oviedo Medical Center in 2017.

The state had only 26 freestanding ERs in 2016 and that number since has grown to 41 , according to the Florida Agency For Health Care Administration. The total count will rise to 50-plus with current projects and may go even higher, since they fulfill a strategy for hospital systems to grow revenue by bringing emergency care closer to outlying, typically affluent suburbs, where people are more likely to be able to afford health care.

Click here to see where Florida freestanding ERs are located.

Florida Hospital parent Adventist Health System is the second-largest employer in the area with more than 83,000 employees for 2018 . Founded in 1908, the $3.25 billion nonprofit Florida Hospital system includes 10 total hospitals and more than 2,500 doctors.

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- Index References ----

Company: ADVENTIST HEALTH SYSTEM; BATSON COOK CO; FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION; FLORIDA HOSPITAL SYSTEM; HCA HEALTHCARE INC

Industry: (Critical & Intensive Care (1CR27); Diagnostic Imaging (1DI42); Diagnostic Imaging Services (1DI88); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Hunton Brady Architects; David Breen; Jennifer Wandersleben)

Word Count: 472

**End of Document** © 2019 Thomson Reuters. No claim to original U.S. Government Works.