# EXHIBIT 15



AdventHealth Oviedo
# Emergency Care

 Our Services

 Network of Care

**Expert Emergency Care**

## Coming Soon **To Your Neighborhood**

When you have a medical emergency, you need care that's close to home. That's why we're opening one of our newest freestanding emergency rooms — the AdventHealth Oviedo ER — in the fall of 2019. Bringing you comfort, peace of mind and round-the-clock emergency care, right here in your neighborhood.

## The Help You Need, **When You Need It**

In an emergency, it's sometimes challenging to decide what to do, where to go and what is needed. At Oviedo ER, our staff will sort out all the details and work to get you the answers your family needs. It's our passion, our life's work, to be there when you need us most.

If you or your family member experience a condition or injury that could cause significant harm without quick medical attention, the emergency room is the place to go. When our new Oviedo ER opens, we'll treat emergency conditions such as:

- Chest pain
- Difficulty breathing
- Head or neck injury
- Persistent diarrhea
- Numbness or drooping of the face or body
- Severe abdominal pain
- Severe vomiting or vomiting blood
- Sudden confusion



- Uncontrolled bleeding
- Unusual behavior

For non-life-threatening or less severe conditions, Centra Care Oviedo offers walk-in services, whole family care, primary care and an on-site pharmacy. Seven days a week, you can see one of our providers for sports or school physicals, lab needs, allergies, coughs, colds, minor bruises, sprains or strains.



If this is a life-threatening emergency, please dial 911.

**Extensive Emergency Services**

# Coming **Fall 2019**

### Specialized Emergency Room Care

You deserve timely, convenient and quality emergency care. That's why we're building an innovative ER, that will be staffed with a specialized team of emergency physicians, pain specialists, critical care nurses, and other trained specialists to meet the emergency medical needs of our communities.

### Overnight Observation

We will always do our best to address and treat your condition or injury immediately. But sometimes a trip to the emergency room requires an overnight stay to conduct additional tests or to help with your recovery. If your ER doctors think it's best to keep you overnight, the new Oviedo ER will offer comfortable overnight observation rooms so your doctors can keep a close eye on your condition while you focus on healing. There will be no need to transfer to another facility.

### Benefits of Our Hospital Family

AdventHealth hospitals and ERs are part of a connected network of care, bringing families access to compassionate, expert services to meet your individual health needs. If care beyond the emergency room is needed, we can transport you to a nearby AdventHealth hospital where specialists trained in your specific condition will treat you. You can count on us to be there for you when you need us most -— providing healing and lifting your spirits along the way.

**Connected Care**

# When You **Need Us**

We're building Oviedo ER as part of the AdventHealth network of care. That means if you or your loved one need care beyond the emergency room, we offer important advantages such as:

- Access to high-level care provided at other AdventHealth hospitals
- A system of specialists who work together across different specialties
- Providers who not only treat your condition but treat the whole you
- The latest diagnostic and treatment services

Transfer to nearby facilities if further treatment or special care is needed.





Emergency **Care**



## Emergency Care Nearby

☐ Centra Care
☐ Hospital and Emergency Rooms
☐ Centra Care Kids

AdventHealth Oviedo ER ▼

### AdventHealth Oviedo ER

**Coming Soon - Opening Fall 2019**

📍 8100 Red Bug Lake Road
Oviedo, FL  32765

## Expert Medical Care **on Demand**



### Emergency Care

AdventHealth's emergency room locations throughout Central Florida provide the highest level of round-the-clock care.

[Learn More]



### Urgent Care

In Central Florida, when you need care for non-emergency conditions, you're never far from an AdventHealth Centra Care location. Each is open seven days a week for extended hours and can treat a cold, flu or minor bruises, sprains or strains.

[Learn More]



### eCare

When you download the AdventHealth eCare app to your smart phone or tablet, you can video chat with a health care provider without leaving home.

[Learn More]

---

### AdventHealth Oviedo ER

Coming Soon - Opening Fall 2019

8100 Red Bug Lake Road
Oviedo, FL  32765

**Information For**

Find Doctors

Blogs and Events

Careers

Giving Back

Our Services

**AdventHealth**

Global Homepage

View All Our Doctors

View All Our Locations

Mission and History

Community Benefit

News and Blogs

CREATION Life

Employees

Legal



---

Privacy Policy    Patient Privacy - HIPAA    Patient Rights and Responsibilities    Financial Assistance    Health Equity Promise