# EXHIBIT 16


# AdventHealth Oviedo ER – Opening Late 2019

## Search Jobs

Keywords or MOS Code

Category

Location

Search

8100 Red Bug Lake Road,
Oviedo, Florida 32765

AdventHealth Oviedo ER will be a brand-new, freestanding facility dedicated to 24/7 care. It is our goal to provide quicker access to hospital-based ER services for a growing community with diverse needs.

Oviedo ER will be staffed by board-certified emergency physicians, critical care nurses, and stroke and chest pain experts trained to stop a heart attack in minutes. Opportunities also exist for unit coordinators and patient care techs who want to learn and grow within our fulfilling mission-driven culture. Check back soon for more details on the opening date and career opportunities!

### Highlights

Rapid Assessment Services
Overnight Observation Unit
World-Class Facility
Innovative Technologies
Admitting Privileges to Florida Hospital Altamonte

## Stay Connected

### Join Our Talent Community

Stay in touch with our recruiters. You'll be among the first to know when the new job opportunities open.

*Please note: By joining our Talent Community you have not officially applied to a position.*

Connect With Us



Explore our Lake Mary ER for a sneak peek into what our new Oviedo ER will look like.

Search Oviedo ER jobs now



Construction Progress as of 6/23/19

## Employment Opportunities

**Patient Access**
PA Manager – PA ED – Benefits Advisor

**Direct Patient Care**
ED Registered Nurse – Clinical Educator – ED Advanced Technician

**Administration**
Director – Executive Assistant

**Ancillary Services**
LABV Lab Coordinator – LATH Lab Tech – Clinical Pharmacist – Pharmacy Tech – Respiratory Therapist – Respiratory Care Clinical Specialist

**Security**
Security Supervisor – Security Officer

**Facilities**
Facilities Lead – Landscaping – Biomed – MIS – Case Management – Inventory Control Management Lead – Chaplain

**Imaging**
Clinical Supervisor Imaging – CT Tech/Diagnostic Imaging – Ultrasound Tech

Apply Now

### AdventHealth Greater Orlando Careers

- Careers Home
- Working Here
- Hospital Locations
- Careers Areas
- FAQs
- News & Events
- Advanced Job Search
- Legal

### Stay Connected

Join Our Talent Community



©AdventHealth 2019

### AdventHealth Greater Orlando Careers

- Careers Home
- Working Here
- Hospital Locations
- Careers Areas
- FAQs
- News & Events
- Advanced Job Search
- Legal

### Stay Connected

Join Our Talent Community