# EXHIBIT 17



"Oviedo ER"

 

 All     Maps     News     Images     Shopping    ⋮ More      Settings    Tools

About 6,910 results (0.59 seconds)

### Oviedo Medical Center: Home
https://oviedomedicalcenter.com/
Patients & Visitors · Classes & Events · Florida Pricing Transparency · Maps & Directions · Consult-A-Nurse® · Medical Records · MyHealthONE Patient Portal ...
ER Wait Times · Contact Us · About | Oviedo Medical Center · Pay Bill Online
You visited this page on 6/26/19.

### Oviedo ER • AdventHealth Careers
https://www.adventhealthcareersgreaterorlando.com/hospitals/oviedo-er/
AdventHealth **Oviedo ER** will be a brand-new, freestanding facility dedicated to 24/7 care. It is our goal to provide closer access to hospital-based ER services ...

### Florida Hospital breaks ground on ER in Oviedo - Orlando Sentinel
https://www.orlandosentinel.com/.../os-ne-oviedo-er-florida-hospital-20181101-story....
Nov 1, 2018 - Florida Hospital is breaking ground this morning on a free-standing emergency department that will serve Oviedo and surrounding areas of Seminole County. The ER, one of two aimed at expanding the Adventist Health presence on the east side of Metro Orlando, will have 24 patient ...

---

**People also ask**

| Is Oviedo Florida a good place to live? | ⌄ |
|---|---|
| Does UCF have a hospital? | ⌄ |
| What is Oviedo Florida known for? | ⌄ |
| Where is Oviedo FL? | ⌄ |

Feedback

---

### AdventHealth Oviedo ER | AdventHealth
https://www.adventhealth.com/hospital-and-emergency.../adventhealth-oviedo-er
We're building **Oviedo ER** as part of the AdventHealth network of care. That means if you or your loved one need care beyond the emergency room, we offer ...