# EXHIBIT
# 18

Google

adventhealth oviedo er

  Sign in

🔍 All   🗺 Maps   📰 News   🖼 Images   ▶ Videos   ⋮ More          Settings   Tools

About 12,600 results (0.45 seconds)

### AdventHealth Oviedo ER | AdventHealth
https://www.adventhealth.com › hospital-and-emergency-rooms › adventh... ▾
That's why we're opening one of our newest freestanding emergency rooms — the **AdventHealth Oviedo ER** — in the fall of 2019. Bringing you comfort, peace of ...

### Oviedo ER • AdventHealth Careers
https://www.adventhealthcareersgreaterorlando.com › hospitals › oviedo-er ▾
**AdventHealth Oviedo ER** will be a brand-new, freestanding facility dedicated to 24/7 care. It is our goal to provide quicker access to hospital-based ER services ...

### Florida Hospital breaks ground on ER in Oviedo - Orlando Sentinel
https://www.orlandosentinel.com › news › orange-county › os-ne-oviedo-e... ▾
Nov 1, 2018 - The **ER** will have 24 patient rooms and diagnostic imaging equipment, including ... Florida Hospital will soon re-brand itself as **AdventHealth**.

### Florida Hospital breaks ground on Oviedo freestanding ER
https://www.bizjournals.com › orlando › news › 2018/11/05 › florida-hos... ▾
Nov 5, 2018 - The Orlando-based nonprofit health care provider will open the 19,000-square-foot **AdventHealth Oviedo ER** by fall 2019. The facility at 8100 ...

### AdventHealth reveals more on planned Lake Nona freestanding ER
https://www.bizjournals.com › orlando › news › 2019/02/04 › adventhealt... ▾
Feb 4, 2019 - The AdventHealth Lake Nona freestanding ER will break ground this ... the 19,000-square-foot **AdventHealth Oviedo ER** at 8100 Red Bug Lake ...

### Oviedo Medical Center: Home
https://oviedomedicalcenter.com ▾
**Oviedo** Medical Center provides a full range of healthcare services to east ... Baldwin Park **ER**, a department of **Oviedo** Medical Center, opened its doors to the ...

### Adventhealth Jobs, Employment in Oviedo, FL | Indeed.com
https://www.indeed.com › q-Adventhealth-l-Oviedo,-FL-jobs ▾
The AdventHealth Oviedo Emergency Room (ER) is an extension of our AdventHealth Winter Park location. The **AdventHealth Oviedo ER** will be staffed by ...

### adventhealth oviedo er Archives - Florida Medical Office Space
https://floridamedspace.com › tag › adventhealth-oviedo-er ▾
Florida Hospital leaders broke ground last week on an emergency department that will expand the health care system's network to better serve residents of ...

### Florida Hospital breaks ground on emergency ... - AdventHealth
https://www.floridahospitalnews.com › florida-hospital-breaks-ground-emer...
Nov 2, 2018 - The approximately 19,000-square-foot facility, which will be known as **AdventHealth Oviedo ER**, will be located at 8100 Red Bug Lake Road.

### THE BEST 10 Hospitals in Oviedo, FL - Last Updated August 2019 ...
https://www.yelp.com › Oviedo, FL › Health & Medical › Hospitals ▾
Best Hospitals in **Oviedo**, FL - **AdventHealth** Winter Park, **AdventHealth** East ... Altamonte Springs, Universal Hospital Services, **AdventHealth** Lake Mary **ER**, ...

#### Searches related to adventhealth oviedo er

adventhealth oviedo **hospital**          adventhealth **waterford lakes**
adventhealth oviedo **imaging**           adventhealth **waterford lakes** er
oviedo **medical center**                 oviedo **medical center staff**
adventhealth **careers**                  oviedo **hospital jobs**


1 2 3 4 5 6 7 8 9 10   Next


See photos                          See outside

## AdventHealth Centra Care Oviedo

[ Website ]  [ Directions ]  [ Save ]

2.9 ★★★☆☆ 113 Google reviews
Urgent care center in Oviedo, Florida

**Address:** 8010 Red Bug Lake Rd, Oviedo, FL 32765
**Hours:** Closed · Opens 8AM Thu ▾
**Appointments:** centracare.org
**Phone:** (407) 200-2512

Suggest an edit

### Questions & answers
See all questions (3)                    [ Ask a question ]

### Popular times ⓘ                      [ Wednesdays ⯆ ]



### Plan your visit
People typically spend **30 min to 1.5 hr** here

### Reviews ⓘ          [ Write a review ]  [ Add a photo ]

R  "Almost no **wait**, great **service** and friendly **staff**!"

   "This **place** is far more interested in making **money** than healing **people**."

R  "The **office staff**, nurse and **doctor** has always been super friendly and helpful."

View all Google reviews

### From AdventHealth Centra Care Oviedo
"This is whole-person care. And we're coming together under one unified name to heal what hurts, ease your mind, and lift your spirit. The same doctors you know, the same care you trust, and the same level of compassion you've always felt. Soon, we'll...More

### People also search for                    View 15+ more

Paramount Urgent Care - Ov...    Night Lite Pediatrics Urgent C...    First Choice Urgent C...    Affordable Care Clinics...
Urgent care center          Urgent care center          Urgent care center          Medical clinic

Feedback

⬤ **Downtown, Louisville, KY** - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

Google Chrome                              8:25:06 PM 8/28/2019