# EXHIBIT 19



MIDDLETON
REUTLINGER
401 South Fourth Street
Suite 2600
Louisville, KY 40202
www.middletonlaw.com

Julie Gregory Ray
Main: 502.584.1135
Direct: 502.625.2770
Fax: 502.561.0442
jray@middletonlaw.com

November 16, 2018

**VIA COURIER**

Subject to FRE 408

Jennifer Wandersleben
   Administrator
Winter Park Memorial Hospital
200 N. Lakemont Avenue
Winter Park, Florida 32792

    **Re:**   **Our Client:**   Oviedo Medical Center, LLC
          **Our Mark:**    OVIEDO ER

Dear Ms. Wandersleben:

    By way of introduction, Middleton Reutlinger represents Oviedo Medical Center, LLC ("Oviedo Medical Center") with respect to intellectual property matters. As part of its service offerings, Oviedo Medical Center operates Oviedo ER, located at 8300 Red Bug Lake Road in Oviedo, Florida. A photograph of Oviedo ER is enclosed herein for your reference.

    Our client recently learned that Florida Hospital is constructing a free standing emergency department at 8100 Red Bug Lake Road in Oviedo, which it appears to intend to call "Florida Hospital Oviedo ER", as reflected in an invitation our client received for the ground breaking ceremony (also attached). Furthermore, a recent article in the *Orlando Business Journal* dated November 5, 2018, indicates that the facility may also be called "AdventHealth Oviedo ER", and reflects that a spokesman for Florida Hospital referred to the new facility as simply "Oviedo ER." This article also refers to our client's Oviedo ER as another facility in that area.

    As you should know, Oviedo Medical Center has been using the trade name/service mark "Oviedo ER" to brand its emergency department since 2013. In fact, our client has owned a Fictitious Name registration with the Florida Division of Corporations for "Oviedo ER" since September 19, 2013. Therefore, as between the parties, our client has priority with respect to use of "Oviedo ER."

To that end, Oviedo Medical Center is concerned that Florida Hospital's use of "Oviedo ER", either within the context of "Florida Hospital Oviedo ER", "AdventHealth Oviedo ER", or as "Oviedo ER", is likely to cause confusion or mistake among consumers as to the source of the parties' services, or as to any affiliation or sponsorship between the parties, in violation of Section 43(a) of the Lanham Act [15 U.S.C. §1125(a)] and under state and common law. Florida Hospital's decision to adopt a name that is identical to that of Oviedo ER for its new ER facility also suggests that Florida Hospital is attempting to pass off of and/or take advantage of the goodwill and reputation Oviedo ER has already created in its mark/name over these past several years.

That said, our client is especially concerned that Florida Hospital's use of "Oviedo ER" in any context will likely cause significant confusion with EMS personnel, patients, and the public, which is heightened by the fact that the new Florida Hospital facility will be situated less than one mile from Oviedo ER. Since time is of the essence in emergency care situations, any resulting confusion could be detrimental to patient care, which we are confident that you would likewise want to avoid.

Therefore, on behalf of Oviedo Medical Center, this letter shall serve to formally notify Florida Hospital of our client's prior rights, and to request that Florida Hospital, and all other related individuals or entities, discontinue any efforts to use any name or mark for, or which includes, "Oviedo ER", or any colorable permutation thereof. Should you decline to do so, our client will consider any continuing use of these names or marks as constituting intentional infringement.

We are confident that you will appreciate the significance of this matter and trust that we can work with you to continue this dialogue in an effort to resolve this issue in a constructive, amicable manner. Thank you for your attention to this matter and we look forward to hearing from you.

Very truly yours,

**MIDDLETON REUTLINGER**

Julie Gregory Ray

Enclosures
cc:     Oviedo Medical Center, LLC





# BREAK GROUND FOR THE
# FLORIDA HOSPITAL OVIEDO ER



**WHEN:** Thursday, November 1, 2018 at 10 am

**WHERE:** 8100 Red Bug Lake Rd, Oviedo, FL

*Light refreshments will be served.*

Preview the expanded services coming to the Oviedo community!

*Parking available on site.*

Please remember this is an active construction site and appropriate footwear is recommended.

 

Florida Hospital will soon be AdventHealth.

