# EXHIBIT 20

# KUTAKROCK

Kutak Rock LLP
Two Pershing Square | 2300 Main Street, Suite 800, Kansas City, MO 64108-2432
office 816.960.0090

Bryan P. Stanley
816.502.4645
bryan.stanley@kutakrock.com

December 6, 2018

**VIA EMAIL**

Ms. Julie Gregory Ray
Middleton Reutlinger
401 South Fourth Street, Suite 2600
Louisville, KY 40202
jray@middletonlaw.com

RE: Response to Alleged Trademark Infringement of OVIEDO ER

Dear Ms. Ray:

Kutak Rock LLP represents Winter Park Memorial Hospital with respect to its intellectual property matters, and we are in receipt of your November 16, 2018 correspondence alleging infringement of Oviedo Medical Center, LLC's OVIEDO ER name. After reviewing the correspondence, we respectfully disagree with your claims; however, as further discussed below, Winter Park Memorial Hospital is willing to take steps to address your client's concern regarding potential confusion.

OVIEDO ER is located in Oviedo, Florida, as such, the term OVIEDO is merely geographically descriptive, and Section 2(e)(2) of the Trademark Act prohibits registration on the Principal Register of a mark that is primarily geographically descriptive. See TMEP § 1210.01(a). Further, the inclusion of the additional word part ER, a commonly known abbreviation for "emergency room", is purely descriptive of the actual services provided. As such, OVIEDO ER is certainly descriptive.

We also note that Oviedo Medical Center, LLC has not filed a federal trademark application before the United States Patent and Trademark Office to attempt to federally register OVIEDO ER on the Principal Register based upon Section 2(f). We suspect this is because it would be exceedingly difficult to demonstrate secondary meaning of the merely descriptive term OVIEDO ER and demonstrate substantially exclusive use of these words in commerce.

Even though Oviedo Medical Center, LLC has limited, if any, rights in OVIEDO ER, our client is willing to use its rebranded name ADVENTHEALTH OVIEDO ER when referencing its emergency room facility in order to address your client's concerns.

      We believe that this fully addresses any concerns Oviedo Medical Center may have with respect to any confusion since ADVENTHEALTH is the prominent portion of ADVENTHEALTH OVIEDO ER and eliminates any potential confusion. As such, we consider this matter closed.

Sincerely,

Bryan P. Stanley