# EXHIBIT 21



**MIDDLETON REUTLINGER**

401 South Fourth Street
Suite 2600
Louisville, KY 40202
www.middletonlaw.com

Julie Gregory Ray
Main: 502.584.1135
Direct: 502.625.2770
Fax: 502.561.0442
jray@middletonlaw.com

January 2, 2019

<u>**VIA EMAIL AND REGULAR MAIL**</u>

Subject to FRE 408

Bryan P. Stanley, Esq.
**KUTAK ROCK LLP**
Two Pershing Square
2300 Main Street
Suite 800
Kansas City, Missouri 64108-2432
*Email:* bryan.stanley@kutakrock.com

Re:  Our Client:  Oviedo Medical Center, LLC
     Our Mark:    OVIEDO ER

Dear Mr. Stanley:

We have received your correspondence of December 6, 2018, on behalf of Winter Park Memorial Hospital regarding its use of OVIEDO ER.

However, we respectfully disagree with your contention that Oviedo Medical Center does not have exclusive rights in and to OVIEDO ER superior to those of Winter Park Memorial Hospital.

Oviedo Medical Center has been the only entity using OVIEDO ER as a trade name and service mark in the vicinity at issue since 2013. Therefore, it is the only party that would be able to establish secondary meaning pursuant to Section 2(f) of the Trademark Act. However, the question as to whether or not Oviedo Medical Center owns a federal registration with the United States Patent & Trademark Office ("USPTO") does not affect its senior common law rights to OVIEDO ER.

We note that your client has proposed to use its "rebranded" name ADVENTHEALTH OVIEDO ER as a solution moving forward. However, we remind your client that we previously identified this name as being unacceptable in our prior letter of November 16, 2018. There are obviously a multitude of other ways by which your client may identify the location of its facility than otherwise wholly incorporating our client's OVIEDO ER mark and name, e.g., ADVENTHEALTH ER at Winter Park Memorial Hospital, or ADVENTHEALTH ER in Oviedo, or simply ADVENTHEALTH ER. We trust that your client would have the same concern if the situation were reversed, and in fact, Oviedo Medical Center has refrained from using "Winter Park" in the past to avoid any confusion with Winter Park Memorial Hospital. Our expectation would be that your client would likewise want to avoid the same risk, and that on further reflection, it will adopt a more practical solution to avoid any confusion with Oviedo Medical Center's OVIEDO ER.

      To that end, this letter shall reiterate the demands set forth in our prior correspondence and request that Winter Park Memorial Hospital and/or AdventHealth discontinue any efforts to use or include OVIEDO ER in the name its emergency room facility.

Very truly yours,

**MIDDLETON REUTLINGER**

Julie Gregory Ray

cc:    Oviedo Medical Center, LLC