# EXHIBIT 22



MIDDLETON
REUTLINGER

401 South Fourth Street
Suite 2600
Louisville, KY 40202
www.middletonlaw.com

Julie Gregory Ray
Main: 502.584.1135
Direct: 502.625.2770
Fax: 502.561.0442
jray@middletonlaw.com

April 17, 2019

**VIA EMAIL AND REGULAR MAIL**

Subject to FRE 408

Bryan P. Stanley, Esq.
**KUTAK ROCK LLP**
Two Pershing Square
2300 Main Street
Suite 800
Kansas City, Missouri 64108-2432
Email: bryan.stanley@kutakrock.com

**Re:   Our Client:   Oviedo Medical Center, LLC**
       **Our Mark:    OVIEDO ER**

Dear Mr. Stanley:

We are following up with our prior correspondence to you of January 2, 2019, on behalf of Oviedo Medical Center, LLC ("Oviedo Medical Center") regarding Winter Park Memorial Hospital's proposed use of "OVIEDO ER."

It appears that Winter Park Memorial Hospital has now changed its name to AdventHealth Winter Park, and is moving forward with use of "ADVENTHEALTH OVIEDO ER" as illustrated in the attached screen shot of an AdventHealth website. However, as noted in our prior correspondence to you, your client's proposed use of "ADVENTHEALTH OVIEDO ER" is not acceptable.

The purpose of this correspondence is to remind AdventHealth of our client's demand, with the expectation that your client will reconsider its position and make plans to use another name that does not include "OVIEDO ER" before the facility is opened later this year.

We trust that AdventHealth can appreciate Oviedo Medical Center's concern that a fellow healthcare provider would choose to open a competing facility under a name/mark that is either identical to or wholly incorporates Oviedo Medical Center's mark, especially since consumers and the medical community already know Oviedo Medical Center's emergency facility as "OVIEDO ER."

To that end, we would ask that you confirm to us that AdventHealth has agreed to use another name that does not include "OVIEDO ER" or "ER at OVIEDO" for its ER facility. Otherwise, this letter shall serve as notice to AdventHealth that Oviedo Medical Center reserves any and all rights and remedies it holds in its OVIEDO ER service mark, including but not limited to injunctive relief, to protect its intellectual property if and when AdventHealth should move forward with use of "OVIEDO ER",

"ADVENTHEALTH OVIEDO ER", "ER at OVIEDO", or any colorable permutation of any of the foregoing.

 Thank you for your attention to this matter and we look forward to hearing from you.

       Very truly yours,

       **MIDDLETON REUTLINGER**

       Julie Gregory Ray

Enclosure
cc: Oviedo Medical Center, LLC







