# EXHIBIT 24

SELECT A CITY

ORLANDO BUSINESS JOURNAL

These are Central Florida's highest-paid jobs, raking in $90K+ ›

YOUR ACCOUNT
SANDRA.MCPHERSON@HCAHEALTHCARE.COM

☰ INDUSTRIES & TOPICS | NEWS | LISTS & LEADS | PEOPLE & COMPANIES | EVENTS | MORE…

Start Download Now
Printable PDF (Free)
Download Here
yourpdfconverter.online
OPEN

Health Care

# AdventHealth's trio of freestanding ERs joins statewide push 🔑

Email | Share | Share | Tweet | ★ Save | Print | Order Reprints



VIEW SLIDE SHOW
21 photos



By Ryan Lynch – Staff Writer, Orlando Business Journal
a day ago

AdventHealth is riding a wave of building new medical facilities in the Orlando area.

The Altamonte Springs-based health care system plans to add three new freestanding emergency rooms in Central Florida — Lake Nona, southwest Orlando and Kissimmee — which may create up to 300 jobs.

And AdventHealth isn't alone, joining local rival Orlando Health and Nashville, Tennessee-based HCA Healthcare Inc. (NYSE: HCA) in pursuing more than 20 planned or current freestanding facilities in the area.

Standalone emergency departments are on the rise in Florida partly because of overcrowded ERs on hospital campuses. The state in 2016 reported only 26 freestanding ERs in operation; it's now up to 58, according to the Florida Agency For Health Care Administration's most recent data.

While they make up a small share of most health care companies' revenue, freestanding ERs can be part of a larger strategy of following population growth and, soon after, establishing a larger health campus nearby, Minnesota health care consultant Allan Baumgarten told *Orlando Business Journal*.

"It's a relatively modest investment, and as the population of an area grows, the health system can begin to add other facilities, like a medical office building, ambulatory surgery center and, eventually, a small inpatient unit," Baumgarten said.

**COMPANIES IN THIS ARTICLE**
Brought to you by Deloitte Private

**AdventHealth**
Altamonte Springs, FL
See full profile ›

**HCA Healthcare Inc.**
Nashville, TN
Hospital & Health Care
$46.7B Revenue  262K Employees
See full profile ›

**Orlando Health**
Orlando, FL
Hospital & Health Care
$3.8B Revenue  20,000 Employees
See full profile ›

**Qorvo**
Greensboro, NC
Semiconductors
$3.1B Revenue
See full profile ›

**Deloitte.**
Lease accounting: Lessons

TRENDING

TRAVEL & TOURISM
Disney's Animal Kingdom to open new attraction in July 🔑

TRAVEL & TOURISM
Ships ahoy: Disney Cruise Line shares 2020 itineraries (PHOTOS)

COMING EVENT
Get Ink'd
June 14