# EXHIBIT 26





*Construction Progress as of 6/23/19 (1)*

Home > Hospital Locations > Oviedo ER

### AdventHealth

Facebook   LinkedIn
Twitter   Instagram

**AdventHealth Greater Orlando Careers**

Careers Home   Working Here   Locations   Careers Areas   FAQs   News & Events   Advanced Job Search   Legal

Google Chrome                                          8:12:43 PM 8/28/2019