# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:19-CV-1711-ORL-18EJK

Plaintiff:
**OVIEDO MEDICAL CENTER, LLC**

vs.

Defendant:
**ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
d/b/a ADVENTHEALTH OVIEDO ER**


SOP2019001945

For:
Martin B. Goldberg, Esq.
LASH & GOLDBERG LLP
100 S.E Second Street
Suite 1200
Miami, FL 33131

Received by Service of Process, Inc. on the 3rd day of September, 2019 at 2:27 pm to be served on **REGISTERED AGENT: JEFF BROMME, 900 HOPE WAY, ALTAMONTE SPRINGS, FL 32714**.

I, C. Grady Legette, being duly sworn, depose and say that on the **5th day of September, 2019 at 11:05 am, I:**

**CORPORATE SERVICE:** Served **REGISTERED AGENT: JEFF BROMME** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND EXHIBITS 1-26** with the date and hour of service endorsed thereon by me, to: Eyrie White as **Executive Assistan**, an authorized employee of the **Registered Agent** for **REGISTERED AGENT: JEFF BROMME**, at the address of **900 HOPE WAY, ALTAMONTE SPRINGS, FL 32714** and informed said person of the contents therein, in compliance with state statutes. F.S. 48.081(3)(a).

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 130, Hair: Dark Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

STATE OF FLORIDA
COUNTY OF ORANGE

Subscribed and Sworn to before me on the 5th day of September, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

CORINNE CLARK
Commission # GG 127113
Expires July 23, 2021
Bonded Thru Budget Notary Services

C. Grady Legette
CPS #487, #0112

**Service of Process, Inc.**
P.O. Box 653653
Miami, FL 33265
(305) 226-6809

Our Job Serial Number: SOP-2019001945

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jeff Bromme R/A__
was received by me on *(date)* __9/3/19__ .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Eddie White__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Registered Agent__
__Jeff Bromme__ on *(date)* __9/5/19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                    *C. Legett*
                                    Server's signature

                                    C. Grady Legette
                                    Printed name and title


                                    _____
                                    Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

9/5/19  11:05 AM
C. L. #487

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC <br><br> *Plaintiff(s)* <br> v. <br> ADVENTIST HEALTH SYSTEM/SUNBELT, INC. <br> d/b/a ADVENTHEALTH OVIEDO ER <br><br> *Defendant(s)* | Civil Action No. 6:19-cv-1711-Orl-18EJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Registered Agent: Jeff Bromme
    900 Hope Way
    Altamonte Springs, FL 32714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Martin B. Goldberg, Esq.
   Lash & Goldberg LLP
   2500 Weston Road, Suite 220
   Weston, FL 33331

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sep 03, 2019

*Signature of Clerk or Deputy Clerk*