UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC | ) |
|     PLAINTIFF, | ) ) ) |
| v. | ) ) ) Case No.: 6:19-cv-01711-WWB-EJK |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC. d/b/a ADVENTHEALTH OVIEDO ER | ) ) ) |
|     DEFENDANT. | ) ) |

**NOTICE OF REQUEST FOR PRELIMINARY INJUNCTION HEARING**

Plaintiff Oviedo Medical Center, LLC seeks to schedule a preliminary injunction hearing, on a day and time convenient for the Court, to allow sufficient time for the Court to hear and consider all of the evidence and render a decision on Plaintiff's Motion for Entry of a Preliminary Injunction ("Motion") prior to October 6, 2019 to preserve the status quo. *See* D.E. 6.

On September 3, 2019, Plaintiff filed a Motion pursuant to Fed. R. Civ. P. 65 and 15 U.S.C. § 1116 of the Lanham Act, requesting that this Court enter a preliminary injunction preventing Defendant Adventist Health System/Sunbelt, Inc. d/b/a AdventHealth Oviedo ER from further use of its distinctive phrase "Oviedo ER" in any fashion in connection with its soon-to-be opened emergency care facility. Given the immediate nature of the relief sought, that same day, Plaintiff sent a courtesy copy of its Complaint and Motion to counsel for Defendant.[1]  On September 5, 2019, Plaintiff formally served Defendant's registered agent.

---

[1] Prior to commencing this action, counsel for Plaintiff was communicating with Defendant's counsel

Furthermore, Plaintiff's counsel has subsequently followed up with Defendant's counsel by e-mail in an attempt to coordinate a mutually agreeable hearing date to no avail.

Critically, as set forth in Plaintiff's Complaint for Injunctive Relief [D.E. 1] and Motion, upon information and belief, Defendant's emergency care facility is scheduled to open on October 6, 2019. As a result, Plaintiff respectfully requests that the Court schedule a hearing to hear the evidence and render a decision in advance of the October 6, 2019 opening date. In light of the relief sought and the time sensitive nature of this dispute, any delay in Defendant's response should not affect the Court's prompt scheduling of a preliminary injunction hearing.

---

– Bryan P. Stanley from Kutak Rock LLP – regarding this matter. Plaintiffs will serve this request on Defendant and its counsel since to date, Defendant has yet to make an appearance on this Court's docket.

Dated: September 9, 2019

          Respectfully submitted,

          */s/ Martin B. Goldberg*
          Martin B. Goldberg
          Emily L. Pincow
          LASH & GOLDBERG, LLP
          Miami Tower
          100 SE 2nd Street, Suite 1200
          Miami, FL  33131-2158
          Phone: (305) 347-4040
          Fax: (305) 347-4050
          mgoldberg@lashgoldberg.com
          epincow@lashgoldberg.com

          and

          Dennis D. Murrell*
          Elisabeth S. Gray*
          Brian McGraw*
          MIDDLETON REUTLINGER
          401 S. Fourth Street, Suite 2600
          Louisville, Kentucky 40202
          Phone: (502) 584-1135
          Fax: (502) 561-0442
          dmurrell@middletonlaw.com
          egray@middletonlaw.com
          bmcgraw@middletonlaw.com

          *pro hac vice applications to be submitted

          **Counsel for Plaintiff Oviedo Medical Medical Center, LLC**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 9, 2019, the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notification to counsel of record:

             */s/Martin B. Goldberg*
             Martin B. Goldberg
             Emily L. Pincow