

AdventHealth Oviedo ER



AdventHealth Oviedo
Emergency Care

 Our Services

 Network of Care

**Expert Emergency Care**

# Coming Soon To Your Neighborhood

When you have a medical emergency, you need care that's close to home. That's why we're opening one of our newest freestanding emergency rooms — the AdventHealth Oviedo ER — in the fall of 2019. Bringing you comfort, peace of mind and round-the-clock emergency care, right here in your neighborhood.

**EXHIBIT B**