☰ Menu



🔍

# When you need emergency services, count on Oviedo ER℠ at Oviedo Medical Center.



**Oviedo Medical Center**

8300 Red Bug Lake Rd
Oviedo, FL 32765

Phone: (407) 890-2273

[Map & Directions]

 Back to Main Services

> If you think you may be experiencing a medical emergency, immediately call your doctor or 911.

When you need emergency services, count on Oviedo ER℠ at Oviedo Medical Center, where quality treatment is delivered as quickly as possible by physicians, nurses and providers who care about you. Our entire ER staff is dedicated to providing the highest level of care to you and your family.



## Features:

- 24/7 adult and pediatric emergency care
- 22 private patient care rooms
- Diagnostic imaging including CT Scan, Ultrasound, X-Ray and MRI
- Laboratory services
- Physicians specializing in emergency medicine on site 24/7
- Nurses certified in Advanced Cardiac Life Support and Pediatric Advanced Life Support

**Text ER to 32222 for Avg ER Wait Time**

Message and data rates may apply. For more info visit text help.

### Patient Stories



Paul Rosarius

Paul Rosarius is a busy man who didn't have time to be sick. But friends convinced him to get checke...View story

**EXHIBIT C**