

# Emergency Care

🏠 Oviedo Medical Center / Services / Emergency Care



Oviedo Medical Center

8300 Red Bug Lake Rd
Oviedo, FL 32765

Phone: (407) 890-2273

Map & Directions

← Back to Main Services

**Location**   View All Locations

⚠️ Oops! Something went wrong.

This page didn't load Google Maps correctly. See the JavaScript console for technical details.

> If you think you may be experiencing a medical emergency, immediately call your doctor or 911.

When you need emergency services, count on Oviedo Medical Center, where quality treatment is delivered as quickly as possible by physicians, nurses and providers who care about you. Our entire ER staff is dedicated to providing the highest level of care to you and your family.



## Features:

- 24/7 adult and pediatric emergency care
- 22 private patient care rooms
- Diagnostic imaging including CT Scan, Ultrasound, X-Ray and MRI
- Laboratory services
- Physicians specializing in emergency medicine on site 24/7
- Nurses certified in Advanced Cardiac Life Support and Pediatric Advanced Life Support

① Oviedo Medical Center

8300 Red Bug Lake Rd
Oviedo, FL 32765
(407) 890-2273

Text ER to **23000** for Avg ER Wait

**EXHIBIT D**


