


**EXHIBIT E**