**FOR THE EXCLUSIVE USE OF** MICHAEL.COLITZ@GRAY-ROBINSON.COM

From the Orlando Business Journal:
https://www.bizjournals.com/orlando/news/2019/06/12/metro-orlandos-number-
of-freestanding-ers-on-the.html

# Metro Orlando's number of freestanding ERs on the rise

🔑 **SUBSCRIBER CONTENT:**
Jun 12, 2019, 5:13pm EDT

AdventHealth's newest freestanding ER under construction is part of a larger trend of building such facilities in the region.



JIM CARCHIDI

The Altamonte Springs-based nonprofit hospital system broke ground on its 19,000-square-foot emergency room at 10093 Lake Nona Blvd. that is expected to open in summer 2020 in southeast Orlando's Lake Nona community. That facility, which will cost an estimated $15.6 million, is one of more than 20 in the area either planned, underway or completed.

The number of such facilities is on the rise in Florida, partly because of overcrowded ERs on hospital campuses. The state had only 26 freestanding ERs in 2016 and that number has grown to 58 in 2019, according to the Florida Agency For Health Care Administration.

*See the gallery above for a look at the current and future local freestanding ERS.*

The count continues to rise because the facilities fulfill a strategy for hospital systems to grow revenue by bringing emergency care closer to outlying, typically affluent suburbs, where people are more likely to be able to afford health care.

**EXHIBIT F**   1/2

Freestanding facilities also serve as an economic development agent for the area. For example, the Lake Nona ER will create more than 100 permanent medical jobs at full completion.

Some freestanding ERs later turn into hospitals as well, if the space provides for it. For example, Nashville, Tenn.-based HCA Healthcare Inc. (NYSE: HCA) opened its freestanding Oviedo ER in 2013 and later it was expanded into the Oviedo Medical Center, a $109 million, 64-bed hospital, at the start of 2017. And AdventHealth now is building a $200 million, 300,000-square-foot, seven-story 100-bed patient tower at 2000 Fowler Grove Blvd. on the campus of its freestanding ER in Winter Garden. That project should be completed in 2021.

Founded in 1908, the $3.36 billion nonprofit AdventHealth system, whose Central Florida division is headed up by CEO Daryl Tol, provided $196 million in uncompensated health care in 2018. Its holdings include several hospitals, urgent care centers, imaging and diagnostic centers, Lab Care locations, Sports Medicine & Rehab locations and freestanding ERs.

**Ryan Lynch**
Staff Writer
*Orlando Business Journal*





# ORLANDO
# BUSINESS JOURNAL

 | Industries & Topics    News    Lists & Awards    People & Companies    Events    More...

USE OUR COST SAVINGS CALCULATOR.
SEE HOW MUCH THE PNC COMMERCIAL
REWARDS CARD℠ CAN HELP YOU SAVE.

Roll Over for

Get Started

 PNC

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹  | 1 | of 23  ›

 « Back to article



**Oviedo ER (Now Oviedo Medical Center)**
Operated by: HCA Healthcare Inc.
Address: 8300 Red Bug Lake Road, Oviedo
ER cost: $9.7 million
ER size: 11,000 square feet
Opened: November 2013; expanded into $109 million, 64-bed hospital in 2017

*Jim Carchidi*

       Order Reprints

## Photo galleries

## Most Popular

1. Sears to shutter more U.S. stores
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report

## Most Trusted Dental Team

New Patient Special includes comp full mouth set of x-rays.

Modern Dental Care

      






ORLANDO
**BUSINESS JOURNAL**

🏠 | Industries & Topics | News | Lists & Awards | People & Companies | Events | More...



# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT  |  **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹  | 2 | of 23  ›

« Back to article



**Hunter's Creek ER**
Operated by: HCA Healthcare Inc.
Address: 12100 S. John Young Pkwy., Orlando
Cost: $10 million
Size: 10,600 square feet, 11 beds
Opened: June 2014

*Courtesy HCA*

  🐦 in f          📄 Order Reprints

## Photo galleries

   

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report

**Most Trusted Dental Team**
New Patient Special includes comp
full mouth set of x-rays.

Modern Dental Care





# ORLANDO
# BUSINESS JOURNAL

🏠   **Industries & Topics**   **News**   **Lists & Awards**   **People & Companies**   **Events**   **More...**


**View Tampa Homes >**
Homes From
$222K to $644K


# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

« Back to article

‹    3   of 23   ›





**AdventHealth Winter Garden ER**
Operated by: AdventHealth
Address: 2000 Fowler Grove Blvd.
Cost: $65 million
Size: 97,000 square feet, 24 beds
Opened: February 2016; 100-bed patient tower set for completion in 2021

*Ryan Lynch*

     Order Reprints

## Photo galleries

         


A quick little
**1** Which of the foll
you own?
■ Windows laptop
■ Chromebook
■ Macbook
■ Other
■ None
⚙ SCRUTINEER  Click here to se

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology
   experience
5. Class act: These are the best pri
   Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c
   Florida
8. Rooms to Go to debut massive
   Daytona
9. C. Fla. acreage acquisitions fetc
   week
10. These Florida colleges are the b
    report

### Most Trusted Dental Team
New Patient Special includes comp
full mouth set of x-rays.
Modern Dental Care



Find Out A
Great Comp
Own Bac



## ORLANDO
# BUSINESS JOURNAL

🏠   **Industries & Topics**   **News**   **Lists & Awards**   **People & Companies**   **Events**   **More...**

Roll Over fo

**USE OUR COST SAVINGS CALCULATOR.**
SEE HOW MUCH THE PNC COMMERCIAL
REWARDS CARD℠ CAN HELP YOU SAVE.

**Get Started**

▶ PNC

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹   | 4 | of 23   ›

« Back to article





**AdventHealth Lake Mary ER**
Operated by: AdventHealth
Address: 950 Rinehart Road, Lake Mary
Size: 19,000 square feet, 24 beds
Opened: May 2016

*Jim Carchidi*

  f                                    📄 Order Reprints

## Photo galleries

   



We
you
in mi

▲ REGIONS
Equal Housing Lender | Member FDIC

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report

**Most Trusted Dental Team**
New Patient Special includes comp
full mouth set of x-rays.

Modern Dental Care





  

## ORLANDO
## BUSINESS JOURNAL

 **Industries & Topics** | **News** | **Lists & Awards** | **People & Companies** | **Events** | **More...**

 **NO MORE WONDERING.** LYNX BUS TRACKER REAL-TIME APP IS HERE.  App Store  Google Play

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT | **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

« Back to article

‹ | 5 of 23 | ›



**Halifax Health Emergency Department of Deltona**
Operated by: Halifax Health
Address: 3300 Halifax Crossings Blvd., Deltona
Size: 25,000 square feet, 24 beds
Opened: April 2017; future hospital campus planned for site

Halifax Health

              Order Reprints

## Photo galleries



Here's what Disney's underway on now at its Epcot theme park
13 Photos



Public Paychecks: Here are the city of Sanford's highest-paid employees
31 Photos



Second project for I-4 Beyond the Ultimate begins
15 Photos



Cool office: This firm's space features Hidden Mickeys, X-Box and a T-rex head (PHOTOS)
15 Photos

   


App Store

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report

## Most Trusted Dental Team
New Patient Special includes comp full mouth set of x-rays.

Modern Dental Care




ROSEGAL


 

ORLANDO
**BUSINESS JOURNAL**

🏠 | Industries & Topics | News | Lists & Awards | People & Companies | Events | More...

2 free months of
One Talk Service.

