UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 6:19-cv-01711-WWB-EJK |
| ADVENTIST HEALTH SYSTEM/SUNBELT, | ) |
| INC. d/b/a ADVENTHEALTH OVIEDO ER | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Oviedo Medical Center, LLC, by and through undersigned counsel, files this Notice of Withdrawal of its Motion for Entry of a Preliminary Injunction (D.E. 6), filed on September 3, 2019, without prejudice.

Dated: September 12, 2019

          Respectfully submitted,

*/s/ Martin B. Goldberg*
Martin B. Goldberg
Emily L. Pincow
LASH & GOLDBERG, LLP
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL  33131-2158
Phone: (305) 347-4040
Fax: (305) 347-4050
mgoldberg@lashgoldberg.com
epincow@lashgoldberg.com

and

Dennis D. Murrell*
Elisabeth S. Gray*
Brian McGraw*
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
Phone: (502) 584-1135
Fax: (502) 561-0442
dmurrell@middletonlaw.com
egray@middletonlaw.com
bmcgraw@middletonlaw.com

*pro hac vice applications to be submitted

**Counsel for Plaintiff Oviedo Medical Medical Center, LLC**

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 12, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

                                          */s/Martin B. Goldberg*
                                          Martin B. Goldberg
                                          Emily L. Pincow