# EXHIBIT A

## AFFIDAVIT OF
## CATHLEEN DROKE

# EXHIBIT 1

## TO THE AFFIDAVIT OF

## CATHY DROKE





# EXHIBIT 2

## TO THE AFFIDAVIT OF

## CATHY DROKE

# Search the WHOIS Database

Enter a domain name to search

**Private Registration**      **Local listings**

# WHOIS search results

Domain Name: OVIEDOER.COM
Registry Domain ID: 1763065052_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2018-10-29T09:29:28Z
Creation Date: 2012-11-30T20:10:50Z
Registry Expiry Date: 2020-11-30T20:10:50Z
Registrar: MarkMonitor Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895740
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Name Server: NS1.MARKMONITOR.COM
Name Server: NS2.MARKMONITOR.COM
Name Server: NS3.MARKMONITOR.COM
Name Server: NS4.MARKMONITOR.COM
Name Server: NS5.MARKMONITOR.COM
Name Server: NS6.MARKMONITOR.COM
Name Server: NS7.MARKMONITOR.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2019-07-16T15:33:46Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

# EXHIBIT 3

## TO THE AFFIDAVIT OF

## CATHY DROKE

Not logged in  Talk  Contributions  Create account  Log in

Article  Talk

Read  Edit  View history  | Search Wikipedia

**WIKIPEDIA**
The Free Encyclopedia

# Oviedo, Florida

From Wikipedia, the free encyclopedia

**Oviedo** (/ oʊ ˈviː doʊ/ oh-VEE-doh) is a city in Seminole County, Florida, United States. As of the 2010 United States Census, the population was 33,342, representing an increase of 7,026 (26.7%) from the 26,316 counted in the 2000 Census.[4] It is part of the Orlando–Kissimmee–Sanford Metropolitan Statistical Area. Oviedo is known for its historic houses and buildings, as well as its population of chickens that roam the downtown area. Although the city has historically been rural, in recent years it has had an influx of new developments to support its rapid growth, due to its proximity to the University of Central Florida and the Central Florida Research Park. Several national publications have placed Oviedo on their nationally ranked lists as one of the best places to live in the US.[7][8][9]

**Contents** [hide]
1 Name
2 Geography
3 Demographics
4 Awards and press
5 History
6 Historic downtown
7 New developments
8 Attractions
  8.1 Oviedo chickens
9 Schools
  9.1 Elementary schools
  9.2 Middle schools
  9.3 High schools
  9.4 Private schools
10 Local publications
11 Weather events
  11.1 2004 hurricane season
  11.2 Tropical Storm Fay
12 Notable people
13 See also
14 References
15 External links

## Name [ edit ]

In the late 1870s, individuals living a few miles south of Lake Jesup needed an easily accessible post office in the Florida back country. Andrew Aulin, an early settler and shop-owner, decided to file paperwork for a post office, and in his first site location report, needed a name that was different from any other post office in Florida.[16] Aulin liked having a Spanish name, "to go with the Spanish name of the state," and decided to name his post office location Oviedo after the city of Oviedo in northern Spain (the capital city of the Principality of Asturias) and the University of Oviedo.[16] Some say he visited the university, while others say he just liked the sound of it, but most agree that he likely pronounced the name oh-vee-AY-doh rather than the Americanized way of oh-VEE-doh.[citation needed]

## Geography [ edit ]

Oviedo is located at 28°40′N 81°12′30.5″W.[2]

According to the United States Census Bureau, the city has a total area of 40.0 km² (15.4 mi²). 15.1 square miles (39 km²) of it is land and 0.3 square miles (0.78 km²) of it (2.07%) is water. Oviedo is located about 20 minutes from downtown Orlando, Florida, by highway (SR 417 and SR 408). The Econlockhatchee River runs through the east part of this city, and a tributary, the Little Econlockhatchee River, runs through the southern part of the city.

## Demographics [ edit ]

According to the 2010 United States Census, there were 33,342 people and 11,125 households residing in the city. The racial makeup of the city was 81.9% white, 8.6% black or African-American, 3.8% Asian, 0.2% Native American, and 2.8% from two or more races. Hispanic or Latino of any race were 16.3% of the population.

By the 2017 estimate, there was 40,786 people and 11,717 households residing in the city. The racial makeup of the city was 79.9% white, 9.6% black or African-American, 4.4% Asian, 0.2% Pacific Islander, 0.1% Native American, and 2.5% from two or more races. Hispanic or Latino of any race were 21.3% of the population.[19]

In 2010, there were 11,125 households out of which 46.7% had children under the age of 18 living with them, 63.4% were married couples living together, 12.1% had a female householder with no husband present, 4.8% had a male householder with no wife present, and 3.4% had someone living alone who was 65 years of age or older. The average household size was 2.99 and the average family size was 3.28.

As of 2017, the population was spread out with 25.9% under the age of 18 and 9.8% over the age of 65. The city was 51.4% female. The median income for a household in the city was $84,915, and the per capita income was $32,834. About 7.0% of the population was below the poverty line. Of adults twenty-five years or older, 96.4% graduated from high school, and 43.9% held a bachelor's degree.[19]

## Awards and press [ edit ]

The city of Oviedo has received several accolades in national publications:

- Oviedo was listed as one of the Top 10 Towns for Families in Family Circle's August 2011 issue.[7]
- Oviedo was voted Best Places to Raise Kids in Florida in Businessweek for 2013.[8]
- Oviedo was ranked #100 on CNN Money Magazine's Best Places to Live 2009.[9]

## History [ edit ]

Up through the early 19th century, the area encompassing modern Oviedo, George Powell was sparsely populated save for a few Seminoles and African-American Freemen who associated with the Seminole tribe, known as Black Seminoles, in what was then Spanish Florida. The Seminole tribe had larger clusters of population in other areas of Central Florida, such as nearby Lake Jesup.[16]

The population remained sparse until after the American Civil War, when people devastated by war starting moving South to begin a new life. One mile to the southeast side of Lake Jesup, a small hamlet of settlers established the "Lake Jesup Settlement" in 1875. Letters from that era showcased a difficult life for the Florida Cracker settlers: cooking outdoors with wood stoves, sleeping under mosquito nets, and burning rags to keep the insects away. Wildlife was plentiful, however. Initially, this settlement had around 40 families, but quickly evolved into a thriving trading post. The settlement was named "Oviedo" by Andrew Aulin when the first post office was established to honor the state's Spanish heritage.[17]

Several people played a prominent role in establishing Oviedo's history. George Powell was an early settler who ran a large tract of land, referred to as the "Powell Settlement", which today encompasses most of the northern part of the city—including the downtown area. One of Powell's sons, Lewis Powell, (alias Lewis Payne), became infamous for being John Wilkes Booth's primary accomplice in the plot to assassinate President Abraham Lincoln.[17]

George Powell's friend, Dr. Henry Foster, was instrumental in transforming Oviedo's citrus and celery industry from obscurity to prominence by giving Oviedo reliable transportation to deliver its goods. He paid for a railway line to Oviedo and founded the Lake Jesup Steamboat Company. Agriculture was Oviedo's primary industry all the way through the 1940s. Dr. Foster was also responsible for establishing the Lake Charm area as a resort to entice visitors from the North to vacation in the winter. Dr. Foster encouraged settlers to begin attending regular church services on a site of the "Powell Settlement" that would become the First Methodist Church of Oviedo.[17]

A citrus-grower named Butler Boston is also credited for helping establish Oviedo's citrus economy by successfully grafting tangerine budwood to grow tangerines, as well as budding the succulent Temple orange from Jamaica to several Oviedo fields. Butler Boston was the son of a doctor, Alexander Atkinson, who had fathered Butler, along with several others with freed black women on his family's plantation.[14] Dr. Atkinson moved to Oviedo in 1871 with the 12-year-old Butler to both set up a medical practice and buy a farm. Atkinson gave the land to his son after a freeze when he moved back to Georgia. Boston was so successful that he was hired to bud other Oviedo fields. He became a spokesman for the large black community in the area, and was especially dedicated to improving their educational opportunities, and served as a local school trustee. He was also an accomplished bricklayer and oversaw the planning and construction of a new building for the Antioch Baptist Church. His legacy is noted today throughout Oviedo, at sites such as Boston Street, Boston Alley, Boston Cemetery, Boston Hill and Butler Boston Court. His home site is where Canterbury Retreat and Conference Center is located. Its centerpiece is Lake Gem, named by the Boston family for a close family member.[17][18]

Andrew Duda Sr., a Slovak immigrant, established a farm in nearby Slavia in the early 20th century. He left after failing to produce successful crops, but saved up money and returned in 1926 to try again. The second time, he was extraordinarily successful and his farm survived even through the Great Depression. In fact, in 1939, he was able to build St. Luke's Lutheran Church, which has since expanded into a large Lutheran community. The Duda family started a soil division in the 1970s that has since flourished and continues today. The west entrance of Oviedo cuts straight through the sod farm.[17]

Oviedo experienced a major growth spurt during the boom years of the 1920s, and new buildings and banks were built on the main street of downtown, named "Broadway." Some of these buildings still remain, along with the complex of buildings surrounding the Nelson and Co. packing house, which was the center of Oviedo's agricultural industry for decades. This agricultural complex eventually shut down for good during the 1980s after a series of winter freezes. At that time, commercial development had already replaced agriculture as Oviedo's main industry.[17]

Oviedo made the transition from a rural hamlet, to a town, and then, in 1967, became a city through a special referendum. Five miles south of Oviedo, in 1963, residents learned about the impending building of a "space university" in the Orlando Morning Sentinel. Many faculty and staff members of Florida Technological University (now the University of Central Florida) moved into Oviedo, and new businesses and industry soon followed. The adjacent Central Florida Research Park, originally established in 1978, has since become the largest research park in Florida. This has resulted in an exploding population with many new developments in recent years. As the city has grown, its animals have remained a part of the city's character. Although hogs can no longer be seen walking free, chickens and roosters continue to roam the downtown area and have become an Oviedo attraction.[17]

## Historic downtown [ edit ]

Most of the buildings in the downtown historic area were constructed between the end of the 19th and early 20th century. The Nelson and Company Historic District, the R.W. Estes Celery Company Precooler Historic District, the First Methodist Church of Oviedo, and several houses in Oviedo are listed in the National Register of Historic Places.[20][21] The nearby Oviedo Mall features murals of historic areas along with paintings of early European and African-American settlers in the area. State Road 434, which cuts through downtown Oviedo, is currently being widened and several buildings have been demolished. The Oviedo Preservation Project[22] has been tasked with photographing and documenting the buildings for posterity.

An African-American Oviedo pioneer named Mathew Powell established the Antioch Missionary Baptist Church in April 1875.

Although not located in downtown area, the historic Lake Charm settlement is nearby. This settlement, established by Dr. Henry Foster in the 1860s, became one of the first resorts in Florida. It lasted as a resort until the 1890s. Several winter homes built during that era still stand today.

