# EXHIBIT B

**BULK DATA:** Since May 7 at 12 a.m., the TSDR Application Programming Interface (API) has not included all information. Images of trademark registration certificates issued since July 2016 and some office actions are absent in the API. Customers who need to retrieve a copy of a registration certificate or an office action should download it directly from the TSDR documents tab.

**INTERMITTENT SYSTEM ISSUES:** Due to high-volume usage, you may experience intermittent issues on the Trademark Status and Document Retrieval (TSDR) system between 6 – 8 a.m. ET. Refreshing your web browser should resolve the issue. If you still need assistance accessing a document, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**    **DOCUMENTS**      **Back to Search**      Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2019-09-13 17:17:46 EDT |
| Mark: | OVIEDO ER |



| | | | |
|---|---|---|---|
| US Serial Number: | 88370236 | Application Filing Date: | Apr. 03, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |

| | | |
|---|---|---|
| TM5 Common Status Descriptor: |  | LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the been published in a way that provides an opportunity for the registration. |
| Status: | | Application has been published for opposition. The opposition period begins on the date of publication. |
| Status Date: | | Jul. 30, 2019 |
| Publication Date: | | Jul. 30, 2019 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | OVIEDO ER |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of the stylized wording "OVIEDO" above "ER," with a design of two curved lines to the le |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Disclaimer: | "ER" |
| Acquired Distinctiveness Claim: | In part |
| Distinctiveness Limitation | as to "OVIEDO ER" |

| | |
|---|---|
| Statement: | |
| Design Search Code(s): | 26.17.09 - Bands, curved; Lines, curved; Curved line(s), band(s) or bar(s); Bars, curved |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | healthcare; medical services, emergency medical services | | |
| International Class(es): | 044 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Nov. 2013 | Use in Commerce: | Nov. 2013 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | Oviedo Medical Center, LLC | | |
| Owner Address: | One Park Plaza<br>Nashville, TENNESSEE UNITED STATES 37203 | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | FLORIDA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| Attorney Name: | Julie Gregory Ray |
| Attorney Primary Email Address: | jray@middletonlaw.com |
| Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | JULIE GREGORY RAY<br>MIDDLETON REUTLINGER<br>401 S. FOURTH STREET<br>SUITE 2600<br>LOUISVILLE, KENTUCKY UNITED STATES 40202 |

| | | | |
|---|---|---|---|
| **Phone:** | 502-584-1135 | **Fax:** | 502-561-0442 |
| **Correspondent e-mail:** | jray@middletonlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 30, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 30, 2019 | PUBLISHED FOR OPPOSITION | |
| Jul. 10, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 21, 2019 | ASSIGNED TO LIE | 66121 |
| Jun. 13, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 12, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 12, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 12, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 12, 2019 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Jun. 12, 2019 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Jun. 12, 2019 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY | 73706 |
| Jun. 12, 2019 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED | 73706 |
| Jun. 11, 2019 | ASSIGNED TO EXAMINER | 73706 |
| Apr. 23, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Apr. 21, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 06, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | KON, ELISSA GARBER | **Law Office Assigned:** | LAW OFFICE 106 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Jun. 25, 2019 |

## Assignment Abstract Of Title Information

| | | | |
|---|---|---|---|
| **Summary** | | | Convey |
| **Total Assignments:** | 1 | **Applicant:** | Oviedo Medical Cente |

**Assignment 1 of 1**

## Proceedings - Click to Load

**BULK DATA:** Since May 7 at 12 a.m., the TSDR Application Programming Interface (API) has not included all information. Images of trademark registration certificates issued since July 2016 and some office actions are absent in the API. Customers who need to retrieve a copy of a registration certificate or an office action should download it directly from the TSDR documents tab.

**INTERMITTENT SYSTEM ISSUES:** Due to high-volume usage, you may experience intermittent issues on the Trademark Status and Document Retrieval (TSDR) system between 6 – 8 a.m. ET. Refreshing your web browser should resolve the issue. If you still need assistance accessing a document, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**  **DOCUMENTS**  **Back to Search**  Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2019-09-13 17:21:22 EDT |
| Mark: | OVIEDO ER |

# OVIEDO ER

| | | | |
|---|---|---|---|
| US Serial Number: | 88366385 | Application Filing Date: | Apr. 01, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |



| | |
|---|---|
| TM5 Common Status Descriptor: | LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the been published in a way that provides an opportunity for the registration. |
| Status: | Application has been published for opposition. The opposition period begins on the date of publication. |
| Status Date: | Jul. 30, 2019 |
| Publication Date: | Jul. 30, 2019 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | OVIEDO ER |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "ER" |
| Acquired Distinctiveness Claim: | In whole |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | healthcare; medical services, emergency medical services | | |
| **International Class(es):** | 044 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Nov. 2013 | **Use in Commerce:** | Nov. 2013 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Oviedo Medical Center, LLC | | |
| **Owner Address:** | One Park Plaza<br>Nashville, TENNESSEE UNITED STATES 37203 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Julie Gregory Ray | | |
| **Attorney Primary Email Address:** | jray@middletonlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | JULIE GREGORY RAY<br>MIDDLETON REUTLINGER<br>401 S. FOURTH STREET<br>SUITE 2600<br>LOUISVILLE, KENTUCKY UNITED STATES 40202 | | |
| **Phone:** | 502-584-1135 | **Fax:** | 502-561-0442 |
| **Correspondent e-mail:** | jray@middletonlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | | Proceeding Number |
|---|---|---|---|

| Jul. 30, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
|---|---|---|
| Jul. 30, 2019 | PUBLISHED FOR OPPOSITION | |
| Jul. 10, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 21, 2019 | ASSIGNED TO LIE | 70997 |
| Jun. 12, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 12, 2019 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jun. 12, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 12, 2019 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 12, 2019 | EXAMINERS AMENDMENT -WRITTEN | 73706 |
| Jun. 11, 2019 | ASSIGNED TO EXAMINER | 73706 |
| Apr. 19, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 04, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| TM Attorney: | KON, ELISSA GARBER | Law Office Assigned: | LAW OFFICE 106 |
|---|---|---|---|

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Jun. 21, 2019 |
|---|---|---|---|

## Assignment Abstract Of Title Information

**Summary**

| Total Assignments: | 1 | Applicant: | Oviedo Medical Cente |
|---|---|---|---|

Convey

**Assignment 1 of 1**

| Conveyance: | SECURITY INTEREST | | |
|---|---|---|---|
| Reel/Frame: | 6650/0309 | Pages: | 7 |
| Date Recorded: | May 21, 2019 | | |
| Supporting Documents: | assignment-tm-6650-0309.pdf | | |

**Assignor**

| Name: | OVIEDO MEDICAL CENTER, LLC | Execution Date: | May 15, 2019 |
|---|---|---|---|
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | FLORIDA |

**Assignee**

| Name: | BANK OF AMERICA, N.A. | | |
|---|---|---|---|
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | NORTH CAROLINA |
| Address: | 101 N. TRYON STREET, 15TH FLOOR<br>NC1-001-15-02<br>CHARLOTTE, NORTH CAROLINA 28255-0001 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | THOMAS D. FRANKLIN |
| **Correspondent Address:** | 1400 WEWATTA STREET, SUITE 600<br>DENVER, CO 80202 |

**Domestic Representative - Not Found**

## Proceedings - Click to Load