# EXHIBIT C

## AFFIDAVIT OF

## JANET LIVINGSTON

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>ADVENTIST HEALTH SYSTEM/SUNBELT, )<br>INC. d/b/a ADVENTHEALTH OVIEDO ER )<br>)<br>DEFENDANT. )<br>_____ ) | Case No.: 6:19-cv-01711-WWB-EJK |

\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF JANET H. LIVINGSTON

I, Janet Livingston, having been first duly sworn, do depose and state as follows:

1. I am a resident of the State of Florida, I am of legal age, and competent to make this Affidavit.

2. I have personal knowledge regarding the facts contained in this Affidavit and could testify to these facts if called as a witness.

3. I have lived in the Oviedo, Florida area for 23 years.

4. I am currently provide Physician Recruitment and Physician Relations services to both Central Florida Regional Hospital and Oviedo Medical Center. I have served in this capacity since January 2017. My role includes physician recruitment and relations for the Oviedo ER emergency care facility.

5. From September 2013, to January 2017, I served as Administrator for the emergency care facility known as "Oviedo ER".

1

6. Prior to that I worked for Orlando Health where I served as Chief Operating Officer from July 2012 to February 2013 for the Orlando Health Physician Group and the Administrator for the Pediatric Specialty Practice from January 2008 to July 2012.

7. From January 1989 through January 2008, I worked for the Arnold Palmer Hospital for Children in Orlando. I served as the Administrator for Pharmacy Services, the Congenital Heart Institute, and for Children's Services.

8. Around this same time, I served as the Administrator for Medical Transports for Orlando Regional Healthcare (1989-2004) and the Administrator for Emergency Services for the Orlando Regional Medical Center (2000-2005).

9. I hold a Master's in both Business Administration and Health Administration and am a registered nurse.

10. Prior to the opening of the Oviedo Medical Center in 2017, the facility known as Oviedo ER was owned and operated as a department of by Central Florida Regional Hospital ("CFRH"), which is currently a 221-bed acute care hospital and Level II Trauma Center serving Seminole and West Volusia counties in Florida. The Oviedo ER facility was transferred from CFRH to Oviedo Medical Center in 2017.

11. Prior to that transfer, Oviedo ER operated as a free-standing emergency department of CFRH. In 2017, Oviedo Medical Center began operating as a 64-bed acute care hospital providing a full range of healthcare services to Seminole County, as well as surrounding communities. Since 2017, Oviedo ER has operated as a department of Oviedo Medical Center, which is located at 8300 Red Bug Lake Road in Oviedo, Florida.

12. I worked exclusively at the Oviedo ER facility from 2013, when it opened, to 2017. The Oviedo ER facility has always been located at the same address on Red Bug Lake Road in Oviedo. I have always referred to the facility as "Oviedo ER".

13. Since the facility opened in November 2013, the facility has always been referred to as "Oviedo ER" and has always had a large sign outside on the building identifying it as "Oviedo ER."

14. In my role as Administrator for the Oviedo ER facility I oversaw the operations of the facility. When the facility opened in and around November 2013, it was the first emergency care and/or large scale healthcare facility in the Oviedo, Florida area. This was extremely important to the community in that prior to its opening, EMS/EMT would have to transport patients to the nearest emergency care facility which could be up to 25 to 30 minutes away.

15. One of the important aspects of my job for the Oviedo ER facility was and is my work with the people in the Oviedo community. This includes extensive community outreach and education about Oviedo ER and the services it provides. While I was the Administrator for the Oviedo ER facility, I typically attended at least 10 community outreach and education events and meetings per month on behalf of the facility. These included meetings and events throughout Oviedo and throughout Seminole and Orange counties, including at the Chamber of Commerce, Rotary Club, Kiwanis, churches, EMS/EMT stations, police stations, nursing homes, assisted living facilities and the University of Central Florida Student Health Department. I always referred to the facility as "Oviedo ER" during these community meetings.

16. In my experience, the Oviedo community associates the term "Oviedo ER" with our facility and, given the importance of the facility, has done so since it opened in 2013. I know for a fact that many members of the community specifically refer to the facility as "Oviedo ER"

3

both before and after the transfer from the CFRH to Oviedo Medical Center in 2017. Not only have I extensively heard people in the community refer to it as such, but have even seen many references online, including on Facebook postings, where individuals have made reference to the "Oviedo ER" facility.

17. I also know that the local police department and EMS/EMT refer to the facility as "Oviedo ER" and associate that term exclusively with the facility.

18. It is my understanding that AdventHealth is about to open a free-standing emergency care facility in Oviedo under the name "AdventHealth Oviedo ER". I have also seen references in marketing material put out by or on behalf of AdventHealth which advertises the soon-to-be-opened facility as simply the "Oviedo ER". This facility is going to be located on Red Bug Lake Road less than a mile from our Oviedo ER facility.

19. Based on my extensive experience in the Oviedo community, I believe that serious problems will result from AdventHealth's use of the name "Oviedo ER", either by itself or in conjunction with AdventHealth's name, in the operation of its emergency care facility located on the same street less and than a mile from our Oviedo ER facility. My primary concern is that AdventHealth's use of this exact name is going to cause confusion among not only patients and individuals in the community, but families of patients, EMS/EMT and the police department.

20. Because people in this community associate the term "Oviedo ER" with our facility, once AdventHealth opens a competing facility using the same name, I believe it is highly likely that when someone seeking medical care asks to go to "Oviedo ER" they could be taken to or go to the wrong facility. This could have serious consequences.

21. As to the patients themselves, if a patient is taken to the wrong facility, they could end up in a facility where their physician(s) of choice do not have privileges to practice.

22. In addition, if EMS/EMT providers are required to engage in clarifying discussions to discern a patient's true intention when the patient expresses a facility preference for Oveido ER, a delay in transportation – and in treatment - could result.

23. In addition, I have observed that family members of patients in emergency situations are already under a great deal of stress. This stress would be exacerbated by arrival at one emergency care facility only to find out that their family member is at the other "Oviedo ER." If both facilities operate under the same name, I anticipate that this confusion would commonly occur, increasing the stress to family members of patients.

24. And finally, there is a risk of patient dissatisfaction with our Oviedo ER facility if a patient mistakenly arrives at the AdventHealth facility, is displeased with the services provided, and never realizes that he/she was treated by AdventHealth, as opposed to Oviedo Medical Center.

25. Along these same lines, if a patient seeking care at an emergency care facility with a full service hospital on site, like the Oviedo Medical Center and the Oviedo ER, ends up at an emergency care facility without a full-service hospital on site, the patient will not have access to the full array of services they hoped to receive and may need to be transferred to a facility with full service capability.

26. I do not believe any of this would be an issue if AdventHealth would not use the "Oviedo ER" name in connection with the operation of its facility.

**FURTHER AFFIANT SAYETH NOT**

_Janet Livingston_ (signature)
Janet Livingston

Lynsey Collier-Graham
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG108384
Expires 5/25/2021

5

STATE OF FLORIDA           )
                           ) SS
COUNTY OF SEMINOLE         )

SUBSCRIBED AND SWORN to before me by Janet Livingston, this 13 day of September, 2019.

My Commission expires: 5/25/2021 .

Lynsey Collier-Graham
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG108384
Expires 5/25/2021

*Lynsey Collier-Graham*
NOTARY PUBLIC

6