# EXHIBIT D

## AFFIDAVIT OF

## LARS WHITE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>ADVENTIST HEALTH SYSTEM/SUNBELT, )<br>INC. d/b/a ADVENTHEALTH OVIEDO ER )<br>)<br>DEFENDANT. )<br>_____ ) | Case No.: 6:19-cv-01711-WWB-EJK |

\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF LARS WHITE

I, Lars White, having been first duly sworn, do depose and state as follows:

1.  I am a resident of the State of Florida, I am of legal age, and competent to make this Affidavit.

2.  I have personal knowledge regarding the facts contained in this Affidavit and could testify to these facts if called as a witness.

3.  From 2004 until 2019, I served as Fire Chief Emergency Management Director for the City of Oviedo, Florida, Fire Rescue ("the Department"). I retired from the Department in 2019.

4.  Prior to serving as Chief of the Department, I served as Division Chief within the Department from January 1998 to August, 2004. In this role I coordinated all fire and medical training, emergency management training, infectious control, served as public information officer, and was a public educator.

1

5. From January 1990 to January of 1998, I served as Battalion Chief within the Department. In my role as Battalion Chief, I served as the incident commander, trained high level Department officers, performed evaluations, investigations, developed policies and procedures, developed map books and pre-fire plans, and developed agency first hazardous materials plans.

6. Prior to serving as Battalion Chief, I served as a Lieutenant within the Department from 1986 to 1990.

7. From 1983 to 1986. I served as a Firefighter and EMT within the Department.

8. My entire professional career has been devoted to providing emergency services to the Oviedo Community.

9. I also have served on the Seminole State College Advisory Board for Fire and EMS Programs, and currently serve on the Seminole County Chapter Coordinator for A Safe Haven for Newborns-Gloria M. Silverio Foundation, have served as acting City Manager, and am past President of the Oviedo Historical Society.

10. The Department was established in 1946 with a contingent of volunteer firefighters and merged into a full time professional department in 1981. As indicated above, I have worked in the Department since 1983.

11. Among other things, the Department provides ALS emergency patient transport, fire suppression, rescue, vehicle extrication, fire prevention, as well as public education, training, emergency management and other related services in the Oviedo community and surrounding areas and further maintains responsibility over emergency disaster management in the Oviedo community. The Department is actively engaged in the Oviedo community.

12. The Department oversees all EMS/EMT activity in the Oviedo community.

13. The Department's mission statement has been and is to save lives and property by being committed to proactive public safety programs and excellence in operational performance.

14. Through my various roles within the Department and other community organizations, I am familiar with the procedures for EMS/EMT dispatch and transport of patients to emergency care facilities.

15. Through my nearly 40 years of service within the Department, I am familiar with factors that go into a patient's decision and/or the decision of EMS/EMT to transport a patient to a particular emergency care or other healthcare facility.

16. In my experience, the first consideration that goes into where a patient is transported is location. In fact, Seminole County Medical Director protocols compel that certain patients be transported to a care facility that is closest to them and/or the accident or emergency in question, depending on the situation.

17. Aside from location, however, in my experience other primary factors which may influence a patient's decision on care location include whether the particular facility offers insurance coverage and/or whether a particular physician is located at that facility.

18. The Oviedo Medical Center currently operates an emergency care facility located at 8300 Red Bug Lake Road in Oviedo, Florida. That facility goes by the name "Oviedo ER" and is known in the community as "Oviedo ER." The facility is generally known as "Oviedo ER" or the short-hand "Oviedo" within the Department, including within the EMS/EMT community.

19. This same facility has been in operation under the name "Oviedo ER" since 2013 and the emergency care facility located there has had a sign on the outside of the building saying "Oviedo ER" since that time. Since it opened in 2013, the fire/EMS providers of Seminole County have always associated the term "Oviedo ER" with that particular facility.

20. The "Oviedo ER" facility was and is important to this community for a number of reasons, including the fact that upon its opening in 2013 it was the first such facility to serve this direct geographic area. Previously, patients and/or those faced with emergency situations would be forced to travel an average of twenty miles to the nearest emergency care facility.

21. It is common in the EMS/EMT industry to shorten facility names, primarily because emergency radio dispatchers need to provide a radio identification for a particular facility so that EMS/EMT services can be effectively dispatched to and/or transport patients to an identified facility.

22. In this case, Seminole County EMS/EMT radio dispatchers, EMTs, and paramedics have traditionally referred to the Oviedo ER facility as "Oviedo ER" or "Oviedo" for short.

23. I understand that AdventHealth is opening a free-standing emergency care facility that will be located at 8100 Red Bug Lake Road in Oviedo, Florida.

24. I also understand that this facility will operate under the full name "AdventHealth Oviedo ER" and that AdventHealth often refers to itself in marketing material as "Oviedo ER."

25. In my experience, it is highly unusual for there to be two competing health care or emergency care facilities in the same geographic area, much less within a mile of each other on the same road, operating under the same names or operating using names that are virtually the same.

26. I personally believe this to be problematic for a number of reasons. First, emergency radio dispatch will need to create unique radio identifications for the two facilities as it is likely that both facilities could be referred to as "Oviedo ER" or "Oviedo" as it currently stands. If that was the case, then emergency dispatchers and emergency responders could very

4

well confuse the two entities and potentially result in emergency patient transportation to the wrong facility. The two facilities should be distinguished in order to avoid confusion.

27.   I am even more concerned about the possibility of confusion among individuals seeking emergency care who are not going through emergency services. Oftentimes people will put facility names into their GPS devices and/or in Internet searches in order to locate a particular facility – and ultimately get directions to that facility. In my opinion, it is highly likely that individuals would be confused when searching if there are two references to an "Oviedo ER" on the exact same street that come up after inputting the name into a GPS or searching the Internet. This could result in that individual ending up at the wrong facility and/or a facility different than what was intended by that person or their family.

28.   A patient may express a facility preference based on his or her insurance coverage or where his or her personal physician(s) have privileges. For these reasons, it could be problematic for the patient if the patient is transported to the wrong facility.

29.   These types of problems are especially concerning here when it is common that newly-opened, free standing emergency care facilities experience limitations on treatment and care ability as compared to full-service facilities or related facilities that have been open for a longer period of time.

30.   Further, in an emergency situation, if a patient is directed to the wrong facility, a decision will have to be made on a moment's notice as to whether that patient should be transported to the other facility and also how that patient would be transferred to the other facility if the EMS/EMT provided has already dropped the patient off. In some situations, further delay in treatment that would result from additional transportation needs could mean the difference between life or death.

31. Others within the Department and within EMS/EMT have expressed similar concerns about the possibility of confusion based on AdventHealth's new "Oviedo ER" facility.

**FURTHER AFFIANT SAYETH NOT**

*Lars White*
Lars White

|                        |        |
|------------------------|--------|
| STATE OF FLORIDA       | )      |
|                        | ) SS   |
| COUNTY OF SEMINOLE     | )      |

SUBSCRIBED AND SWORN to before me by Lars White, this 13th day of September, 2019.

Provided Proof - FL Driver's License W300524604210

My Commission expires: 5/25/2021.

Lynsey Collier-Graham
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG108364
Expires 5/25/2021

*Lynsey Collier-Graham*
NOTARY PUBLIC

6