Order Now ›

$25 in total credits applied each month for 2 months, comprised of $15 One Talk Service and $10 Line Level Plan credits per month. New line or port in activations eligible. The desk phone must be activated on a new One Talk number for $25/month. Broadband connection is required for One Talk desk phones to operate. If desk phone or MDN is deactivated after first month, second month's credit forfeited. Promotion ends after 2 months (whether line is active or suspended).

 business ready

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT | **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹ | 6 of 23 | ›

« Back to article



**Orlando Health Emergency Room and Medical Pavilion – Blue Cedar**
Operated by: Orlando Health
Address: 22316 U.S. Hwy. 27, Leesburg
Cost: $12 million
Size: 20,000 square feet, 12 beds
Opened: June 2018

*Veronica Brezina*

       📄 Order Reprints

## Photo galleries

   


like y

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in d Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report

## Most Trusted Dental Team

New Patient Special includes comp full mouth set of x-rays.

Modern Dental Care 

Find Out A
**Great Comp**
Own Ba




# ORLANDO BUSINESS JOURNAL

**2 free months of One Talk Service.**

verizon✓ business ready

**Order Now ›**

$25 in total credits applied each month for 2 months, comprised of $15 One Talk Service and $10 Line Level Plan credits per month. New line or port in activations eligible. The desk phone must be activated on a new One Talk number for $25/month. Broadband connection is required for One Talk desk phones to operate. If desk phone or MDN is deactivated after first month, second month's credit forfeited. Promotion ends after 2 months (whether line is active or suspended).

**Industries & Topics    News    Lists & Awards    People & Companies    Events    More...**

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT  |  **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹    7 of 23    ›

« Back to article



**Orlando Health South Lake Hospital Joe H. & Loretta Scott Emergency Room and Medical Pavilion**
Operated by: Orlando Health
Address: 16966 Cagan Ridge Blvd., Clermont
Cost: $14 million
Size: 40,000 square feet
Opened: July 2018

*EyeMark*

  

Order Reprints

## Photo galleries

   

**Deloitte.**
Private

Use reform
transform

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report

**Most Trusted Dental Team**
New Patient Special includes comp full mouth set of x-rays.

Modern Dental Care



Cities ▾    Book of Lists    Bizwomen



# ORLANDO
# BUSINESS JOURNAL

🏠   Industries & Topics    News    Lists & Awards    People & Companies    Events    More...

2 free months of
One Talk Service.

Order Now ›

verizon✓ business ready

$25 in total credits applied each month for 2 months, comprised of $15 One Talk Service and $10 Line Level Plan credits per month. New line or port-in activations eligible. The desk phone must be activated on a new One Talk number for $25/month. Broadband connection is required for One Talk desk phones to operate. If desk phone or MDN is deactivated after first month, second month's credit forfeited. Promotion ends after 2 months (whether line is active or suspended).

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   UPDATED: Jun 26, 2019, 1:33:58pm EDT

‹   8  of 23   ›

« Back to article



**Orlando Health Emergency Room and Medical Pavilion – Horizon West**
Operated by: Orlando Health
Address: 17000 Porter Road, Winter Garden
Size: 78,000 square feet, 16 beds
Opened: September 2018

*Orlando Health*

 

📄 Order Reprints

## Photo galleries

         

2 free month
One Talk Ser

Order Now ›

verizon✓ busin ready

$25 in total credits applied each month for 2 months, con
Plan credits per month. New line or port-in activations eli
One Talk number for $25/month. Broadband connection is
desk phone or MDN is deactivated after first month, seco
months before/other line is active or suspended.

### Most Popular

1.  Sears to shutter more U.S. store

2.  Disney patents 'capturepult' for t

3.  Here are the stores with the mos

4.  Disney patents scent technology
    experience

5.  Class act: These are the best pr
    Florida

6.  uBreakiFix exec buys $2.1M hor

7.  3 defense firms win $100M+ in c
    Florida

8.  Rooms to Go to debut massive
    Daytona

9.  C. Fla. acreage acquisitions fetc
    week

10. These Florida colleges are the b
    report

Most Trusted Dental Team

New Patient Special includes comp
full mouth set of x-rays.