## New developments [ edit ]

**Oviedo, Florida**
City


The Wheeler-Evans House


Seal

Motto(s): "Growing in the right direction"[1]


Location in Seminole County and the state of Florida
Coordinates: 28°40′N 81°11′45″W

| | |
|---|---|
| Country | United States |
| State | Florida |
| County | Seminole |
| **Government** | |
| • Mayor | Dominic Persampiere |
| • City manager | Bryan Cobb |
| **Area**[2] | |
| • Total | 15.66 sq mi (40.57 km²) |
| • Land | 15.39 sq mi (39.86 km²) |
| • Water | 0.28 sq mi (0.71 km²) |
| Elevation | 48 ft (14.6 m) |
| **Population (2010)** | |
| • Total | 33,342 |
| • Estimate (2018)[3] | 41,557 |
| • Density | 2,556.18/sq mi (986.93/km²) |
| Time zone | UTC-5 (EST) |
| • Summer (DST) | UTC-4 (EDT) |
| ZIP codes | 32762, 32765, 32766 |
| Area code(s) | 407, 321, 689 |
| FIPS code | 12-53675[5] |
| GNIS feature ID | 0288305[6] |
| Website | Oviedo, Florida Website |

**Historical population**

| Census | Pop. | %± |
|---|---|---|
| 1930 | 824 | — |
| 1940 | 1,356 | 39.1% |
| 1950 | 1,601 | 18.1% |
| 1960 | 1,926 | 20.3% |
| 1970 | 1,870 | -2.9% |
| 1980 | 3,074 | 64.4% |
| 1990 | 11,114 | 261.5% |
| 2000 | 26,316 | 136.8% |
| 2010 | 33,342 | 26.7% |
| Est. 2018 | 41,557[3] | 24.6% |

U.S. Decennial Census[4]

In 2016, the city of Oviedo dedicated a brand new downtown development just south of the current "old downtown" along Oviedo Boulevard. The new town center, named "Oviedo on the Park", is a mixed use development with townhomes, apartment homes, commercial buildings and a central park area with an amphitheater, a splash fountain and a boardwalk around the lake.

A 64-bed hospital called the Oviedo Medical Center opened in January, 2017. A new emergency room (ER) hospital, called Oviedo ER, was completed in 2014. Oviedo ER is a department of Central Florida Regional Hospital.[23] The Oviedo ER is located on the corner of Red Bug Lake Road and West Broadway.

The Oviedo Mall, a single-story indoor mall with a movie theater built in 1998, has recently undergone a large-scale renovation by its new owners, 3D Investments. BJ's Restaurant & Brewery[24] opened across from the Oviedo Mall in August 2014. Paul Stanley and Gene Simmons of the rock group KISS hosted a grand opening celebration for their new Rock & Brews in Oviedo in January 2015.[25] In January 2016, Oviedo's new, expanded Townhouse Restaurant opened a few hundred feet from their old, iconic establishment, which was demolished to make room for the new road project.[26]

Oviedo's new Gym & Aquatic Center features a waterslide, kid's water park, and a large Olympic-sized pool with multiple lanes. Oviedo's Riverside Park also contains a pool, but also in addition has tennis courts and a skate park.[27]

Oviedo also has a YMCA, golf course, county library branch, Little League, bowling/pinball center, a boating complex, and a nature nursery. Several large retailers in Oviedo include Target, Home Depot, and Lowe's amongst others.

Oviedo is also home to numerous housing developments including Alafaya Woods, Whispering Woods, Alorra Woods, Remington Park, Huntington, Carillon, Little Creek, Sanctuary, Kingsbridge, Riverside, Riverwind Apartments, Twin Rivers, Waverlee Woods and Bear Creek. Newer subdivisions include Oviedo Forest, Oviedo Gardens, Providence, Clayton's Crossing, Stratford Green, the Trails, Live Oak Reserve, and Aulin's Landing of Oviedo—named after one of the city's founding settlers and first postmaster, Andrew Aulin.

## Attractions   [ edit ]

Black Hammock Adventures is a complex that offers airboat rides and a display of live gators. Lukas Butterfly Encounter is also located in Oviedo. The Pinball Lounge, located in the Oviedo Bowling Center, has the largest collection of pinball machines in the state.[28]

The "Oviedo Lights" is a local roadside attraction.[29] A mural dedicated to the phenomenon is painted on the wall of the local Tijuana Flats.

**"The Rising"**[30]

This annual event is held the last Saturday each October and invites the entire town to travel a 5K route that leads past 10 historic sites, then "enjoy a homemade pancake breakfast while watching an interactive performance from actors in costume portraying Oviedo's founders, who are back from beyond the grave for one magical weekend." This is a kid-friendly event not designed to be scary, but to educate people on the town's history.

**Oviedo chickens**   [ edit ]

Part of Oviedo's southern charm is the population of chickens that roam the downtown area. There are so many of them roaming the area that traffic often stops as they cross the roads. The chickens have been featured on Oviedo T-shirts and coffee mugs and a poster commemorating one of Oviedo's yearly festivals, "A Taste of Oviedo." An image of a rooster is painted on all welcome signs for roads leading into Oviedo, and many residents have bumper stickers that say, "I brake for Oviedo's chickens"


A chicken in Oviedo

Contrary to what some believe, there are no specific laws or statutes surrounding the chickens, neither for their protection nor for their removal - the latter being something some residents would like to see due to the danger they pose with traffic in the congested town center. For others, however, the chickens add an element of fun.

There are city ordinances that protect birds in the city limits, and the entire city is designated a bird sanctuary. Chickens are afforded the courtesy of protection under the code.[31]

The chickens were also the subject of a short documentary that was part of the Florida Film Festival 2009.[32]

## Schools   [ edit ]

The city of Oviedo public schools are a part of Seminole County Public Schools. Oviedo contains 6 public elementary schools (K-5), 3 public middle schools (6-8); and 2 public high schools (9-12). The city of Oviedo is also home to a branch of Seminole State College of Florida, the Orlando campus of Reformed Theological Seminary, and borders the University of Central Florida in Orlando.

**Elementary schools**   [ edit ]

- Carillon Elementary School
- John Evans Elementary School
- Lawton Elementary School
- Marguerite Partin Elementary School
- Douglas Stenstrom Elementary School
- Joan Walker Elementary School (in Chuluota)

**Middle schools**   [ edit ]

- Jackson Heights Middle School
- Lawton Chiles Middle School
- Tuskawilla Middle School (Close to the Oviedo/Winter Springs border)

**High schools**   [ edit ]

- Oviedo High School
- Paul J. Hagerty High School
- Lake Howell High School

**Private schools**   [ edit ]

- The Master's Academy (PK-12) (Christian)
- St. Luke's Lutheran School (PK-8) (Lutheran)
- Teen Transformation Ministries (All Male) (Special Education) (Christian)
- Tuskawilla Montessori Academy (3-12) (Secular)
- Oviedo Montessori School (Preschool-1) (Secular)

## Local publications   [ edit ]

The Seminole Voice and The Seminole Chronicle (publication ceased in July 2014) are both print newspapers that cover Seminole County news, with a focus on the Winter Springs, Oviedo, and Chuluota areas of the county. The Oviedo Voice has covered Oviedo since 1993. The Oviedo Citizen is an online publication that has been covering Oviedo news since August 2008.

## Weather events   [ edit ]

**2004 hurricane season**   [ edit ]

In August 2004, the northwestern side of Hurricane Charley passed directly over Oviedo while still a category 2 storm.[33] More than half the city, as well as much of the surrounding unincorporated areas, had no power for five to seven days. School was not in session county-wide for one full school week. The damages ranged from toppled oaks to destroyed homes. The worst damage was in Palm Valley, a mobile home retirement community less than a mile from UCF. Charley's damage in Oviedo is considered to be the worst in Seminole County history. Barely a month later, hurricanes Frances and Jeanne further battered the area resulting in additional damage and power outages, but they did not reach the level of Charley's fury.

**Tropical Storm Fay**   [ edit ]

Tropical Storm Fay was stationary over Oviedo for days during 2008 with high winds, heavy rains, and flooded roads.

## Notable people   [ edit ]

- Jenny (Barringer) Simpson - professional runner and Olympic medalist, current American record holder in steeplechase[34]
- Mark Belhorn - professional baseball player
- Denée Benton - Broadway actress/singer
- Blake Bortles - NFL quarterback for the Los Angeles Rams
- Ryan Carpenter - professional hockey player for the Vegas Golden Knights
- Kayli Carter - actress
- Talia Joy Castellano - thirteen-year-old internet celebrity, died from neuroblastoma and preleukemia
- Jeff Driskel - Louisiana Tech Bulldogs and Cincinnati Bengals quarterback [35]
- Zach Eflin - professional baseball player for the Philadelphia Phillies of the MLB
- Randy Fontanez - former professional baseball player for the New York Mets, Los Angeles Dodgers & Team Puerto Rico of the 2013 World Baseball Classic.
- Stuart Fullerton - entomologist, founder of the "Bug Closet" at the University of Central Florida[36]
- Hal King - former Major League Baseball player[37]
- Robert T. Kuhn - past president of the Lutheran Church–Missouri Synod[38]
- Chaunte Lowe - Olympic medalist high jumper
- Theodore Mead - horticulturalist and naturalist
- Peter Pritchard - zoologist specializing in turtles and tortoises, founder of the Chelonian Research Institute
- Tom Rhodes - comedian and actor
- Monty Ropp - professional wrestler under the ring names Billy Gunn and "The Outlaw"
- Shin-Tson Wu - optical physicist and pioneer of liquid crystal displays

## See also   [ edit ]

- Oviedo Mall
- Chuluota, Florida
- Taintsville, Florida
- Winter Springs, Florida
- Orlando, Florida
- Category:People from Oviedo, Florida

References   [ edit ]

References [edit]

2. ^ "2016 U.S. Gazetteer Files" . United States Census Bureau. Retrieved Jul 7, 2017.

3. ^ a b "Population and Housing Unit Estimates" . Retrieved July 23, 2019.

4. ^ "American FactFinder" . United States Census Bureau. Retrieved 2008-01-31.

5. ^ "US Board on Geographic Names" . United States Geological Survey. 2007-10-25. Retrieved 2008-01-31.

6. ^ "U.S. Census Bureau - State & Court QuickFacts - Oviedo (city), Florida" . quickfacts.census.gov. 2010-04-01. Retrieved 2012-05-29.

7. ^ a b "Top 10 Towns for Families" . Family Circle. August 2011. Retrieved 2011-12-05.

8. ^ "The Best Places to Raise Kids 2013" .

9. ^ "Money Magazine Best Places to Live List 2009" .

Nicely. p. 13.

11. ^ "US Gazetteer files: 2010, 2000, and 1990" . United States Census Bureau. 2011-02-12. Retrieved 2011-04-23.

12. ^ "Census of Population and Housing" . Census.gov. Retrieved June 4, 2015.

13. ^ a b "QuickFacts: Oviedo, Florida" . Retrieved December 8, 2018.

14. ^ "The Best Places to Raise Kids 2013" .

15. ^ "Money Magazine Best Places to Live List 2009" .

16. ^ Early Days of Seminole County: Oviedo: Museum of Seminole County History.

17. ^ a b c d e f g Addicks, Richard; Neely, Donna (1992). Oviedo: The Biography of a Town. Oviedo: Luthers. ISBN 978-0-615-16643-8.

18. ^ http://www.canterburyretreat.org/atkinson-boston-family-files/ 

19. ^ http://canterburyretreat.org/about/canterburys-history/ 

of a Town (and ed.). Oviedo, Florida. Richard Addicks and Donna Nicely p. 13.

Retrieved 2015-10-15.

21. ^ "NATIONAL REGISTER OF HISTORIC PLACES Listings July 27, 2007" . Department of Interior. 2007-07-27. Retrieved 2015-10-15.

22. ^ "The Oviedo Preservation Project" .

23. ^ "Central Florida Regional Hospital Website" . Central Florida Regional Hospital. Retrieved September 1, 2015.

24. ^ "Oviedo to get BJ's Brewhouse" . Seminolechronicle.com. 2014-02-26. Retrieved 2014-03-25.

25. ^ "Rock and Brews Hosts Grand Opening" . Centralfloridafuture.com. 2015-01-05. Retrieved 2015-10-25.