Modern Dental Care





« Back to article

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT | **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

 9 of 23 



Ryan Lynch

**Orlando Health Emergency Room and Medical Pavilion – Osceola**
Operated by: Orlando Health
Address: 1001 E. Osceola Pky., Kisssimee
Cost: $32 million
Size: 60,000 square feet, 24 beds
Opened: January 2019

  f           Order Reprints

## Photo galleries

   

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report

Most Trusted Dental Team
New Patient Special includes comp
full mouth set of x-rays.

Modern Dental Care

ORLANDO
BUSINESS JOURNAL

Industries & Topics   News   Lists & Awards   People & Companies   Events   More...

2 free months of One Talk Service.
Order Now ›
verizon✓ business ready

2 free mo One Talk
Order Now ›
verizon✓ busine ready

ting
30GB Hots for $25/mo

 ORLANDO
**BUSINESS JOURNAL**

🏠   Industries & Topics   News   Lists & Awards   People & Companies   Events   More...

**2 free months of One Talk Service.**

Order Now ❯

verizon✓ business ready

$25 in total credits applied each month for 2 months, comprised of $15 One Talk Service and $10 Line Level Plan credits per month. New line or port in activations eligible. The desk phone must be activated on a new One Talk number for $25/month. Broadband connection is required for One Talk desk phones to operate. If desk phone or MDN is deactivated after first month, second month's credit forfeited. Promotion ends after 2 months (whether line is active or suspended).

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   UPDATED: Jun 26, 2019, 1:33:58pm EDT

‹   10   of 23   ›

« Back to article



*Ryan Lynch*

**Central Florida Regional Hospital ER at International Parkway**
Operated by: HCA Healthcare Inc.
Address: 4525 International Parkway, Sanford
Size: $11.6 million
Size: 11,000 square feet, 12 beds
Opened: February 2019

           📄 Order Reprints 

## Photo galleries

         

**2 free month One Talk Ser**

Order Now ❯

 verizon✓ busin ready

$25 in total credits applied each month for 2 months, compri... Plan credits per month. New line or port in activations eli... One Talk number for $25/month. Broadband connection... desk phone or MDN is deactivated after first month, seco... months before line is active or suspended.

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hom
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report





Independence and worry-free living in a

Cities ▾   Book of Lists   Bizwomen



# ORLANDO
# BUSINESS JOURNAL

🏠   Industries & Topics    News    Lists & Awards    People & Companies    Events    More...



**NO MORE WONDERING.**
LYNX BUS TRACKER REAL-TIME APP IS HERE.

  

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

 11 of 23 

« Back to article



**Four Corners ER**
Operated by: Heart of Florida Regional Medical Center
Address: 14730 Bali Blvd., Winter Garden
Size: 12,000 square feet, 10 beds
Opened: March 2019

*Veronica Brezina*

            🖹 Order Reprints

## Photo galleries

   



Bi
B

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology
   experience
5. Class act: These are the best pr
   Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c
   Florida
8. Rooms to Go to debut massive
   Daytona
9. C. Fla. acreage acquisitions fetc
   week
10. These Florida colleges are the b
    report





## ORLANDO
# BUSINESS JOURNAL

Industries & Topics      News      Lists & Awards      People & Companies      Events      More...


Peace of mind is minutes away with Quick Check on Westlaw Edge.