26. ^ http://www.wesh.com/article/new-townhouse-restaurant-in-oviedo-open/4446781 

27. ^ "City of Oviedo Parks and Recreation" . City of Oviedo official website. Retrieved 2015-10-25.

28. ^ "Pinball enthusiasts open The Pinball Lounge inside Oviedo Bowling Center" . Orlando Sentinel. Retrieved 2016-09-15.

29. ^ "The Oviedo Lights" . Wikidot.com. Retrieved 2015-10-25.

September 26, 2011 . Department of Interior. 2011-09-26.

31. ^ Article I, Sec. 10-1 of Oviedo Code of Ordinances (1996). "City designated a bird sanctuary" . Retrieved 2011-12-05.

32. ^ titanicca37 (14 March 2009). "Oviedo Chickens Documentary"  - via YouTube.

33. ^ [1]  Archived  June 29, 2011, at the Wayback Machine

34. ^ "Jenny Simpson" . US Track & Field. Retrieved February 2, 2013.

35. ^ "Jim Driskel" . ESP College Football. Retrieved February 2, 2013.

36. ^ Clarke, Sara K. (2014-04-16). "Stuart Fullerton: Curator who founded 'Bug Closet' at UCF" . Orlando Sentinel. Retrieved 2014-05-04.

37. ^ "Hal King Stats" . Baseball Almanac. Retrieved February 2, 2013.

38. ^ Feerster, Robert (22 July 2013). "LCMS Convention Update - Monday, July 22nd" . LCMS Eastern District. Retrieved 22 July 2013.

## External links [edit]

- City of Oviedo, Florida Website  Portal style website, Government, Business, Library, Recreation and more.
- City-Data.com  Comprehensive Statistical Data and more about Oviedo.
- Seminole County Convention and Visitors Bureau 
- Oviedo - Winter Springs Regional Chamber of Commerce 
- GFWC Oviedo Woman's Club 
- Great Day in the Country Arts & Crafts Festival 


Wikimedia Commons has media related to Oviedo, Florida.

| v · T · E | Municipalities and communities of Seminole County, Florida, United States | [show] |
| v · T · E | Greater Orlando | [show] |
| v · T · E | State of Florida | [show] |

Categories: Cities in Seminole County, Florida | Econlockhatchee River | Greater Orlando | Cities in Florida

This page was last edited on 25 August 2019, at 23:59 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy    About Wikipedia    Disclaimers    Contact Wikipedia    Developers    Cookie statement    Mobile view

 

Google Chrome                           10:53:20 AM 8/28/2019

# EXHIBIT 4

## TO THE AFFIDAVIT OF

## CATHY DROKE



**Mary Bennie Musgrave** ▶ My **Oviedo, FL 32765 32766**
October 14, 2016 at 6:26 PM · Oviedo, FL · 

...that it was a true emergency, and it is what it is. I ( his mom ) immediately called the **Oviedo ER** to talk about payments..explained the situation, but I said I would help him make monthly payments..wh...

👍😮❤ Shellie Jimison Brassler, Emma L. Reichert and 15 others          15 Comments



**Lisa Carpenter Scalio** ▶ My **Oviedo, FL 32765 32766**
September 18, 2015 at 9:18 AM · Oviedo, FL · 

I have read many postings regarding the **Oviedo ER**. I had to take my elderly Mom to the **ER** last night for a bad cut on her leg. I have to say that the care she received was amazing. Special shout out to...

👍 18          3 Comments

Megan Cloninger Sladek and 2 others commented on this



**Hector Del Valle Jr.** ▶ My **Oviedo, FL 32765 32766**
July 21, 2016 at 7:39 PM · 

...is the reason why I love our Brave **Oviedo** Fire Dept. Under the direction of our chief Lars White and so happy our **Oviedo ER** and soon to be **Oviedo**… See More

**My Oviedo Store's Post**
This week has really opened my eyes to what horrifying...



👍❤😮 Jackie Nitti, Joanne McCurry and 340 others          14 Comments

 **Megan Cloninger Sladek** GO **OVIEDO**!! We have a terrific fire department!

 **Cherell Rell Baker** ▸ My Oviedo, FL 32765 32766

October 12, 2016 at 5:04 PM · 🖼

I want to share how awsome and fast these men responded to my 911 call..I want to Thank the Oviedo fire and rescue squad for coming to my rescue for my sick daughter.She has been ill for 3 days went to Oviedo ER yesterday and they told her she had the… See More



👍❤️😮 373                                      55 Comments

---

**Dominic Persampiere** and 2 others liked this **post**

 **Carolyn Michelle** ▸ My Oviedo, FL 32765 32766

September 22, 2014 at 1:52 PM · 🖼

Just wanted to rave about the new Oviedo ER. My husband had to go there for an allergic reaction and I have nothing but positive things to say about the care and experience there. Literally, no wait ti...

 Dominic Persampiere, Jennifer Garrett and 45 others            19 Comments

---

**Dominic Persampiere** commented on this

 **Ginny Hanson** ▸ My Oviedo, FL 32765 32766

November 17, 2014 at 9:44 AM · 🖼

Having read a number of posts here on the Oviedo ER, I thought I would share my experience. A week ago Sunday, I went into the ER in the late afternoon with severe abdominal pain. The care I got from e...

👍 Joanne McCurry and 32 others                                 16 Comments



**Shannon Maureen Ketchersid** ▸ **My Oviedo, FL 32765 32…**

September 3, 2014 at 7:28 AM · Oviedo, FL · 

I have to say that I love The Oviedo ER. My little woke at 1 am crying with an earache. They saw her right away and while other places I have been would have given me a prescription and told me to go buy Motrin, they gave her Motrin there and put pain drops in her ear along with the…💖 See More

👍 Jennifer Garrett, Laura Vukovich DiPietro and 77 others                    21 Comments

---

Emma L. Reichert commented on this



**Erin Martins** ▸ **My Oviedo, FL 32765 32766**

September 15, 2015 at 10:34 AM · 

I actually had a good experience at Oviedo ER this morning. I woke up at 4am and half of my face and tongue were swollen and I was wheezing. After all the horror stories I was debating going somewhere...

👍 Dominic Persampiere and 95 others                    74 Comments

 **Leslee Guinn Schotten** Have been twice to Oviedo ER .Got. excellent care both times.

---



**Patty Barratt Lawrence** ▸ **My Oviedo, FL 32765 32766**

October 16, 2014 at 7:32 PM · 

We are at the new Oviedo ER where my son was just diagnosed with pneumonia. I can't say enough wonderful things about them. We had less than a minute wait. He was treated quickly and professionally. Wo...



👍 You, Marci Wenninghoff Gordon, Joanne McCurry and 95 others                    33 Comments

 **Lisa Hand** ▸ **My Oviedo, FL 32765 32766**

September 8, 2015 at 10:11 AM · Oviedo, FL · 

The Oviedo ER is the best!! I had a deep cut and needed stitches, I arrived about 530 and was home by 715. My copay was 150.00 as dictated by my insurance but due to a 20%discount if paid then, my out of pocket was 120.00. Everyone was professional and compassionate.… See More

👍 Jennifer Garrett, Stephen Schenck and 109 others          27 Comments

 **Robbin Hand** Ditto on the kudos, in our time of anxiety and chaos having an ER in Oviedo was a welcoming godsend. The alternative of driving 4 times as far and waiting hours to be attended to didn't have to be our emergencies option.

 **Ashley Babb** ▸ **My Oviedo, FL 32765 32766**

May 28, 2015 at 3:28 AM · 

As much flack that the Oviedo ER gets, I sure am glad they are there! My mom was having chest pains today, ( she wouldn't let me call an ambulance) so, I drive like a bat outta hell to get her to the O...

👍 Jackie Nitti, Joanne McCurry and 72 others          32 Comments

 **Juone O'Dell** About a month ago I used them because of the worst migraine headache I've ever had. I thought I might be having a stroke. Oviedo's response team and the ER did an excellent job. I haven't received the final bill…See More

 **Virginia Miner** ▸ **My Oviedo, FL 32765 32766**

October 16, 2014 at 3:45 PM · Oviedo, FL · 🖼

Many of you have discussed the prices at the Oviedo ER. I think all ERs are pricey but what we experience this week has me disappointed. My FIL fell and was rushed by ambulance to Oviedo ER. The DR and...

👍 14                                          56 Comments

 **Chantel Banks** Winter Park is only 20 minutes from Oviedo. They have the best care! This new ER is a glorified walk in clinic not an actual hospital!

 **Millie Crum Prince** ▸ **My Oviedo, FL 32765 32766**

January 29, 2015 at 10:28 AM · Oviedo, FL · 🖼

Had to take hubby to Oviedo ER Wed night around 9:30. I know there's been a lot of bad feedback about them lately, but, I have to say I could not be more pleased with the way they treated us. Jim was immediately attended to and a series of tests were timely performed. I was… See More

 You, Marci Wenninghoff Gordon, Gordon Boardway and 33 others       47 Comments



**Wendy Levitt-Gashlin** ▶ My **Oviedo, FL 32765 32766**

October 3, 2015 at 4:44 PM · Oviedo, FL · 

For everybody that puts up nasty posts about **Oviedo ER**. Yesterday I had a kidney stone, I have had more stones than I can remember and most of them I went to the WP **ER** for. That being said, I can't say...

 Joanne McCurry, Dominic Persampiere and 119 others          20 Comments

**Lisa Eisenberg** I've never heard complaints about waiting. I use carespot for times my primary or pediatrician are closed. My 2 **ER** experiences here were **Oviedo** and Winnie Palmer which can't be compared. In a true...See More

---

Cathy Pfetsch Holder and Emma L. Reichert liked this post



**Debra Joyce Schneeberger** ▶ My **Oviedo, FL 32765 32766**

April 24, 2016 at 5:03 PM · Oviedo, FL · 

Update: we did head to **Oviedo**'s **ER** because I couldn't find any urgent care offices open. Unfortunately, **Oviedo ER** and all other local ERs were backed up. One hospital had 130+ waiting. We left before seeing anyone. Told the front desk nurse to please give our spot to someone... See More

 Emma L. Reichert, Cathy Pfetsch Holder and 27 others          24 Comments

**Sue Johnson Terraglio** Paramount urgent care 407-542-0346 1984 alafaya trail Cross street chapman and alafaya trail **Oviedo** Opened until 8 pmSee More

---

Jennifer Garrett liked this post



**Stephanie Hayman Tibbetts** ▶ My **Oviedo, FL 32765 32766**

December 7, 2016 at 3:33 AM · Oviedo, FL · 

...Ask them if the **Oviedo ER** is in your net work as a perfered provider. **Oviedo ER** is part of the HCA network. If it is not then this should help you make a decission about NON emergent needs. If it is de...

 Jennifer Garrett and 37 others          36 Comments

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*ELECTRONICALLY FILED*

OVIEDO MEDICAL CENTER, LLC                )
                                          )
            PLAINTIFF,                     )
                                          )
v.                                        )     Case No.: 6:19-cv-01711-WWB-EJK
                                          )
ADVENTIST HEALTH SYSTEM/SUNBELT,          )
INC. d/b/a ADVENTHEALTH OVIEDO ER         )
                                          )
            DEFENDANT.                     )
                                          )

\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF CATHLEEN DROKE

I, Cathleen "Cathy" Droke, having been first duly sworn, do depose and state as follows:

1.      I am a resident of the State of Florida, I am of legal age, and competent to make this Affidavit.

2.      I have personal knowledge regarding the facts contained in this Affidavit and could testify to these facts if called as a witness.

3.      I am currently the Director of Public Relations and Communications for Oviedo Medical Center, LLC ("Oviedo Medical Center"). I have served in this capacity since November, 2018. My job entails extensive work on behalf of the facility known as "Oviedo ER".