THOMSON REUTERS
the answer company™

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT  |  **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹   12   of 23   ›

« Back to article



**Baldwin Park ER**
Opperator: HCA Healthcare Inc.
Address: 2361 N. Semoran Blvd., Orlando
Cost: $9.7 million
Size: 10,358 square feet, 12 beds
Opened: May 2019

*Caleb Liptak*

  f                     Order Reprints

## Photo galleries


Here's what Disney's underway on now at its Epcot theme park
13 Photos


Public Paychecks: Here are the city of Sanford's highest-paid employees
31 Photos


Second project for I-4 Beyond the Ultimate begins
15 Photos


Cool office: This firm's space features Hidden Mickeys, X-Box and a T-rex head (PHOTOS)
15 Photos


PURDUE
UNIVERSITY
GLOBAL
Purdue Global Addition to th Family.
LEARN

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report


BREAK FREE TODAY!!!


Independence and worry-free living in a



## ORLANDO
# BUSINESS JOURNAL

🏠    **Industries & Topics**    **News**    **Lists & Awards**    **People & Companies**    **Events**    **More...**





**Pain Management in Tampa**

Schedule Your Visit at our Pain Management Clinic For a Custom Treatment Plan.

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

   13 of 23   

« Back to article



**AdventHealth Deltona ER**
Operated by: AdventHealth
Address: 3108 Howland Blvd., Deltona
Cost: $12 million
Size: 12,000 square feet, 12 beds
Completion: Summer 2019

*AdventHealth*

  f      📄 Order Reprints

## Photo galleries



Here's what Disney's underway on now at its Epcot theme park
13 Photos



Public Paychecks: Here are the city of Sanford's highest-paid employees
31 Photos



Second project for I-4 Beyond the Ultimate begins
15 Photos



Cool office: This firm's space features Hidden Mickeys, X-Box and a T-rex head (PHOTOS)
15 Photos



**PURI
UNIVER
GL◯B**

**Advance Your
Career at Ever**

**LEARN**

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report



BREAK FREE TODAY!!!
D
T



Independence and worry-free living in a


Cities ▾   Book of Lists   Bizwomen

# ORLANDO
# BUSINESS JOURNAL



**Pain Management in Tampa**
Schedule Your Visit at our Pain Management Clinic For a Custom Treatment Plan.

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

 14 of 23 

« Back to article



**Millenia ER**
Operator: HCA Healthcare Inc.
Address: 4056 Millenia Blvd., Orlando
Size: 10,820 square feet, 11 beds
Completion: August 2019

*Ryan Lynch*

             📄 Order Reprints 

## Photo galleries

   



## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hom
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report


BREAK FREE TODAY!!!


Independence and worry-free living in a



# ORLANDO
# BUSINESS JOURNAL

🏠  **Industries & Topics**  **News**  **Lists & Awards**  **People & Companies**  **Events**  **More...**


Introducing **Quick Check** on Westlaw Edge™


THOMSON REUTERS™
the answer company™

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT  |  UPDATED: Jun 26, 2019, 1:33:58pm EDT

‹  15 of 23  ›

« Back to article



**Orlando Health Emergency Room and Medical Pavilion – Lake Mary**
Operated by: Orlando Health
Location: Northwest corner of Manderley Run and Rinehart Road, Lake Mary
Size: 40,000 square feet, 24 beds
Completion: August 2019

*Orlando Health*

🐦  in  f                                               📄 Order Reprints

## Photo galleries

      



Use technolo
your SDoH

 

GET THE WH



## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report


BREAK FREE TODAY!!!


Independence and worry-free living in a



# ORLANDO BUSINESS JOURNAL

🏠 Industries & Topics   News   Lists & Awards   People & Companies   Events   More...


**NO MORE WONDERING.**
LYNX BUS TRACKER REAL-TIME APP IS HERE.
  

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹   16 of 23   ›

« Back to article



**AdventHealth Waterford Lakes ER**
Operated by: AdventHealth
Address: 13691 E. Colonial Drive, Orlando
Size: 19,000 square feet, 24 beds
Completion: Fall 2019

*Florida Hospital*

  

 Order Reprints

## Photo galleries

---


Why your EHR
enough for va
care success

**LEARN MORE ►**

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report


BREAK FREE TODAY!!!