4.      Prior to my position as Director of PR and Communications, I served as the Marketing Manager for Oviedo Medical Center from September, 2016 to November, 2018. This included work on behalf of the facility branded "Oviedo ER."

1

5.      And prior to that I served as the Marketing Manager for Central Florida Regional Hospital from August, 2013 to September, 2016.  My position included  work on behalf of the facility known as "Oviedo ER", which was operated as a department of Central Florida Regional Hospital during this time.

6.      When it first opened its doors in November, 2013, the Oviedo ER facility was the first free-standing emergency care facility of its kind in Oviedo, Florida.  The types of services performed in the Oviedo ER facility include, and in November, 2013, included, emergency room services, pediatric emergency care, diagnostic imaging, and cardiac care.

7.      The facility officially opened on November 25, 2013.  At that time, large signage was displayed on the outside of the facility identifying it as "Oviedo ER".  Attached to my Affidavit as **Exhibit 1** are true and correct copies of photographs depicting the signage on the outside of the Oviedo ER facility as it appeared in November, 2013 – and as it still appears today.

8.      Even prior to the opening of the Oviedo ER facility, Central Florida Regional Hospital took steps to begin marketing and promoting the facility using the brand name and trademark "Oviedo ER."  For example, I understand that the facility took steps, through a proxy company called Markmonitor.com, to register the oviedoer.com domain name as early as November 30, 2012.  Attached as **Exhibit 2** to my Affidavit is a true and correct copy of a WHOIS database printout – which I understand is a record which is publicly available online – showing registration of the oviedoer.com domain name. Central Florida Regional Hospital continued to promote the "Oviedo ER" facility using the brand name and mark Oviedo ER in signage and marketing materials following its opening in 2013.

9.      Since the opening of the Oviedo ER facility in 2013, the public and media have referred to the facility as "Oviedo ER".  For example, the Wikipedia page for the City of Oviedo,

2

Florida has referred to the Oviedo ER mark and name and associated that name with both Central Florida Regional Hospital and later Oviedo Medical Center. Attached as **Exhibit 3** to my Affidavit is a true and correct copy of the Wikipedia page prior to the filing of the Complaint in the above captioned matter.

10.     As an example, true and correct copies of screenshots of sample postings from the "My Oviedo" Facebook page that appeared from 2014 to 2016 are attached as **Exhibit 4** to my Affidavit. These postings show individuals referencing the Oviedo ER brand and mark.

11.     Another example comes from the social networking site Foursquare, which provides public city guides. I recall seeing a reference on this site to the "Oviedo ER" facility. A true and correct copy of a screenshot of this reference as it appeared prior to the filing of the Complaint in this case is attached as **Exhibit 5** to my Affidavit.

12.     The community continued to associate the Oviedo ER name and mark with Oviedo Medical Center's facility after it took over operations in 2017. I have seen Facebook postings on the My Oviedo Facebook page where individuals have referenced the "Oviedo ER" name and brand. Attached as **Exhibit 6** to my Affidavit are true and correct copies of screenshots of these postings.

13.     With respect to media, I recall seeing an article in the *Orlando Business Journal* which appeared on September 10, 2013 which referred to the "Oviedo ER" branded facility. A true and correct copy of this article is attached as **Exhibit 7** to my Affidavit.

14.     I also recall seeing an article in the *Orlando Business Journal* which appeared on October 1, 2013 which referred to the "Oviedo ER" branded facility. A true and correct copy of this article is attached as **Exhibit 8** to my Affidavit.

3

15.     I also recall seeing an article in the *Orlando Business Journal* which appeared on November 15, 2013 which referred to the "Oviedo ER" branded facility.  A true and correct copy of this article is attached as **Exhibit 9** to my Affidavit.

16.     I also recall seeing an article in the *Orlando Business Journal* which appeared on November 22, 2013 which referred to the "Oviedo ER" branded facility.  A true and correct copy of this article is attached as **Exhibit 10** to my Affidavit.

17.     I also recall seeing an article in the *Orlando Sentinel* which appeared on February 4, 2014 which referred to the "Oviedo ER" branded facility.  A true and correct copy of this article is attached as **Exhibit 11** to my Affidavit.

18.     I also recall seeing an article in the *Orlando Sentinel* which appeared on June 10, 2014 which referred to the "Oviedo ER" branded facility.  A true and correct copy of this article is attached as **Exhibit 12** to my Affidavit.

19.     I also recall seeing an article in *Florida Today* which appeared on June 12, 2014 which referred to the "Oviedo ER" branded facility.  A true and correct copy of this article is attached as **Exhibit 13** to my Affidavit.

20.     I also recall seeing an article in *U-Wire* which appeared on September 24, 2015 which referred to the "Oviedo ER" branded facility.  A true and correct copy of this article is attached as **Exhibit 14** to my Affidavit.

21.     I also recall seeing an article in the *Orlando Sentinel* which appeared on September 28, 2015 which referred to the "Oviedo ER" branded facility.  A true and correct copy of this article is attached as **Exhibit 15** to my Affidavit.

4

22.     I also recall seeing an article in the *Orlando Business Journal* which appeared on October 23, 2015 which referred to the "Oviedo ER" branded facility. A true and correct copy of this article is attached as **Exhibit 16** to my Affidavit.

23.     I also recall seeing an article in the *Orlando Business Journal* which appeared on May 16, 2016 which referred to the "Oviedo ER" branded facility. A true and correct copy of this article is attached as **Exhibit 17** to my Affidavit.

24.     I also recall seeing an article in the Orlando Business Journal which appeared on September 20, 2017 which referred to the "Oviedo ER" branded facility. A true and correct copy of this article is attached as **Exhibit 18** to my Affidavit.

25.     In 2017, Oviedo Medical Center opened a full-service acute care hospital and acquired the Oviedo ER branded facility from Central Florida Regional Hospital. Oviedo Medical Center continued to market and promote the Oviedo ER facility  and still does to this day.

26.     An example of direct mail advertising sent by Oviedo Medical Center which promoted the Oviedo ER brand and mark is a mailer entitled "STOMACH PAIN?". This mailer was sent out to households in the relevant market promoting the services provided by Oviedo Medical Center. The mailer was sent out by mail on or about April 24, 2019. A true and correct copy of this advertisement is attached to my Affidavit as **Exhibit 19**.

27.     Another example of direct mail advertising sent by Oviedo Medical Center which promoted the Oviedo ER brand and mark is a mailer entitled "BAD BREAK?". This mailer was sent out to households in the relevant market promoting the services provided by Oviedo Medical Center. The mailer was sent out by mail on or about May 13, 2019. A true and correct copy of this advertisement is attached to my Affidavit as **Exhibit 20**.

28.     Another example of the advertising and promotional costs related to the promotion of the Oviedo ER brand and mark is a current advertisement posted on the Oviedo Chamber of Commerce website.  A true and correct copy of this advertisement is attached as **Exhibit 21** to my Affidavit.

29.     A true and correct copy of a screenshot of the Oviedo ER website as it currently appears, but taken prior to the filing of the Complaint in this case, is attached as **Exhibit 22** to my Affidavit.

30.     Since the Oviedo ER facility opened in 2013, Central Florida Regional Hospital and Oviedo Medical Center have collectively spent in excess of $1.3 million in advertising and promotional costs related to the promotion of the Oviedo ER branded facility.

31.     The Oviedo community, including patients, often refer to Oviedo Medical Center's facility as the "Oviedo ER".  As an example, I received an email from a patient's family member summarizing their recent positive experience with the Oviedo ER facility.  A true and correct copy of this email is attached as **Exhibit 23** to my Affidavit.

32.     In the fall of 2018 I learned that AdventHealth, then operating as Florida Hospital, intended to open a free-standing emergency care facility in Oviedo using the name "Florida Hospital Oviedo ER."  I even attended a groundbreaking on Red Bug Lake Road on November 1, 2018 for this to-be-opened facility.

33.     I have seen references to AdventHealth's upcoming facility referred to as "Oviedo ER."  As an example, when searching the exact term "AdventHealth Oviedo ER" on Google, the search results listing generates an AdventHealth advertisement which make references to "Oviedo ER" in the title of the advertisement.  A true and correct copy of a screenshot of Google search

6

results taken prior to the filing of the Complaint in this case is attached to my Affidavit as **Exhibit 24**.

34.     I have also seen AdventHealth represent itself as "Oviedo ER" on its own website.

**FURTHER AFFIANT SAYETH NOT**

_Cathy Droke_
Cathy Droke

STATE OF FLORIDA                     )
                                     ) SS
COUNTY OF SEMINOLE                   )

SUBSCRIBED AND SWORN to before me by Cathy Droke, this 13th day of September, 2019.

My Commission expires:   5\25\2021           .

Lynsey Collier-Graham
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG108384
Expires 5/25/2021

_Lynsey Collier-Graham_
NOTARY PUBLIC

7

# EXHIBIT 5

## TO THE AFFIDAVIT OF

## CATHY DROKE



FOURSQUARE CITY GUIDE

I'm looking for...    Oviedo, FL    🔍    Log In    Sign Up

🏆 Top Picks    ∧ Trending    🍴 Food    ☕ Coffee    🍸 Nightlife    ◇ Fun    🛍 Shopping

✈ Planning a trip to Orlando?
Foursquare can help you find the best places to go to.

Find great things to do

**HCA**
Hospital Corporation of America

## Oviedo ER
Emergency Room and Hospital
Oviedo

Save    Share

**Tips** 1    **Photos** 3

See what your friends are saying about Oviedo ER.
By creating an account you are able to follow friends and experts you trust and see the places they've recommended.

f Sign up with Facebook    or    Sign up with email

📝 1 Tip and review

Log in to leave a tip here.    Post

Cin Theagene                                January 18, 2015
This place is great! I've been here 3 times & never once had to wait to be seen. The staff is friendly too.

↑ Upvote    ↓ Downvote

**Oviedo ER**
8300 Red Bug Lake Rd
Oviedo, FL 32765
United States
Get directions

ⓘ Oviedo Medical Center is now open to take care of you and your... (Show more)

🕐 Open (Show more)

☐ (407) 890-2273

🌐 oviedomedicalcenter.com

f OviedoMedicalCenter

Related Searches

# EXHIBIT 6

## TO THE AFFIDAVIT OF

## CATHY DROKE

 **Kel Kel Gill** ▸ My **Oviedo**, FL 32765 32766
January 9, 2017 at 6:45 PM · 

**Oviedo ER** claim $3756 Service description: Triage (screening for urgency) and treatment of an illness or injury at a hospital emergency room. Does this mean I got charged $3756 just for going there? Shot of Ativan $9. I am just saying I would've taken that shot outside the back door.… See More

👍😢😡 Jessica Lee Poulin and 35 others                    175 Comments

 **Mike Davidson** I just know that I am very glad **Oviedo** has an **ER** and soon a full hospital. If my loved one or myself went into cardiac arrest in **oviedo** my chances of surviving is greatly improved. If the **ER** wasn't there then that's an…See More

 **Tamara Fretz Baker** ▸ My **Oviedo**, FL 32765 32766
June 29, 2017 at 8:08 AM · 

I recently had a chance to meet and thank Dr. Alexander at the **Oviedo ER** for contributing to saving my older daughter's life. She almost died last year on this day after being rescued from the woods. I...

👍❤️ You, Jennifer Garrett, Margie Sloane and 121 others        10 Comments

 **Susan D'Aulerio** ▸ My **Oviedo**, FL 32765 32766
December 2, 2018 at 10:33 AM · 

Need opinions on **Oviedo ER**. I may have fractured some ribs and don't feel like being in an **er** for hours. I figured **Oviedo** won't be as busy. Need opinions please!!!