Independence and
worry-free living in a



# ORLANDO
# BUSINESS JOURNAL

🏠   **Industries & Topics**   **News**   **Lists & Awards**   **People & Companies**   **Events**   **More...**




**Pain Management in Tampa**

Schedule Your Visit at our Pain Management Clinic For a Custom Treatment Plan.

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   UPDATED: Jun 26, 2019, 1:33:58pm EDT

 
« Back to article



**AdventHealth Oviedo ER**
Operated by: AdventHealth
Address: 8100 Red Bug Lake Road, Oviedo
Size: 19,000 square feet, 24 beds
Completion: Fall 2019

*Florida Hospital*

    f   📄 Order Reprints

## Photo galleries

          

Here's what Disney's   Public Paychecks: Here   Second project for I-4   Cool office: This firm's



**Telehealth Video S**

User-friendly for n
trained workers. D
resource environm

## Most Popular

1. Sears to shutter more U.S. store

2. Disney patents 'capturepult' for t

3. Here are the stores with the mos

4. Disney patents scent technology
   experience

5. Class act: These are the best pr
   Florida

6. uBreakiFix exec buys $2.1M hor

7. 3 defense firms win $100M+ in c
   Florida

8. Rooms to Go to debut massive
   Daytona

9. C. Fla. acreage acquisitions fetc
   week

10. These Florida colleges are the b
    report



BREAK FREE TODAY!!!




Cities ▾   Book of Lists   Bizwomen



# ORLANDO
# BUSINESS JOURNAL

🏠   Industries & Topics   News   Lists & Awards   People & Companies   Events   More...


**NO MORE WONDERING.**
LYNX BUS TRACKER REAL-TIME APP IS HERE.
  

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

 18 of 23 

« Back to article





AdventHealth LAKE NONA OFFSITE E.D.

**AdventHealth Lake Nona ER**
Operated by: AdventHealth
Location: Lake Nona Boulevard and Narcoossee Road, Orlando
Size: 19,000 square feet, 24 beds
Completion: Spring 2020

*AdventHealth*

            📄 Order Reprints

## Photo galleries



Here's what Disney's underway on now at its Epcot theme park
13 Photos



Public Paychecks: Here are the city of Sanford's highest-paid employees
31 Photos



Second project for I-4 Beyond the Ultimate begins
15 Photos



Cool office: This firm's space features Hidden Mickeys, X-Box and a T-rex head (PHOTOS)
15 Photos


BUSINESS BOOK

📱 App Store

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report


BREAK FREE TODAY!!!

**Expense, travel, and invoice.**
In one simple app





# ORLANDO BUSINESS JOURNAL

🏠    **Industries & Topics**    **News**    **Lists & Awards**    **People & Companies**    **Events**    **More...**

 
**Pain Management in Tampa**
Schedule Your Visit at our Pain Management Clinic For a Custom Treatment Plan.

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT | **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹ | 19 | of 23 | ›

« Back to article






Independence and worry-free living in a beautifully maintained community.

Tampa, Florida's best ret

L

**Orlando Health Emergency Room and Medical Pavilion – Randal Park**
Operated by: Orlando Health
Location: Northeast corner of Dowden Road and Randal Park Boulevard, Orlando
Size: 42,000 square feet, 12 beds
Completion: Fall 2020

*MJFelt*

      📄 Order Reprints 

## Photo galleries

      

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report


D
D
T





ORLANDO
**BUSINESS JOURNAL**

Industries & Topics   News   Lists & Awards   People & Companies   Events   More...


**NO MORE WONDERING.**
LYNX BUS TRACKER REAL-TIME APP IS HERE.
  

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

  20  of 23  

« Back to article



**ChampionsGate ER**
Operator: HCA Healthcare Inc.
Address: corner of ChampionsGate Boulevard and Ronald Regan Boulevard, Davenport
Size: 11,000 square feet, 12 beds
Completion: 2020

*Petra van Berkel*

          📄 Order Reprints

## Photo galleries

      

---

## Most Popular



1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report


BREAK FREE TODAY!!!
A
D
D
T
C





# ORLANDO
# BUSINESS JOURNAL

   Industries & Topics    News    Lists & Awards    People & Companies    Events    More...