👍 Jim Gordon and 8 others                              98 Comments



**Wanda Walls** ▶ **My Oviedo, FL 32765 32766**
April 21, 2017 at 9:37 PM · 

I have to share my appreciation for the Oviedo ER and Hospital and its staff. My dad went into the ER on Monday and has been in ICU since then and I have been blown away by the friendliest and most car...

👍❤️ 100                                                    20 Comments



**Sunanda Pilgrim** ▶ **My Oviedo, FL 32765 32766**
October 20, 2017 at 1:16 PM · 

...It took me a few days of arguments but he finally agreed after meeting the dr for a follow up. We went right to Oviedo ER where Dr. Edusei-Mensha agreed he needed a mri after reading the eye dr notes....



👍😮❤️ 506                                                    81 Comments

 **Heather Hall Borgon** Sunanda Pilgrim thank you for sharing his story - I am so very thankful that he came in for an eye exam that day, and I am so very thankful that he has made a full recovery and is back in school!! That is such…See More



**Marci Powell** ▸ My Oviedo, FL 32765 32766

January 27, 2017 at 9:58 AM · 

I have had only positive things to say about Oviedo ER. I wish the hospital was a Florida hospital, only because my surgeries for cancer were at Celebration ( Florida hospital) due to robotic surgery....

👍❤️ Terri Allred Greene, Laurie Trahan Lafrenaye and 31 others          10 Comments



**Hector Del Valle Jr.** ▸ My Oviedo, FL 32765 32766

May 23, 2017 at 9:22 AM · 🖼️

Alligators are on the move looking for ponds to mate. Happened in Mitchell Hammock Road on May 22 Near the Oviedo ER.



**News 96.5 - WDBO's Post**

A trapper from FWC had to remove an alligator from Mitchell...

👍😮😢 Kristina Krause Rashedi and 142 others          58 Comments



**Cynthia Murdock Jane** ▶ **My Oviedo, FL 32765 32766**
May 19, 2018 at 5:20 PM · Oviedo, FL · 

...Lars White please tell them thank you! And, mom is home and doing much better - Dr. Young, and Oviedo ER team did a great job as well. A little afraid of the sticker shock to come later - but everyone...

👍❤️😮 Dominic Persampiere, Lars White and 47 others          5 Comments



**David Smith** ▶ **My Oviedo, FL 32765 32766**
October 26, 2017 at 3:32 PM · 

To the P.O.S that felt it necessary to leave a 4-5 week old kitten in the Oviedo ER parking lot to fend for her self. Don't worry I picked up your responsibility. Lucky she's still alive since I don't think she had eaten in over a day since she can't even chew hard cat… See More



👍😢😠 Laurie Trahan Lafrenaye, Jessica Lee Poulin and 499 others          194 Comments



**Betty Wade** ▶ **My Oviedo, FL 32765 32766**
January 24, 2018 at 5:53 PM · 

I know there have been negative comments about Oviedo's ER but I'd like everyone to know that my BIL and SIL had the best experience ever. We had all just come from a cruise and had flu symptoms. They...

👍❤️ Dominic Persampiere, Jennifer Garrett and 33 others          31 Comments



**Jenn DeFilippis** I LOVED Oviedo er both times we've been there. Staff was great, bills were a bit steep but they usually are.

 **Susan Deters Rodriguez** ▸ My **Oviedo, FL 32765 32766**
December 4, 2017 at 4:40 PM · Orlando, FL · 🖼

Looking for recommendations for a cardiologist. Spent time in the Oviedo ER last week and was just told that my EKG that they performed was not actually normal



 11                                    60 Comments

 **Michael Orlando** Dr Jaffe 1000 Broadway right here in Oviedo. She is part of the Orlando Health system with multiple offices.

 **Karen Barry Wong** ▸ My **Oviedo, FL 32765 32766**
January 27, 2017 at 1:00 AM · 🖼

It's terrible to know that there is an ER 2 miles from my home, but was so scared to go that I drove 20 miles away to ER. Anyone have anything positive about Oviedo ER? Is the hospital going to be better. I spent a lot of time driving to Florida Hospital East, when there is one truly 2… See More

 21                                    30 Comments

 **Nate Gilman** ▸ My **Oviedo, FL 32765 32766**
August 3, 2017 at 7:16 AM · 🖼

What's the deal with the Oviedo ER?

 11                                    67 Comments



**Tiffany Lynn** ▸ **Oviedo** Connection
January 27, 2017 at 12:20 AM · Iowa City, FL · 

Just wanted to share positive feed back about the Oviedo ER. I know there has been some not so wonderful experiences. Being my 4th visit in the last few years. Once with my daughter, once for me and tw...

 21                                         28 Comments



**Alicia Cintron Shanks** ▸ **Oviedo** Connection
March 27, 2017 at 4:26 PM · 

...My pediatrician couldn't stress enough for me to NEVER bring the kids to the Oviedo E.R. again, they obviously are not equipped to work with babies/children. 😟 sadly another bad review for the Oviedo...

 14                                         23 Comments

**Debbie Persampiere** commented on this



**Catherine Scanlon** ▸ **Oviedo** Connection
July 26, 2017 at 7:03 AM · 

More questions from a newbie . I am trying to get a lay of the land here. I tried the search buttons in these pages, but the results are lacking. So, I would love it if anyone can reccommend an allergi...

16 Commer

    **Rita Jennings** Oviedo ER is not run or part of Florida Hospital

# EXHIBIT 7

## TO THE AFFIDAVIT OF

## CATHY DROKE

# NewsRoom

9/10/13 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2013 WLNR 22704514

Orlando Business Journal
Copyright © 2013 American City Business Journals, Inc.

September 10, 2013

HCA names administrator for new **Oviedo ER**

Megan Anderson

Central Florida Regional Hospital Inc. on Sept. 10 named Janet Livingston the administrator of the new freestanding emergency department in Oviedo.

Livingston previously worked in administrative roles at Orlando Health for the past 25 years.

In her new job, she will oversee the $9.7 million, 11,000-square-foot facility, which is set to open in November at the intersection of Red Bug Lake Road and Broadway Avenue. The **Oviedo ER** will employ 35 full-time staff and four emergency medicine physicians and is expected to serve more than 10,000 residents in Oviedo and east Seminole County.

Central Florida Regional Hospital is owned by Nashville, Tenn.-based HCA (NYSE: HCA), which operates about one-fourth of the hospitals in Florida, has two local hospitals: Central Florida Regional Hospital in Sanford and Osceola Regional Medical Center in Kissimmee.

See previous stories on the **Oviedo ER**:

HCA breaks ground on Oviedo emergency department HCA planning freestanding emergency department in Oviedo

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- **Index References** ----

Company: HCA INC; CENTRAL FLORIDA REGIONAL HOSPITAL INC

Industry: (Healthcare Service Providers (1HE78); Critical & Intensive Care (1CR27); Hospital (1HO39); Healthcare Practice Specialties (1HE49); Hospital Administration (1HO60); Healthcare (1HE06); Healthcare Services (1HE13))

Region: (U.S. Southeast Region (1SO88); North America (1NO39); Tennessee (1TE37); Florida (1FL79); USA (1US73); Americas (1AM92))

Language: EN

HCA names administrator for new OviedoER, 2016 WLNR 22704514

Other Indexing: (Janet Livingston)

Word Count: 178

---

**End of Document** © 2019 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT 8

## TO THE AFFIDAVIT OF

## CATHY DROKE

HCA's Oviedo ER may add medical tinge to nearby development, 2013 WLNR 24608053

# **News**Room

10/1/13 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2013 WLNR 24608053

Orlando Business Journal
Copyright © 2013 American City Business Journals, Inc.

October 1, 2013

## HCA's **Oviedo ER** may add medical tinge to nearby development

Abraham Aboraya

November's going to be a big month in Oviedo: The Seminole County city will get its first hospital ... ish.

Nashville, Tenn.-based HCA Holdings Inc.built a $9.7 million, 11,000-square-foot freestanding emergency department in Oviedo, slated to open next month.Central Florida Regional Hospital Inc.named Janet Livingston administrator of the 11,000-square-foot facility Sept. 10.

Why does it matter?Well here's an outcrop of that: I spoke to Marc Massar, one of the property owners of a 12.5-acre parcel at the southwest corner of Oviedo Mall Boulevard and State Road 426, the land adjoining the freestanding ER.

While he wouldn't get into too many details because of pesky non-disclosures, he said some of the 12.5 acres — see the map below — is under contract to be sold to a developer, looking to build a medical office building.What's more, in addition to retail outparcels, Massar said the land owner is considering a hotel.

And that wasn't the case before HCA came in with an emergency room.

"That changed the focus," Massar said. "We were focused on all retail, but the hospital changed the focus to medical office buildings and made the hotel more likely."

So what do you think?Will an injection of medical space next to the mall pump up area development?

Did you find this article useful?Why not subscribe to Orlando Business Journal for more articles and leads?Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- Index References ----

Company: HCA HOLDINGS INC; CENTRAL FLORIDA REGIONAL HOSPITAL INC

Industry: (Critical & Intensive Care (1CR27); Hospital (1HO39); Construction (1CO11); Commercial Construction (1CO15); Commercial Real Estate (1CO51); Real Estate (1RE57); Healthcare Services (1HE13); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare (1HE06))

HCA's Oviedo ER may add medical firige to nearby development, 2019 WLNR 24608053

Region: (Tennessee (1TE37); Americas (1AM92); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73); Florida (1FL79))

Language: EN

Other Indexing: (Marc Massar)

Word Count: 240

---

**End of Document**
© 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# EXHIBIT 9

## TO THE AFFIDAVIT OF

## CATHY DROKE

**News**Room

11/15/13 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2013 WLNR 28866451

Orlando Business Journal

Copyright © 2013 American City Business Journals, Inc.

November 15, 2013

Exclusive: Central Florida Regional Hospital to expand its ER

Abraham Aboraya

Oviedo isn't the only Seminole County city getting a new ER.

This morning, Central Florida Regional Hospital Inc. unveiled its new **Oviedo ER**, a facility that could lead the way to an inpatient hospital in the area. I spoke with Wendy Brandon, CEO of Central Florida Regional Hospital Inc., about her 221-bed hospital in Sanford.

The reason? Osceola Regional just unveiled its new patient tower, and now the **Oviedo ER** is opening. I asked if Central Florida Regional Hospital Inc. was going to be due for a capital project soon.

"Our next big expected project is to expand the emergency department," Brandon said. "We have plans drawn up and are bidding it now."

Why? The ER is expected to reach 50,000 visits in 2013, up 7 percent from 2012.

"We are quickly outgrowing the space," Brandon said. "It's a top priority for us to see patients quickly."

Brandon said the hospital's parent company, Nashville, Tenn.-based HCA Holdings Inc., hasn't approved the funding for the expansion. Brandon wasn't able to talk about how many square feet the project would include, only that it would grow the hospital from 22 beds to 32 or 34 beds.

No word on price, either, only that it would be in the millions.

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- **Index References** ----

Company: HCA HOLDINGS INC; CENTRAL FLORIDA REGIONAL HOSPITAL INC

Industry: (Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Healthcare Service Providers (1HE78); Critical & Intensive Care (1CR27); Healthcare (1HE06); Hospital (1HO39); Hospital Administration (1HO60))

Exclusive: Central Florida Regional Hospital to expand its ER, 2013 WLNR 28066451

Region: (North America (1NO39); U.S. Southeast Region (1SO88); Americas (1AM92); USA (1US73); Tennessee (1TE37); Florida (1FL79))

Language: EN

Other Indexing: (Wendy Brandon)

Word Count: 227

---

**End of Document**

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# EXHIBIT 10

## TO THE AFFIDAVIT OF

## CATHY DROKE

**NewsRoom**

11/22/13 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2013 WLNR 29538047

Orlando Business Journal
Copyright © 2013 American City Business Journals, Inc.