 **NO MORE WONDERING.** LYNX BUS TRACKER REAL-TIME APP IS HERE.    LY

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

    21 of 23  

« Back to article



**AdventHealth Osceola 192E ER**
Opperated by: AdventHealth
Address: 2500 E. Irlo Bronson Memorial Hwy., Kissimmee
Size: 20,000 square feet
Timeline: Not set yet

*Osceola County Documents*

              📄 Order Reprints

## Photo galleries



Here's what Disney's underway on now at its Epcot theme park
13 Photos



Public Paychecks: Here are the city of Sanford's highest-paid employees
31 Photos



Second project for I-4 Beyond the Ultimate begins
15 Photos



Cool office: This firm's space features Hidden Mickeys, X-Box and a T-rex head (PHOTOS)
15 Photos

---



## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pri Florida
6. uBreakiFix exec buys $2.1M hom
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report





Cities ▾   Book of Lists   Bizwomen

## ORLANDO BUSINESS JOURNAL

🏠   Industries & Topics    News    Lists & Awards    People & Companies    Events    More...




**Need Tampa Pain Management?**

Schedule Your Visit at our Pain Management Clinic For a Custom Treatment Plan.

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT   |   **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹   22 of 23   ›



« Back to article




**AdventHealth Ruby Lake ER**
Operated by: AdventHealth
Location: Intersection of Palm and Daryl Carter parkways, Orlando
Size: 18,950 square feet, 24 beds
Timeline: Not set yet

*Orange county documents*

      Order Reprints

## Photo galleries










Here's what Disney's underway on now at its Epcot theme park

Public Paychecks: Here are the city of Sanford's highest-paid employees

Second project for I-4 Beyond the Ultimate begins

Cool office: This firm's space features Hidden Mickeys, X-Box and a T-

### Most Popular

1. Sears to shutter more U.S. stores
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report




BREAK FREE TODAY!!!



ORLANDO
**BUSINESS JOURNAL**




**Pain Management in Tampa**

Schedule Your Visit at our Pain Management Clinic For a Custom Treatment Plan.

🏠  Industries & Topics   News   Lists & Awards   People & Companies   Events   More...

# Freestanding ERs in Central Florida

Jun 5, 2019, 12:00:00am EDT | **UPDATED:** Jun 26, 2019, 1:33:58pm EDT

‹ 23 of 23 ›

« Back to article






NORTH | S.R. 50 ELEVATION



**AdventHealth Clermont ER and Medical office**
Operated by: AdventHealth
Location: southeast of the intersection of State Road 50 and Citrus Tower Boulevard, Clermont
Size: 38,858-square-feet on medical office, 24 beds in ER
Timeline: Not set yet

*AdventHealth*

  f           Order Reprints

## Photo galleries






Here's what Disney's underway on now at its Epcot theme park

Public Paychecks: Here are the city of Sanford's highest-paid employees

Second project for I-4 Beyond the Ultimate begins

Cool office: This firm's space features Hidden Mickeys, X-Box and a T...



**Most Trusted Dental T**
New Patient Special includ
exam and full mouth set of

Modern Dental Care

## Most Popular

1. Sears to shutter more U.S. store
2. Disney patents 'capturepult' for t
3. Here are the stores with the mos
4. Disney patents scent technology experience
5. Class act: These are the best pr Florida
6. uBreakiFix exec buys $2.1M hor
7. 3 defense firms win $100M+ in c Florida
8. Rooms to Go to debut massive Daytona
9. C. Fla. acreage acquisitions fetc week
10. These Florida colleges are the b report