November 22, 2013

Cast of characters: The latest intel on movers and shakers

Staff

➤ Walt Disney World President George Kalogridis, speaking at the International Association of Amusement Parks & Attractions Expo 2013, said he believes the key to a company's success is to identify customers' needs before they even know it's something they want.

http://bizj.us/tqe7p

➤ Orlando City Soccer Club President Phil Rawlins planned to get a big beer on Nov. 19 to celebrate his team's new MLS status.

http://bizj.us/tqcy5

➤ Former Orlando Mayor Glenda Hood received the 2013 Robert M. O'Donnell award in recognition of her work to improve land and the quality of life.

http://bizj.us/tq71d

➤ Wendy Brandon, CEO of **Central Florida Regional Hospital**, unveiled its new **Oviedo** ER and told OBJ the Sanford hospital plans to expand its own ER, as well.

http://bizj.us/tpy2v

➤ Kim Hutto, director of sales for PSAV, is one of Central Florida's female businesswomen who have completed an Ironman competition. Her top business lesson learned: Adopting an attitude of fearlessness toward trying something new.

http://bizj.us/tqdq7

➤ Rafael and Luisa Medina will receive the Lifetime Achievement Award at the Don Quijote Awards Gala on Dec. 7 at the Epcot World Showplace Pavilion, awarded by the Hispanic Business Initiative Fund of Florida Inc. and the Hispanic Chamber of Commerce of Metro Orlando.

http://bizj.us/tpuyn

WESTLAW

Cast of characters: The latest intel on movers and shakers, 2013 WLNR 29538047

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.


---- Index References ----


News Subject: (HR & Labor Management (1HR87); Corporate Events (1CR05); Business Management (1BU42); Minority Businesses (1MI90); Executive Personnel Changes (1EX23); Minority & Ethnic Groups (1MI43); Social Issues (1SO05); Small Business (1SM15))

Industry: (Healthcare (1HE06); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital (1HO39))

Region: (North America (1NO39); U.S. Southeast Region (1SO88); Americas (1AM92); Florida (1FL79); USA (1US73))

Language: EN

Other Indexing: (Walt Disney World) (Robert O'Donnell; Rafael Medina; Glenda Hood; Phil Rawlins; Luisa Medina; Kim Hutto; Wendy Brandon; George Kalogridis)

Word Count: 248

---

**End of Document**

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# EXHIBIT 11

## TO THE AFFIDAVIT OF

## CATHY DROKE

Plans are in works to build acute-care hospital in Oviedo, 2014 WLNR 3108209

**NewsRoom**

2/4/14 Orlando Sentinel A8
2014 WLNR 3108209

Orlando Sentinel
Copyright © 2014 Orlando Sentinel Communications

February 4, 2014

Section: A Section

Plans are in works to build acute-care hospital in **Oviedo**

Marni Jameson, Staff Writer

A new acute-care hospital may be coming soon to **Oviedo**, if officials at **Central Florida Regional Hospital** get their way. Officials announced Monday that they had taken the first steps toward building **Oviedo** Medical Center.

The new hospital would be adjacent to the **Oviedo** ER, at 8300 Red Bug Lake Road, which opened in November.

Since it opened, the **Oviedo** ER has stayed busy caring for patients from east Seminole County and surrounding areas, which hospital officials think is a strong indication of the need for more health-care services in **Oviedo**, said hospital spokeswoman Sandy McPherson.

Because plans are still in the early stages, McPherson could not say how large the hospital would be nor when it is expected to open. The **Oviedo** ER, a free-standing emergency department, occupies 10 acres on a 48-acre parcel the hospital owns. The balance would be the site of the new hospital.

Central Florida Regional, which is owned by Hospital Corporation of America, submitted a letter of intent to the state of Florida on Friday, informing the state of plans to apply for a Certificate of Need, McPherson said.

Such certificates are required before an inpatient hospital can be built in the state.

Central Florida Regional is a 221-bed, acute-care hospital in Sanford, located 3.6 miles east of I-4 that serves Seminole and west Volusia counties.

"**Oviedo** has waited a long time for comprehensive health-care services," said Wendy Brandon, the hospital's chief executive officer. "The opening of **Oviedo** ER was an important beginning. Now **Central Florida Regional Hospital** is prepared to continue our investment in **Oviedo** and fulfill our commitment to bring world-class health care to the local community by building a full-service, acute-care hospital."

**Oviedo** Mayor Dominic Persampiere said that bringing a hospital to **Oviedo** and eastern Seminole County residents has long been a priority for city leaders, according to a statement released by Central Florida Regional.

"Our ultimate goal is a full-service medical facility in **Oviedo**," Persampiere said. "We owe it to our residents to do whatever is necessary to ensure quality health care is available in their local community. We are incredibly grateful to

WESTLAW

Plans are in works to build acute-care hospital in Oviedo, 2014 WLNR 3796203

**Central Florida Regional Hospital** for sharing our vision. We look forward to working with them to make our hospital a reality."

Seminole County Commission Chairman Bob Dallari said a hospital in east Seminole County would benefit the entire region.

"Based on the growth we have seen in Seminole County, a hospital in **Oviedo** makes sense," Dallari said in a statement to Central Florida Regional. "The economic impact will be substantial, both from the tax revenue the hospital will generate and new businesses it will attract. But, more important, we need a convenient health-care access point for our neighbors in east Seminole County who are sick or injured."

COLUMN: Business

---- **Index References** ----

Industry: (Healthcare Services (1HE13); Healthcare (1HE06); Hospital (1HO39); Healthcare Practice Specialties (1HE49); Critical & Intensive Care (1CR27); Hospital Administration (1HO60); Healthcare Service Providers (1HE78))

Region: (Americas (1AM92); North America (1NO39); USA (1US73); Florida (1FL79); U.S. Southeast Region (1SO88))

Language: EN

Other Indexing: (Sandy McPherson; Wendy Brandon; Dominic Persampiere; Bob Dallari)

Edition: FINAL

Word Count: 471

---

**End of Document**
© 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# EXHIBIT 12

## TO THE AFFIDAVIT OF

## CATHY DROKE

**News**Room

6/10/14 Orlando Sentinel B2
2014 WLNR 15640120

Orlando Sentinel
Copyright © 2014 Orlando Sentinel Communications

June 10, 2014

Section: Local News

State gives early OK to new hospital in Oviedo

Martin E. Comas, Staff Writer

East Seminole County residents are a step closer to seeing a new hospital in their area.

State officials have given Central Florida Regional Hospital preliminary approval toward building a three-story, 80-bed acute-care hospital on 48 acres on Red Bug Lake Road at State Road 426.

The new Oviedo Medical Center would sit adjacent to the existing **Oviedo ER**, which opened in November. And plans are to expand **Oviedo ER**, an emergency care center, to 20 beds from the current 12 and make it part of the Oviedo Medical Center.

Hospital officials said it's too early to provide a date on when construction would start.

Oviedo residents and city leaders have long wanted to bring a hospital to their area. The closest hospital, Winter Park Memorial, is more than eight miles from **Oviedo ER**.

Central Florida Regional Hospital, which is owned by Hospital Corporation of America, applied for a "certificate of need" last April. It also has a 221-bed, acute-care hospital in Sanford that serves Seminole and west Volusia counties.

---- Index References ----

Industry: (Healthcare Service Providers (1HE78); Hospital Administration (1HO60); Hospitals (1HO39); Healthcare Services (1HE13); Healthcare Practice Specialties (1HE49); Healthcare (1HE06); Critical & Intensive Care (1CR27))

Region: (USA (1US73); Americas (1AM92); U.S. Southeast Region (1SO88); Florida (1FL79); North America (1NO39))

Language: EN

Edition: FINAL

Word Count: 170

WESTLAW

State gives early OK to new hospital in Oviedo, 2014 WLNR 15640120

**End of Document**       © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# EXHIBIT 13

## TO THE AFFIDAVIT OF

## CATHY DROKE

**News**Room

6/12/14 Fla. Today (Melbourne, Fla.) A1
2014 WLNR 16268506

Florida Today (Melbourne, FL)
Copyright © 2014 Gannett

June 12, 2014

Section: A

Oviedo Hospital plan gets the OK

June 12, 2014

'Our community has waited a long time for a hospital in Oviedo and now it is becoming a reality,' Dominic Persampiere Oviedo Mayor

Oviedo, make way — plans for a new hospital have gotten the official thumbs-up from the state.

BrevardCounty BrevardCounty

Being granted its Certificate of Need, Central Florida Regional Hospital has overcome one of the biggest hurdles in moving forward with expansion plans in Oviedo. A necessary step in a long series of events, the CON granted the company the ability to build the new Oviedo Medical Center on 48 acres of land off Red Bug Lake Road and Broadway Street.

"The step is they've got to get the OK from the state, which they were just granted on Friday. So now they are clear to design, develop and build the hospital/medical facility," said Oviedo Mayor Dominic Persampiere.

The new hospital will be an extension of the current **Oviedo ER** and will be a facility with up to 80 beds, said Sandy McPherson, marketing director for CFRH.

"We are very excited the CON for up to 80 beds has been approved, and, soon, we expect to begin the significant process of planning the new hospital," she said in an email. "**Oviedo ER** is meeting the local need for emergency services, and we look forward to bringing a broad range of acute care services to the Oviedo community."

The new hospital will expand emergency services and offer a full range of medical and surgical services, according to a release form CFRH. The hospital comes on the curtails of the **Oviedo ER**, which opened in November 2013, and has since had a heavy flow of traffic.

"Our team at Central Florida Regional Hospital has shared Oviedo's vision for a full-service acute care hospital for many years," said Chief Executive Officer Wendy H. Brandon. "Since opening in November, **Oviedo ER** has continued to be well-supported by our community. Now we look forward to beginning the planning process to bring a comprehensive medical center to the residents of East Seminole County."

WESTLAW

A letter-writing campaign was launched in March and called for support of the proposed medical facility. Advertising the campaign at events and soliciting community support, the campaign elicited the help of dozens. In the end, the CON was filed to the state alongside 116 letters of support from residents, physicians, community leaders and organizations.

Although the approval cannot be attributed to this alone, this is a big step for Oviedo, Persampiere said, and one that certainly has not come easy in the past. A hospital for Oviedo has been in the works since the 1990s, he said, but the state simply would never grant the area a CON, citing that the need just wasn't there. Making its case strongly this year, CFRH gained the state's blessing and, for the first time in Oviedo history, will officially move forward with plans for the full-scale hospital.

"Our community has waited a long time for a hospital in Oviedo and now it is becoming a reality," Persampiere said. "We are grateful to Central Florida Regional Hospital for staying the course with us and look forward to working with them to build a comprehensive medical center we can be proud of that will provide all the health care services our residents need right here in our own community."

'Our community has waited a long time for a hospital in Oviedo and now it is becoming a reality,' Dominic Persampiere Oviedo Mayor

---- Index References ----

Industry: (Hospital Administration (1HO60); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospitals (1HO39); Critical & Intensive Care (1CR27); Healthcare (1HE06))

Region: (Florida (1FL79); USA (1US73); U.S. Southeast Region (1SO88); Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (Sandy McPherson; Wendy Brandon; Dominic Persampiere; Oviedo)

Edition: 1

Word Count: 584

---

**End of Document**                              © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# EXHIBIT 14

## TO THE AFFIDAVIT OF

## CATHY DROKE

Oviedo Medical Center to open, offer job opportunities

**NewsRoom**

9/24/15 U-Wire 00:00:00

U-Wire

Copyright (c) 2015 M2 Communications Ltd.

September 24, 2015

Oviedo Medical Center to open, offer job opportunities

University of Central Florida; Orlando, FL - news

By Veronica Brezina

A new $109 million Oviedo Medical Center next to **Oviedo ER** will open the opportunity for more than 200 jobs when it is expected to be complete in early 2017.

On Thursday at 10 a.m., a groundbreaking event covered what the new 198,000-square-foot hospital on Red Bug Lake Road will offer for UCF and the surrounding areas.

"We have great schools and I think a great opportunity to really ... stay local as much as we can, whether it's recruiting talent, physicians or staff," said KC Donahey, CEO of Oviedo Medical Center.

The hospital will expand **Oviedo ER** to 22 beds and include medical and surgical inpatient units, intensive care, medical cardiology, telemetry, cardiac catheterization and women's services, including labor and delivery.

"Think about what this means to our community. Think of the development that's going to happen. Think of the change that it's going to have. Think of the medical services five minutes from your home," Oviedo Mayor Dominic Persampiere said at the event. "That is what this is all about.

"Two years ago, we all stood here. **Oviedo ER** opened up and they didn't know how many patients they were going to serve. They had a number. They doubled, tripled and quadrupled that number."

CENTRAL FLORIDA FUTURE

Orlando VA center opens doors for UCF medical students

Once the new medical center opens, Donahey said it is expected to serve more than 35,000 patients in its first year.

Currently, there are 30 to 40 employees at the free-standing ER. Donahey said the new employees would mostly consist of medical professionals, but will also be working in housekeeping, food services and nursing. The average salary will be $58,000, he said.

"I'm very excited about the opportunity partnership with UCF. We haven't really explored yet exactly how that partnership will work," he said. "I know that our company has a relationship, but I look forward to building a relationship

myself, whether that be on the side of medical staff or on the side of the many professionals we're going to be working with."

-----

Veronica Brezina is a Contributing Writer for the Central Florida Future. 25 CONNECT 2 TWEETLINKEDINCOMMENTEMAILMORERead or Share this story: http://www.centralfloridafuture.com/story/news/2015/09/24/oviedo-medical-center-hospital-open-job-opportunities/72764516/

(Distributed for UWire via M2 Communications (www.m2.com))

---- Index References ----

Industry: (Critical & Intensive Care (1CR27); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39); Nursing (1NU59))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Dominic Persampiere; Veronica Brezina; Veronica BrezinaA)

Word Count: 388

---

**End of Document**

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

WESTLAW

# EXHIBIT 15

## TO THE AFFIDAVIT OF

## CATHY DROKE

**NewsRoom**

9/28/15 Orlando Sentinel D2
2015 WLNR 28786215

Orlando Sentinel
Copyright (c) 2015 Orlando Sentinel Communications

September 28, 2015

Section: CENTRAL FLORIDA BUSINESS

Acute-care hospital breaks ground

Naseem S. Miller, Staff Writer

**Oviedo Medical Center** broke ground on a 64-bed acute-care hospital, adding to the existing Oviedo ER.

Kenneth Donahey, the new CEO of the hospital, said the demographics, population growth and current use of Oviedo ER demonstrated a need for a new hospital in the area.

"And we've had tremendous support from the community," said Donahey.

The $109 million campus is expected to bring 200 jobs, with an average salary of $58,000. It is expected to pay an estimated $2.3 million in annual non-income tax and provide $23.8 million in charity care each year.

The hospital, which is part of the large HCA chain, is expected to open in the first quarter of 2017. It is expected to serve 35,000 patients in its first year.

The existing 12-bed Oviedo ER will eventually expand to 22 beds.

Contractors include Layton Construction and the architectural firm Gould Turner Group.

Institutions

Orlando Regional Medical Center has redesigned its cath lab and electrophysiology lab, as part of its ongoing $297 million redesign and renovation project. The redesign consolidates the nine new cardiac labs with 20 new preparation and recovering rooms.

The new labs also reduce radiation exposure for patients and providers during the procedures, the hospital said.

Sand Lake Imaging is participating in Shepherd's Hope's Get a Mammogram, Give a Mammogram program during the month of October.

For each new patient, the imaging center will donate a free mammogram to Shepherd's Hope, a Central Florida clinic that cares for uninsured individuals.

The program has provided 320 free mammograms since 2013.

Florida Hospital Orlando's robotic-assisted surgery program celebrated its 10,000th procedure. The program has been in place since 2004 and has expanded from one to four robots, which perform up to 25 procedures each week.

Osceola Cancer Center has been accredited by COLA, a national health-care accreditation organization. The accreditation means that the laboratories meet quality standards and demonstrate accuracy in testing.

Central Florida Family Health Center in Sanford, Healthcare Center For the Homeless in Orlando and Community Health Centers in Winter Garden are among health centers in the nation to receive Affordable Care Act funding to expand primary care services. They received $406,000, $311,000 and $433,000, respectively.

Lutheran Haven, an Oviedo independent and nursing home community, has a new Memory Care Community.

People

Marlene Linders, CEO of Philders Group International, is one of two women in the United States designated as distinguished lecturer for ASHRAE, a global society advancing human well-being through sustainable technology for the built environment. Her status has been extended for another term. She speaks about dangers of germs, superbugs and pathogens in public and health-care settings.

COLUMN: Health

---- Index References ----

Company: GOULD INVESTORS LP; HCA INC; LAYTON CONSTRUCTION CO INC

Industry: (Critical & Intensive Care (1CR27); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Philders Group International) (Kenneth C. Donahey; Kenneth Donahey)

Edition: FINAL

Word Count: 435

---

**End of Document** © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# EXHIBIT 16

## TO THE AFFIDAVIT OF

## CATHY DROKE

# NewsRoom

10/23/15 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2015 WLNR 31580151

Orlando Business Journal
http://www.acbj.com

October 23, 2015

New Oviedo hospital to bring more medical offices

Rachel Williams

The new hospital coming to Oviedo is bringing with it more medical office space for local physicians and their practices.

In an interview with Orlando Business Journal, Oviedo Medical Center CEO Kenneth Donahey said 40,000 square feet of medical office space also will be built. The 64-bed, three-story, 198,000-square-foot hospital broke ground on Sept. 24 at 8300 Red Bug Lake Road. It's slated to open in January 2017, but the medical offices should open about six months prior, Donahey said.

This can draw more physicians to Oviedo who help support the economy by bringing high-wage jobs to the area, purchase homes and other local goods and services.

Oviedo Medical Center is owned by HCA Holdings Inc. and is expected to create up to 200 new jobs and serve more than 35,000 patients in its first year . The existing **Oviedo ER**, a free-standing emergency center owned by Central Florida Regional Hospital, also is expanding from 12 beds to 20 beds.

Architecture firm Gould Turner Group of Nashville designed Oviedo Medical Center, and Layton Construction is the general contractor of both the hospital and the medical office building. For an inside look at the future hospital, see the photo gallery of renderings provided by Gould Turner Group.

For more Central Florida health care news, see here .

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- Index References ----

Company: GOULD INVESTORS LP; HCA HOLDINGS INC

Industry: (Commercial Construction (1CO15); Commercial Real Estate (1CO51); Construction (1CO11); Healthcare (1HE06); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39); Real Estate (1RE57))

WESTLAW

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Kenneth C. Donahey; Kenneth Donahey)

Word Count: 234

---

**End of Document**                                    © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# EXHIBIT 17

## TO THE AFFIDAVIT OF

## CATHY DROKE

**NewsRoom**

5/16/16 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2016 WLNR 14988499

Orlando Business Journal
http://www.acbj.com

May 16, 2016

See where Florida's 26 freestanding ERs are located

Rachel Williams

The latest trend in health care construction is quickly making its mark in Central Florida.

Freestanding emergency centers, facilities owned and operated by licensed hospitals that are not connected to a main hospital campus but offer the same comprehensive 24/7 emergency services, are on the rise in the region. Three facilities already are open in the area - **Oviedo ER** was the first - and at least six more are on the way from hospital systems like Florida Hospital, Orlando Health, Halifax Health and HCA Holdings Inc.

Statewide, the trend continues. There currently are 26 freestanding ERs established in Florida, according to the Florida Agency for Health Care Administration. Seven of these facilities opened in 2015, the year with the largest growth to date, but 2016 and even 2017 are off to a running start.

See Orlando Business Journal's cover story in the May 13 print edition for an in-depth look at the growth of these facilities in the region, and what that means for the community.

Also, see the statewide map below for a look at the name, opening date and location of these facilities, including ones that are still in the works (click on the circle to see info about that center).

Check back at OrlandoBusinessJournal.com for more health care news .

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

**---- Index References ----**

Company: HCA HOLDINGS INC; HALIFAX HEALTH CENTRE; ORLANDO HEALTH INC

Industry: (Healthcare (1HE06); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

See where Florida's 26 freestanding ERs are located, 2016 WLNR 14988499

Language: EN

Other Indexing: (See Orlando Business Journal)

Word Count: 231

---

**End of Document** © 2019 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# EXHIBIT 18

## TO THE AFFIDAVIT OF

## CATHY DROKE

**News**Room

9/20/17 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2017 WLNR 29020574

Orlando Business Journal
https://www.acbj.com

September 20, 2017

Here's where HCA plans to build new 3 freestanding ERs, 4 urgent care centers and add 100+ jobs

Veronica Brezina

HCA Healthcare's North Florida Division plans to build three new freestanding emergency departments and four new urgent care centers across Central Florida next year.

Two of the facilities will be built in Orange County near Baldwin Park and in the Millenia area, with another in Seminole County on International Parkway. Each will operate as a full-service emergency department providing 24/7 emergency care for adults and children. The locations will be about 10,000 square feet and contain approximately 11 beds, according to HCA.

HCA still is working to nail down the exact locations for the facilities and has yet to choose a general contractor.

Jake Kirchner, regional vice president for planning and development at HCA, said the exact timeline of the project still has to be determined, but he hopes construction will start on each of the facilities in 2018 and said it will take four to six months to complete each one.

"We found that freestanding ERs have been successful for the overall hospital system. The care is much quicker there and operations are more streamlined compared to hospitals depending on time of day and season of year. Typically when we are busy in the ER at hospitals, you have patients waiting to get in beds. The situation is different for freestanding ERs," Kirchner said. "Convenience is a big motivator for patients today, they look for a local health care options and the sites we are developing at are where there's a need to be closer to home for patients."

HCA's first freestanding emergency department was **Oviedo ER**, which opened at the end of 2013 and since has expanded into a $109 million, 64-bed hospital called Oviedo Medical Center.

HCA now has just one freestanding ER, which is in Hunter's Creek . It will serve as a model for the new three facilities. That 10,600-square-foot ER cost $10 million to build and created 40 jobs.

Freestanding emergency centers typically are owned and operated by licensed hospitals. The facilities are not connected to a main hospital campus but offer the same comprehensive 24/7 emergency services . The number of such facilities is on the rise in Florida, in part due to overcrowded ERs , and partly due to a desire to grow hospital system revenue.

Further, this growing trend eventually may make it easier for those hospital systems to stake a claim on being the ones to get state approval to build full hospital campuses in booming areas, which are more likely to have a higher number

WESTLAW

of privately insured residents, although these local facilities do accept Medicare and Medicaid. (See the slideshow for a look at Florida Hospital's freestanding emergency room that opened in Lake Mary last May.)

Go here to see where Florida's freestanding ERs are located.

Meanwhile, HCA also plans to open four CareNow Urgent Care centers: Sanford, Lake Mary, east Orlando on Alafaya Trail and in Winter Park. CareNow opened its first Orlando-area clinic last February, in Winter Springs.

Check OrlandoBusinessJournal.com for more hospital and health care news.

Join the conversation: Follow @OBJUpdateon Twitter, "like" us on Facebookand sign up for our free email newsletters and news alerts.

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- **Index References** ----

Company: HCA INC

Industry: (Critical & Intensive Care (1CR27); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Baldwin Park; Jake Kirchner)

Word Count: 538

---

**End of Document**                              © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# EXHIBIT 19

## TO THE AFFIDAVIT OF

## CATHY DROKE



# STOMACH PAIN?

Maybe it's just the wings.
But, what if it's not?

# Don't mess with it. Get to the Oviedo ER℠ at Oviedo Medical Center.

**Oviedo**
MEDICAL CENTER

8300 Red Bug Lake Road
Oviedo, FL 32765

Many people blame stomach pain or discomfort on indigestion – and that's often the case. But sometimes these symptoms can be caused by something far more serious. If you are experiencing abdominal pain that is severe or accompanied by other symptoms such as pressure in your chest, bleeding, nausea or vomiting, yellow skin or eyes or difficulty breathing, you may be experiencing a serious medical emergency.

The Oviedo ER℠ at Oviedo Medical Center has the staff, equipment and expertise to handle the most critical medical emergencies. And with average ER wait times that are consistently shorter than the national average, we can get you in and get you treated promptly and efficiently.

***To learn more about when you should seek emergency care for stomach pain, visit our website or call 407-871-5634.***

---

For average ER wait time, text **ER** to **32222** or visit **OviedoER.com**.

Message and data rates may apply. For more information, visit TextERHelp.com.



Located between S.R. 417 and S.R. 426 with easy access from W. Broadway Street.

# EXHIBIT 20

## TO THE AFFIDAVIT OF

## CATHY DROKE



# BAD BREAK?

Lucky for you, the emergency experts at Oviedo Medical Center are close by.



# When accidents happen, we're here for you. 24/7/365.

**Oviedo**
MEDICAL CENTER

8300 Red Bug Lake Road,
Oviedo, FL 32765

Accidents happen fast. Emergency care should, too. The Oviedo ER<sup>SM</sup> at Oviedo Medical Center has the staff, equipment and expertise to handle the most critical medical emergencies. And with average ER wait times that are consistently shorter than the national average, we can get you in and get you treated promptly and efficiently.

## For all your family's emergencies – big and small.

*To learn more about our emergency services, visit our website or call 407-871-5634.*

For average ER wait time, text **ER** to **32222** or visit **OviedoMedicalCenter.com.**

Message and data rates may apply. For more information, visit TextERHelp.com.



# EXHIBIT 21

## TO THE AFFIDAVIT OF

## CATHY DROKE





# EXHIBIT 22

## TO THE AFFIDAVIT OF

## CATHY DROKE



# Emergency Care

🏠 / Services / Emergency Care

## When you need emergency services, count on Oviedo ER^sm at Oviedo Medical Center.

← Back to Main Services

**Oviedo Medical Center**
8300 Red Bug Lake Rd
Oviedo, FL 32765
Phone: (407) 890-2273

Map & Directions

### If you think you may be experiencing a medical emergency, immediately call your doctor or 911.

When you need emergency services, count on Oviedo ER^sm at Oviedo Medical Center, where quality treatment is delivered as quickly as possible by physicians, nurses and providers who care about you. Our entire ER staff is dedicated to providing the highest level of care to you and your family.

**Text ER to 32222 for Avg ER Wait Time**

Message and data rates may apply. For more info call text help.

### Features:

- 24/7 adult and pediatric emergency care
- 22 private patient care rooms
- Diagnostic imaging including CT Scan, Ultrasound, X-Ray and MRI
- Laboratory services
- Physicians specializing in emergency medicine on site 24/7
- Nurses certified in Advanced Cardiac Life Support and Pediatric Advanced Life Support

**Patient Stories**

**Paul Rosarius**

Paul Rosarius is a busy man who didn't have time to be sick. But friends convinced him to get checke... View story

News | Locations

## News Articles

### Oviedo Medical Center awarded Advanced Certification for Primary Stroke Centers

Fri, August 2, 2019

Oviedo Medical Center announced that it has earned The Joint Commission's Gold Seal of Approval® and the American Heart Association/American Stroke Association's Heart-Check mark for...

### Oviedo Medical Center opens Baldwin Park Emergency Room

Tue, May 7, 2019

Baldwin Park ER, a department of Oviedo Medical Center, opened its doors to the public today.

Oviedo Medical Center
8300 Red Bug Lake Rd
Oviedo, FL 32765
Telephone: (407) 890-2273

**Patients & Visitors**
Classes & Events
Locations
Pay Bill Online
Pricing Information
Registration
Site Map

**Health Info**
For Physicians
For Employees
Careers
Physician Careers
Health Library
Video Library

**Follow Us**


HCA North Florida Hospitals



Copyright 1999-2019 C-HCA, Inc.; All rights reserved.

# EXHIBIT 23

## TO THE AFFIDAVIT OF

## CATHY DROKE

**From:**
**To:**         Cathy
**Cc:**         @hcahealthcare.com
**Subject:**    {EXTERNAL} ER Kudos
**Date:**       Monday, July 15, 2019 8:12:42 AM
**Attachments:** image001.png
                image002.png
                image003.png

Cathy,

   A quick note to recognize and share with you the excellent level of care the ███ family experienced, at the Oviedo ER the Sat. over the July 4th Holiday Weekend! Our youngest daughter was home from college and preparing a special breakfast for Mom & Dad. (Go figure! ) She literally cut the tip of her ring finger off and blood was flying! We compressed the wound and made *the 3 Min. drive* to Oviedo ER. Upon arrival our daughter immediately received a high level of kind and professional care. The Check-in person immediately recognized our daughter beginning to faint and secured a bed. The male ER Nurse was personable and competent. Dr. Mendez was the ultimate professional and has the very best "bedside manor" we have ever experienced!! Please share with KC and staff our gratitude.

***FYI: I should have emailed last week, but time gets away***
Best regards,



REDACTED

# EXHIBIT 24

## TO THE AFFIDAVIT OF

## CATHY DROKE





adventhealth oviedo er

🔍 All    🗺 Maps    📰 News    🖼 Images    ▶ Videos    ⋮ More          Settings    Tools

Sign in

About 12,600 results (0.45 seconds)

**AdventHealth Oviedo ER | AdventHealth**
https://www.adventhealth.com › hospital-and-emergency-rooms › adventh... ▾
That's why we're opening one of our newest freestanding emergency rooms — the **AdventHealth Oviedo ER** — in the fall of 2019. Bringing you comfort, peace of ...

**Oviedo ER · AdventHealth Careers**
https://www.adventhealthcareersgreaterorlando.com › hospitals › oviedo-er ▾
**AdventHealth Oviedo ER** will be a brand-new, freestanding facility dedicated to 24/7 care. It is our goal to provide quicker access to hospital-based ER services ...

**Florida Hospital breaks ground on ER in Oviedo - Orlando Sentinel**
https://www.orlandosentinel.com › news › orange-county › os-ne-oviedo-e... ▾
Nov 1, 2018 - The **ER** will have 24 patient rooms and diagnostic imaging equipment, including ... Florida Hospital will soon re-brand itself as **AdventHealth**.

**Florida Hospital breaks ground on Oviedo freestanding ER**
https://www.bizjournals.com › orlando › news › 2018/11/05 › florida-hos... ▾
Nov 5, 2018 - The Orlando-based nonprofit health care provider will open the 19,000-square-foot **AdventHealth Oviedo ER** by fall 2019. The facility at 8100 ...

**AdventHealth reveals more on planned Lake Nona freestanding ER**
https://www.bizjournals.com › orlando › news › 2019/02/04 › adventhealt... ▾
Feb 4, 2019 - The AdventHealth Lake Nona freestanding ER will break ground this ... the 19,000-square-foot **AdventHealth Oviedo ER** at 8100 Red Bug Lake ...

**Oviedo Medical Center: Home**
https://oviedomedicalcenter.com › ▾
**Oviedo** Medical Center provides a full range of healthcare services to east ... Baldwin Park **ER**, a department of **Oviedo** Medical Center, opened its doors to the ...

**Adventhealth Jobs, Employment in Oviedo, FL | Indeed.com**
https://www.indeed.com › q-Adventhealth-l-Oviedo,-FL-jobs ▾
The AdventHealth Oviedo Emergency Room (ER) is an extension of our AdventHealth Winter Park location. The **AdventHealth Oviedo ER** will be staffed by ...

**adventhealth oviedo er Archives - Florida Medical Office Space**
https://floridamedspace.com › tag › adventhealth-oviedo-er ▾
Florida Hospital leaders broke ground last week on an emergency department that will expand the health care system's network to better serve residents of ...

**Florida Hospital breaks ground on emergency ... - AdventHealth**
https://www.floridahospitalnews.com › florida-hospital-breaks-ground-emer... ▾
Nov 2, 2018 - The approximately 19,000-square-foot facility, which will be known as **AdventHealth Oviedo ER**, will be located at 8100 Red Bug Lake Road.

**THE BEST 10 Hospitals in Oviedo, FL - Last Updated August 2019 ...**
https://www.yelp.com › Oviedo, FL › Health & Medical › Hospitals ▾
Best Hospitals in Oviedo, FL - **AdventHealth** Winter Park, **AdventHealth** East ... Altamonte Springs, Universal Hospital Services, **AdventHealth** Lake Mary **ER**, ...

Searches related to adventhealth oviedo er

adventhealth oviedo hospital          adventhealth waterford lakes
adventhealth oviedo imaging           adventhealth waterford lakes er
oviedo medical center                 oviedo medical center staff
adventhealth careers                  oviedo hospital jobs


1  2  3  4  5  6  7  8  9  10    Next



**AdventHealth Centra Care Oviedo**

Website    Directions    Save

2.9 ★★★★★ 113 Google reviews
Urgent care center in Oviedo, Florida

**Address:** 8010 Red Bug Lake Rd, Oviedo, FL 32765
**Hours:** Closed · Opens 8AM Thu ▾
**Appointments:** centracare.org
**Phone:** (407) 200-2512

Suggest an edit

**Questions & answers**                    Ask a question
See all questions (3)

**Popular times** ⓘ                        Wednesdays ⇕



**Plan your visit**
People typically spend **30 min to 1.5 hr** here

**Reviews** ⓘ        Write a review    Add a photo

  R   "Almost no **wait**, great **service** and friendly **staff**!"

"This **place** is far more interested in making **money** than healing **people**."

R   "The **office** staff, nurse and **doctor** has always been super friendly and helpful."

View all Google reviews

**From AdventHealth Centra Care Oviedo**

"This is whole-person care. And we're coming together under one unified name to heal what hurts, ease your mind, and lift your spirit. The same doctors you know, the same care you trust, and the same level of compassion you've always felt. Soon, we'll...**More**

**People also search for**                    View 15+ more

Paramount Urgent Care - Ov...    Night Lite Pediatrics Urgent C...    First Choice Urgent C...    Affordable Care Clinics...
Urgent care center    Urgent care center    Urgent care center    Medical clinic

Feedback

● Downtown, Louisville, KY · From your Internet address · Use precise location · Learn more

Help    Send feedback    Privacy    Terms

**Google Chrome**                                         8:25:06 PM 8/28/2019