# EXHIBIT E

## AFFIDAVIT OF
## KC DONAHEY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

### *ELECTRONICALLY FILED*

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC )<br><br>PLAINTIFF, )<br><br>v. )<br><br>ADVENTIST HEALTH SYSTEM/SUNBELT, )<br>INC. d/b/a ADVENTHEALTH OVIEDO ER )<br><br>DEFENDANT. ) | Case No.: 6:19-cv-01711-WWB-EJK |

\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF KENNETH C. DONAHEY

I, Kenneth C. Donahey, having been first duly sworn, do depose and state as follows:

1. I am a resident of the State of Florida, I am of legal age, and competent to make this Affidavit.

2. I have personal knowledge regarding the facts contained in this Affidavit and could testify to these facts if called as a witness.

3. I am currently the Chief Executive Officer of Oviedo Medical Center, LLC d/b/a the Oviedo Medical Center, ("Oviedo Medical Center"). The emergency care facility known as "Oviedo ER" is a department of Oviedo Medical Center. I have served in this capacity since September 2016. Oviedo Medical Center is the Plaintiff in the above-captioned case.

4. Prior to my employment with Oviedo Medical Center, the Oviedo ER branded facility was owned and operated as a free-standing department of Central Florida Regional Hospital, Inc. ("Central Florida Regional Hospital"), which is a corporate affiliate of Oviedo

1

Medical Center. The Oviedo ER was opened in 2013 and has continuously used the name "Oviedo ER" since 2013 without interruption.

5.      Attached to my Affidavit as collective **Exhibit 1** are true and correct copies of various fictitious name records filed with the Florida Secretary of State on behalf of both Central Florida Regional Hospital and Oviedo Medical Center, all of which are records are on file with the Florida Department of State.

6.      On January 30, 2017, Central Florida Regional Hospital conveyed the Oviedo ER branded facility and assets (including all associated goodwill), which included the intellectual property rights in and to the trade name/service mark OVIEDO ER, to Oviedo Medical Center.

7.      Attached to my Affidavit as **Exhibit 2** is a true and correct copy of the Quitclaim Deed dated January 30, 2017 conveying title to Oviedo Medical Center, LLC from Central Florida Regional Hospital, Inc. to the real property associated with the Oviedo ER facility.

8.      Attached to my Affidavit as **Exhibit 3** is a true and correct copy of the Bill of Sale, effective January 30, 2017, from Central Florida Regional Hospital to Oviedo Medical Center for the Oviedo ER facility and all associated assets.

9.      Attached to my Affidavit as **Exhibit 4** is a true and correct copy of the *Nunc Pro Tunc* Assignment of Intellectual Property Rights executed on behalf of Central Florida Regional Hospital which transferred all intellectual property rights associated with the Oviedo ER facility to Oviedo Medical Center, effective January 30, 2017.

10.     Following Oviedo Medical Center's acquisition of the Oviedo ER branded facility from Central Florida Regional Hospital, the facility continued to operate under the "Oviedo ER" name.

11.     Even after the opening of the full-service Oviedo Medical Center in 2017, the majority of the patients treated at the full service hospital originated from the Oviedo ER branded facility.

12.     Since it opened in 2013, the Oviedo ER facility has served over 135,000 patients.

13.     In the fall of 2018, I recall seeing an invitation sent out by AdventHealth announcing the groundbreaking of a new planned free-standing emergency care facility under the name "Florida Hospital Oviedo ER." A true and correct copy of this invitation is attached to my Affidavit as **Exhibit 5**.

14.     I recall that the above referenced groundbreaking took place on or about November 1, 2018, on property located on Red Bug Lake Road about a mile from the already existing Oviedo ER facility.

15.     AdventHealth's Oviedo ER facility, once opened, will directly compete with our Oviedo ER facility.

16.     On or about November 5, 2018, the media reported the groundbreaking and I recall seeing an article in the Orlando Business Journal which referred to AdventHealth's upcoming facility as "Oviedo ER" and later referenced our "Oviedo ER" branded facility. A true and correct copy of this November 5, 2018 article from the Orlando Business Journal is attached to my Affidavit as **Exhibit 6**.

17.     Since AdventHealth announced the opening of its "Oviedo ER" facility, I have seen AdventHealth reference its facility as simply "Oviedo ER" in its advertising and promotional material. Attached to my Affidavit as **Exhibit 7** is a true and correct copy of screenshots taken from AdventHealth's website prior to  the filing of the Complaint in the above captioned case. These screenshots show AdventHealth's use of the exact term "Oviedo ER."

18.     I also recall seeing AdventHealth post material on its website for the recruitment of new employees for its facility where it represented itself as "Oviedo ER". A true and correct copy of a website screenshot taken prior to the filing of the Complaint in the above captioned action is attached to my Affidavit as **Exhibit 8**.

19.     Being concerned about the possibility of confusion associated with AdventHealth's use of the exact term "Oviedo ER", Oviedo Medical Center instructed its attorneys to send a cease and desist letter to AdventHealth. Attached to my Affidavit as **Exhibit 9** is a true and correct copy of the first cease and desist letter sent to AdventHealth dated November 16, 2018.

20.     Attorneys for AdventHealth responded to the cease and desist letter by letter dated December 6, 2018. A true and correct copy of this response letter is attached to my Affidavit as **Exhibit 10**.

21.     Because of AdventHealth's refusal to comply with Oviedo Medical Center's requests, counsel for Oviedo Medical Center sent a follow up letter to counsel for AdventHealth on January 2, 2019. A true and correct copy of this letter is attached to this Affidavit as **Exhibit 11**.

22.     Oviedo Medical Center did not receive a response to the January 2 letter and, as a result, another letter was sent to AdventHealth by counsel on April 17, 2019. A true and correct copy of this letter is attached to this Affidavit as **Exhibit 12**.

23.     Despite all of the objections sent to AdventHealth by Oviedo Medical Center's counsel, I learned that on or around May 30, 2019, AdventHealth had erected a sign outside of its under-construction facility which showed the use of the term "AdventHealth Oviedo ER". A true and correct copy of a photograph showing this sign is attached to my Affidavit as **Exhibit 13**.

24.     On June 6, 2019, I attended a luncheon sponsored by the Oviedo Winter Springs Regional Chamber of Commerce and at this luncheon AdventHealth's CEO, Jennifer Wandersleben, referred to the AdventHealth facility as "our Oviedo ER" when she was speaking to the entire audience.

25.     I recall seeing a June 13, 2019, Orlando Business Journal article referencing the new AdventHealth Oviedo ER facility and the article featured a picture of Oviedo Medical Center's "Oviedo ER" branded facility.  A true and correct copy of this article and associated picture is attached to my Affidavit as **Exhibit 14**.

26.     I later came to learn that on June 24, 2019, AdventHealth registered the domain name "workatoviedoer.com".  This demonstrated to me that AdventHealth intended to use the "Oviedo ER" mark despite our efforts to resolve this dispute amicably and despite AdventHealth's receiving notice of our objections and concerns related to AdventHealth's use of our name. It was at this point that I realized we would have to take further action.

27.     I had previously understood that AdventHealth intended to open its facility in November 2019. I recently learned that AdventHealth had announced instead that they intended to open the facility on October 6, 2019.

28.     I am very concerned about the confusion that would be caused by AdventHealth opening a free-standing emergency care facility that is also named "Oviedo ER".   The confusion will only be exacerbated by the fact that the new AdventHealth facility is located on the same street as our "Oviedo ER" and is less than a mile away.

29.     I am concerned and believe that this will result in confusion for patients, for their family members, for first responders and for the community at large. Patients and family members needing emergency room services are already in a very stressful situation.  That stress would only

be exacerbated by unintentionally arriving for treatment at a facility that is not the one they intended to visit.

30.     Exhibits 2, 3, 4, 9, 10, 11, and 12 to my Affidavit are all copies of records kept in the ordinary course of business for Oviedo Medical Center.

**FURTHER AFFIANT SAYETH NOT**

_____
Kenneth C. Donahey

STATE OF FLORIDA             )
                             ) SS
COUNTY OF SEMINOLE           )

SUBSCRIBED AND SWORN to before me by Kenneth C. Donahey, this 13 day of September, 2019.

My Commission expires: 5\25\2021            .

Lynsey Collier-Graham
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG108384
Expires 5/25/2021

_____
NOTARY PUBLIC

# EXHIBIT 1

## TO THE AFFIDAVIT OF

## KC DONAHEY



DIVISION of
CORPORATIONS
*an official State of Florida website*

Previous on List     Next on List     Return to List

**No Filing History**

Fictitious Name Search

Submit

---

# Fictitious Name Detail

### Fictitious Name

OVIEDO ER

### Filing Information

| | |
|---|---|
| **Registration Number** | G13000092978 |
| **Status** | EXPIRED |
| **Filed Date** | 09/19/2013 |
| **Expiration Date** | 12/31/2018 |
| **Current Owners** | 1 |
| **County** | SEMINOLE |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | NONE |

### Mailing Address

ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN 37203

### Owner Information

CENTRAL FLORIDA REGIONAL HOSPITAL, INC.
ONE PARK PLAZA
NASHVILLE, TN 37203
**FEI/EIN Number:** 59-1978725
**Document Number:** 654305

### Document Images

09/19/2013 -- Fictitious Name Filing     View image in PDF format

---

Previous on List     Next on List     Return to List

Fictitious Name Search

**No Filing History**

Submit

## APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G13000092978

**Fictitious Name to be Registered:**  OVIEDO ER

**Mailing Address of Business:**       ONE PARK PLAZA
                                       LEGAL DEPT.
                                       NASHVILLE, TN 37203

**Florida County of Principal Place of Business:** SEMINOLE

**FEI Number:**

**Owner(s) of Fictitious Name:**

    CENTRAL FLORIDA REGIONAL HOSPITAL, INC.
    ONE PARK PLAZA
    NASHVILLE, TN 37203    US
    Florida Document Number: 654305
    FEI Number: 59-1978725

**FILED
Sep 19, 2013
Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

NATALIE H. CLINE, VICE PRESIDENT & SEC.                    09/19/2013
Electronic Signature(s)                                    Date

**Certificate of Status Requested ( )        Certified Copy Requested ( )**



Previous on List     Next on List     Return to List

No Filing History

Fictitious Name Search

Submit

---

# Fictitious Name Detail

### Fictitious Name

OVIEDO ER

### Filing Information

| | |
|---|---|
| **Registration Number** | G17000019343 |
| **Status** | ACTIVE |
| **Filed Date** | 02/22/2017 |
| **Expiration Date** | 12/31/2022 |
| **Current Owners** | 1 |
| **County** | SEMINOLE |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | NONE |

### Mailing Address

ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN 37203

### Owner Information

OVIEDO MEDICAL CENTER, LLC
ONE PARK PLAZA
NASHVILLE, TN 37203
**FEI/EIN Number:** 46-4660005
**Document Number:** L14000015505

### Document Images

02/22/2017 -- Fictitious Name Filing     View image in PDF format

---

Previous on List     Next on List     Return to List

No Filing History

Fictitious Name Search

Submit

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G17000019343

**Fictitious Name to be Registered:** OVIEDO ER

**Mailing Address of Business:**  ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN  37203

**Florida County of Principal Place of Business:** SEMINOLE

**FEI Number:**

**Owner(s) of Fictitious Name:**

OVIEDO MEDICAL CENTER, LLC
ONE PARK PLAZA
NASHVILLE, TN  37203    US
Florida Document Number: L14000015505
FEI Number: 46-4660005

**FILED**
**Feb 22, 2017**
**Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

NATALIE H. CLINE, VICE PRESIDENT & SEC.                        02/22/2017
Electronic Signature(s)                                                              Date

**Certificate of Status Requested ( )**          **Certified Copy Requested (X)**



*Sunbiz*.org DIVISION of CORPORATIONS
*an official State of Florida website*

Previous on List    Next on List    Return to List

**No Filing History**

Fictitious Name Search

Submit

# Fictitious Name Detail

### Fictitious Name

OVIEDO ER, A DEPARTMENT OF CENTRAL FLORIDA REGIONAL HOSPITAL

### Filing Information

**Registration Number** G13000096905
**Status**              EXPIRED
**Filed Date**          10/01/2013
**Expiration Date**     12/31/2018
**Current Owners**      1
**County**              SEMINOLE
**Total Pages**         1
**Events Filed**        NONE
**FEI/EIN Number**      NONE

### Mailing Address

ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN 37203

### Owner Information

CENTRAL FLORIDA REGIONAL HOSPITAL, INC.
ONE PARK PLAZA
NASHVILLE, TN 37203
**FEI/EIN Number: 59-1978725**
**Document Number: 654305**

### Document Images

10/01/2013 -- Fictitious Name Filing    View image in PDF format

Previous on List    Next on List    Return to List

**No Filing History**

Fictitious Name Search

Submit

Florida Department of State, Division of Corporations

## APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

### REGISTRATION# G13000096905

**Fictitious Name to be Registered:** OVIEDO ER, A DEPARTMENT OF CENTRAL FLORIDA REGIONAL HOSPITAL

**Mailing Address of Business:**   ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN 37203

**Florida County of Principal Place of Business:** SEMINOLE

**FEI Number:**

**FILED
Oct 01, 2013
Secretary of State**

**Owner(s) of Fictitious Name:**

CENTRAL FLORIDA REGIONAL HOSPITAL, INC.
ONE PARK PLAZA
NASHVILLE, TN  37203    US
Florida Document Number: 654305
FEI Number: 59-1978725

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

NATALIE H. CLINE, VICE PRESIDENT & SEC.                          10/01/2013
Electronic Signature(s)                                                                      Date

**Certificate of Status Requested ( )**          **Certified Copy Requested ( )**



Previous on List    Next on List    Return to List

**No Filing History**

Fictitious Name Search

Submit

# Fictitious Name Detail

### Fictitious Name

OVIEDO ER CLINICAL LABORATORY

### Filing Information

| | |
|---|---|
| **Registration Number** | G13000102295 |
| **Status** | EXPIRED |
| **Filed Date** | 10/16/2013 |
| **Expiration Date** | 12/31/2018 |
| **Current Owners** | 1 |
| **County** | SEMINOLE |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | NONE |

### Mailing Address

ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN 37203

### Owner Information

CENTRAL FLORIDA REGIONAL HOSPITAL, INC.
ONE PARK PLAZA
NASHVILLE, TN 37203
**FEI/EIN Number:** 59-1978725
**Document Number:** 654305

### Document Images

10/16/2013 -- Fictitious Name Filing    View image in PDF format

Previous on List    Next on List    Return to List

**No Filing History**

Fictitious Name Search

Submit

Florida Department of State, Division of Corporations

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G13000102295

**Fictitious Name to be Registered:**  OVIEDO ER CLINICAL LABORATORY

**Mailing Address of Business:**   ONE PARK PLAZA
LEGAL DEPT.
NASHVILLE, TN  37203

**Florida County of Principal Place of Business:** SEMINOLE

**FEI Number:**

**Owner(s) of Fictitious Name:**

CENTRAL FLORIDA REGIONAL HOSPITAL, INC.
ONE PARK PLAZA
NASHVILLE, TN  37203    US
Florida Document Number: 654305
FEI Number: 59-1978725

**FILED**
**Oct 16, 2013**
**Secretary of State**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

NATALIE H. CLINE, VICE PRESIDENT & SEC.                    10/16/2013
Electronic Signature(s)                                                          Date

**Certificate of Status Requested ( )**          **Certified Copy Requested ( )**

# EXHIBIT 2

## TO THE AFFIDAVIT OF

## KC DONAHEY

Prepared By and Return to:

Carla F. Fenswick, Esq.
Waller Lansden Dortch & Davis, LLP
511 Union St., Suite 2700
Nashville, TN 37219

GRANT MALOY, SEMINOLE COUNTY
CLERK OF CIRCUIT COURT & COMPTROLLER
BK 8876 Pgs 563-567 (5Pgs)
CLERK'S # 2017025207
RECORDED 03/13/2017 09:53:40 AM
DEID DOC TAX $0.70
RECORDING FEES $44.00
RECORDED BY hdevore

## QUITCLAIM DEED

THIS QUITCLAIM DEED, made the 30th day of January, 2017, by **CENTRAL FLORIDA REGIONAL HOSPITAL, INC.**, a Florida corporation ("Grantor"), whose address is c/o HCA, One Park Plaza, Nashville, Tennessee 37203, to **OVIEDO MEDICAL CENTER, LLC**, a Florida limited liability company (hereinafter called "Grantee"), whose address is c/o HCA, One Park Plaza, Nashville, Tennessee 37203.

## W I T N E S S E T H:

That the Grantor, for Ten ($10.00) and 00/100 Dollars and other good and valuable consideration the Grantee, does hereby grant, bargain, sell, quitclaim and convey unto the Grantee and Grantee's successors and assigns, all the right, title and interest the Grantor has, or may have, in and to the following described real property in Seminole County, Florida:

> See Exhibit A attached hereto and incorporated herein by reference for the description of the real property conveyed herein (the "Property").

TOGETHER with all the tenements, hereditaments, and appurtenances thereto.

TO HAVE AND TO HOLD the same unto Grantee and Grantee's successors and assigns.

This Deed is without warranty of title, express, implied or statutory.

This conveyance is made subject to all restrictions, reservations and easements of record and to applicable zoning ordinances, matters appearing on any recorded plat of the land, and taxes for the current year.

4837-2763-7316.1

IN WITNESS WHEREOF, the Grantor has executed this deed the day and year first above-written.

Signed, sealed and delivered
in the presence of:

GRANTOR:
CENTRAL FLORIDA REGIONAL
HOSPITAL, INC., a Florida
corporation

Print Name: _Helen W. Cook_

Nicholas L. Paul
Vice President

Print Name: _Rebecca Carey_

STATE OF TENNESSEE
COUNTY OF DAVIDSON

The foregoing instrument was acknowledged before me this _30th_ day of _January_, 2017, by Nicholas L. Paul, the Vice President of Central Florida Regional Hospital, Inc., a Florida corporation, on behalf of said corporation.

Print Name: _Helen W. Cook_

(Notary Public)

My Commission Expires:
_March 6, 2018_

(AFFIX NOTARY SEAL)

## **EXHIBIT A**

A PARCEL OF LAND LYING IN SECTION 16 AND SECTION 17, TOWNSHIP 21 SOUTH, RANGE 31 EAST, SEMINOLE COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCEL 1

COMMENCE AT THE SOUTHWEST CORNER OF SAID SECTION 16; THENCE ALONG THE SOUTH LINE OF SAID SECTION 16, NORTH 89°32'44" EAST, 727.51 FEET; THENCE LEAVING SAID SOUTH LINE, NORTH 00°27'16" WEST, 133.75 FEET TO THE INTERSECTION OF THE NORTH RIGHT-OF-WAY LINE OF RED BUG LAKE ROAD AND THE NORTHWEST RIGHT-OF-WAY LINE FOR THE BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND OF THE STATE OF FLORIDA OVIEDO-SPRING HAMMOCK TRAIL, AND THE POINT OF BEGINNING; THENCE ALONG SAID NORTH LINE AND FROM SAID POINT OF BEGINNING FOR 2 COURSES: NORTH 79°20'52" WEST, 204.01 FEET; NORTH 56°05'33" WEST,   56.29 FEET TO THE INTERSECTION OF SAID NORTH RIGHT-OF-WAY AND THE NORTHEAST RIGHT-OF-WAY OF LIGHTWOOD KNOT CANAL; THENCE ALONG SAID NORTHEAST CANAL RIGHT-OF-WAY FOR 3 COURSES: NORTH 51°28'42" WEST, 240.58 FEET; NORTH 53°27'54" WEST, 223.63 FEET; NORTH 52°15'25" WEST, 288.37 FEET; THENCE LEAVING SAID NORTH CANAL RIGHT-OF-WAY LINE, SOUTH 89°40'46" WEST, 453.53 FEET TO THE EAST RIGHT-OF-WAY LINE OF A LIMITED ACCESS  ROAD, STATE ROAD 417 (SEMINOLE COUNTY EXPRESSWAY); THENCE ALONG SAID EAST RIGHT-OF-WAY FOR 7 COURSES: NORTH 02°08'54" EAST, 157.86 FEET; NORTH 10°34'14" EAST, 308.38 FEET; NORTH 18°24'01" EAST, 902.33 FEET; NORTH 07°55'25" EAST, 102.61 FEET; NORTH 23°17'50" WEST, 36.86 FEET; NORTH 19°43'50" EAST, 130.00 FEET; SOUTH 70°16'10" EAST, 150.49 FEET; THENCE LEAVING SAID EAST RIGHT-OF-WAY, SOUTH 00°59'23" EAST, 180.75 FEET; THENCE NORTH 89°48'59" EAST, 255.04 FEET; THENCE SOUTH 00°43'46" EAST, 155.14 FEET, THEN SOUTH 40°24' 25" EAST, 303.52 FEET; THENCE SOUTH 89°58' 03" EAST, 35.95 FEET, TO THE WEST RIGHT-OF-WAY LINE OF NEWLY DEDICATED OVIEDO MEDICAL DRIVE;  THENCE ALONG SAID WEST RIGHT-OF-WAY, SOUTH 00°57'03" EAST, 299.96 FEET, TO THE INTERSECTION OF SAID WEST RIGHT-OF-WAY AND THE SOUTH RIGHT-OF-WAY OF PRATT PLACE; THENCE LEAVING SAID WEST RIGHT-OF-WAY AND ALONG SAID SOUTH RIGHT-OF-WAY,   NORTH   89°48'48"   EAST,   780.72   FEET,   TO   THE INTERSECTION OF SAID SOUTH RIGHT-OF-WAY AND THE NORTHWEST RIGHT-OF-WAY LINE FOR THE BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND OF THE STATE OF FLORIDA OVIEDO-SPRING HAMMOCK TRAIL LYING ON A NON-TANGENT CURVE; THENCE ALONG SAID NORTHWEST RIGHT-OF-WAY FOR 2 COURSES: ALONG SAID CURVE TO THE RIGHT, CONCAVE TO THE NORTHWEST, HAVING A RADIUS OF 1,477.57 FEET, ARC LENGTH OF 74.56, AND DELTA ANGLE OF 002°53'28",

(CHORD = S 24°47'36" W, 74.55') TO A NON-TANGENT LINE; LEAVING SAID CURVE AND ALONG SAID NON-TANGENT LINE, SOUTH 23°20'52" WEST, 1218.77 FEET, TO THE POINT OF BEGINNING.
CONTAINING 43.43 ACRES MORE OR LESS

AND

PARCEL 2

COMMENCE AT THE SOUTHWEST CORNER OF SAID SECTION 16; THENCE ALONG THE SOUTH LINE OF SAID SECTION 16, NORTH 89°32'44" EAST, 807.98 FEET; THENCE LEAVING SAID SOUTH LINE, NORTH 00°27'16" WEST, 117.95 FEET TO AN INTERSECTION OF THE NORTH RIGHT-OF-WAY LINE FOR RED BUG LAKE ROAD AND THE SOUTHEAST RIGHT-OF-WAY LINE FOR THE BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND OF THE STATE OF FLORIDA OVIEDO-SPRING HAMMOCK TRAIL, AND THE POINT OF BEGINNING; THENCE ALONG SAID SOUTHWEST RIGHT-OF-WAY AND FROM SAID POINT OF BEGINNING, NORTH 23°20'52" EAST, 739.51 FEET; THENCE LEAVING SAID SOUTHEAST RIGHT-OF-WAY LINE, SOUTH 66°33'05" EAST, 48.09 FEET; THENCE SOUTH 67°32'46" EAST, 23.60 FEET; THENCE SOUTH 67°10'29" EAST, 193.24 FEET, TO THE NORTHWEST RIGHT-OF-WAY LINE FOR STATE ROAD 426 (ALOMA AVENUE); THENCE ALONG SAID NORTHWEST RIGHT-OF-WAY LINE FOUR 5 COURSES: SOUTH 24°31'43" WEST, 170.78 FEET; SOUTH 40°07'30" WEST, 48.88 FEET, TO A NON-TANGENT CURVE; ALONG SAID CURVE TO THE RIGHT, CONCAVE TO THE NORTHWEST, HAVING A RADIUS OF 1,836.43 FEET, ARC LENGTH OF 269.89, AND DELTA ANGLE OF 008°25'14", (CHORD = S 31°13'50" W, 269.65) TO A NON-TANGENT LINE; LEAVING SAID CURVE AND ALONG SAID NON-TANGENT LINE, SOUTH 39°11'03" WEST, 119.74 FEET; SOUTH 56°07'17" WEST, 141.48 FEET, TO THE INTERSECTION OF SAID NORTHWEST RIGHT-OF-WAY LINE FOR STATE ROAD 426 (ALOMA AVENUE) AND THE NORTH RIGHT-OF-WAY OF RED BUG LAKE ROAD; THENCE ALONG SAID NORTH RIGHT-OF-WAY LINE, NORTH 79°20'52" WEST, 103.58 FEET TO THE POINT OF BEGINNING.
CONTAINING 3.64 ACRES MORE OR LESS.

AND

PARCEL 3

COMMENCE AT THE SOUTHWEST CORNER OF SAID SECTION 16; THENCE ALONG THE WEST LINE OF SAID SECTION 16, NORTH 00°59'23" WEST, 290.66 FEET; THENCE LEAVING SAID WEST LINE, NORTH 89°00'37" EAST, 70.00 FEET TO THE NORTH RIGHT-OF-WAY LINE OF RED BUG LAKE ROAD AND  POINT OF BEGINNING; THENCE LEAVING SAID NORTH RIGHT-OF-WAY LINE AND FROM SAID POINT OF BEGINNING, NORTH 00°59'23" WEST, 205.38 FEET TO THE SOUTHWEST RIGHT-OF-WAY LINE OF LIGHTWOOD

KNOT CANAL; THENCE ALONG SAID SOUTHWEST RIGHT-OF-WAY LINE FOR 5 COURSES: SOUTH 52°42'21" EAST, 35.27 FEET; SOUTH 55°34'27" EAST, 85.15 FEET;  SOUTH 49°55'01" EAST, 100.08 FEET;  SOUTH 54°08'03" EAST, 99.87 FEET; SOUTH 50°07'15" EAST, 19.36 FEET, TO THE INTERSECTION OF SAID SOUTHWEST RIGHT-OF-WAY AND THE NORTH RIGHT-OF-WAY LINE FOR RED BUG LAKE ROAD; THENCE LEAVING SAID SOUTHWEST RIGHT-OF-WAY AND ALONG SAID NORTH RIGHT-OF-WAY FOR 4 COURSES: SOUTH 00°56'38" EAST, 79.86 FEET, TO A NON-TANGENT CURVE; ALONG SAID CURVE TO THE LEFT, CONCAVE TO THE SOUTH HAVING A RADIUS OF 11,529.16 FEET, ARC DISTANCE OF 148.35, AND DELTA ANGLE OF 000°44'14" (CHORD = N 80°19'30" W, 148.35') TO A NON-TANGENT LINE; LEAVING SAID CURVE AND ALONG SAID NON-TANGENT LINE, NORTH 09°18'23" EAST, 30.00 FEET; NORTH 78°56'04" WEST, 129.45 FEET TO THE POINT OF BEGINNING.

CONTAINING 0.89 ACRES MORE OR LESS.

# EXHIBIT 3

## TO THE AFFIDAVIT OF

## KC DONAHEY

**BILL OF SALE**

**THIS BILL OF SALE**, is made by **CENTRAL FLORIDA REGIONAL HOSPITAL, INC.**, a Florida corporation (**"*Grantor*"**), and given to **OVIEDO MEDICAL CENTER, LLC**, a Florida limited liability company (**"*Grantee*"**), in connection with that certain Quitclaim Deed dated January 30, 2017 (**"*Effective Date*"**), recorded in Book 8876, Page 563 of the records of the Clerk of the Circuit Court & Comptroller of Seminole County, Florida, by and between Grantor and Grantee (**"*Quitclaim Deed*"**) for conveyance of the Property (as defined in the Quitclaim Deed).

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor grants, bargains, sells, transfers, conveys, assigns and delivers to Grantee, all of Grantor's right, title and interest in and to the business known as OVIEDO ER at the Property (the "Business") and all intangible rights and property used in connection with the Business, including, without limitation, all copyrights, trademarks, service marks, trade logos, and other marks and trade or business names of such Business together with the goodwill associated therewith (collectively, the "***Intellectual Property Rights***").

Grantor grants, bargains, sells, transfers and delivers the Intangible Personal Property in its "AS IS" condition, WITH ALL FAULTS, IF ANY, and makes no representations or warranties, direct or indirect, oral or written, express or implied, as to title, encumbrances and liens, merchantability, condition or fitness for a particular purpose or any other warranty of any kind, all of which representations and warranties are expressly hereby disclaimed and denied, and the Intangible Personal Property conveyed from Grantor to Grantee shall be without recourse to Grantor.

To have and to hold the Intangible Personal Property to Grantee, its successors and assigns, forever. Grantor has caused this Bill of Sale to be executed as of the date set forth below and is effective as of the Effective Date.

**GRANTOR:**

**CENTRAL FLORIDA REGIONAL HOSPITAL, INC.**,
a Florida corporation

By: _____

Nicholas L. Paul, Vice President

Date: _____8/21_____, 2019

# EXHIBIT 4

## TO THE AFFIDAVIT OF

## KC DONAHEY

## NUNC PRO TUNC ASSIGNMENT OF INTELLECTUAL PROPERTY RIGHTS

THIS **NUNC PRO TUNC ASSIGNMENT OF INTELLECTUAL PROPERTY RIGHTS** (this "**Assignment**") effective as of January 30, 2017, is between **Central Florida Regional Hospital, Inc.**, a corporation organized under the laws of the State of Florida, with an address of One Park Plaza, Nashville, Tennessee 37203 ("Assignor"), and **Oviedo Medical Center, LLC**, a limited liability company organized under the laws of the State of Florida, with an address of One Park Plaza, Nashville, Tennessee 37203 ("Assignee"). The Assignor and Assignee may be referred to in this Assignment individually as a "**Party**" and, collectively, as the "**Parties**."

### *** RECITALS ***

WHEREAS, up to and including January 30, 2017, Assignor was the owner of the free-standing emergency room facility doing business as OVIEDO ER, located at 8300 Red Bug Lake Road, Oviedo, Florida 32765;

WHEREAS, up to and including January 30, 2017, Assignor was the sole owner of all trade name rights, trademark/service mark rights, and copyright rights (collectively, the "Intellectual Property Rights") in and to the name and mark OVIEDO ER as listed on Schedule A attached hereto (collectively, the "Marks") together with the goodwill of the business associated therewith, and was using the Marks in connection with healthcare services, medical services, and emergency medical services (all collectively, the "Services") up to and including the aforementioned date;

WHEREAS, pursuant to the Quitclaim Deed by and between the Parties dated January 30, 2017, Assignor conveyed all right, title and interest in and to the real property associated with Oviedo ER located at 8300 Red Bug Lake Road, Oviedo, Florida 32765, along with tenements, hereditaments, and appurtenances thereto, to Assignee (the "Quitclaim Deed");

WHEREAS, pursuant to the Bill of Sale by and between the Parties dated August 21, 2019, with an Effective Date of January 30, 2017 (the "Bill of Sale"), Assignor conveyed all right, title and interest in and to the business known as OVIEDO ER to Assignee, including without limitation, all copyrights, trademarks, service marks, trade logos, and other marks and trade or business names of such Business together with the goodwill associated therewith ("Intellectual Property Rights");

WHEREAS, in addition to the Quitclaim Deed and the Bill of Sale, the Parties desire to now effectuate and memorialize the terms of the prior assignment of the Intellectual Property Rights in and to the Marks from Assignor to Assignee by virtue of the *nunc pro tunc* Assignment herein;

NOW, THEREFORE, in consideration of one dollar (U.S. $1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby evidence its assignment unto Assignee of the Intellectual Property Rights in and to the Marks, as set forth below:

1. Trademark Assignment. Assignor irrevocably assigns, transfers, conveys, and delivers to the Assignee, its successors, and permitted assigns forever and exclusively throughout the world, any and all of the Assignor's right, title and interest, in and to the Marks, together with the goodwill of the business symbolized thereby, all of the foregoing effective as of January 30, 2017, including but not limited to the right to sue for and collect on all claims for damages by reason of past, present or future infringement, misappropriation, dilution, or other violation of the Marks and all rights to apply for, revive, and maintain all registrations, renewals, and extensions thereof.

2. Copyright Assignment. Assignor irrevocably assigns, transfers, conveys, and delivers to the Assignee, its successors, and permitted assigns forever and exclusively throughout the world, any and all of the Assignor's copyright rights in and to the Marks, all of the foregoing effective as of January 30, 2017, including but not limited to the right to sue for and collect on all claims for damages arising out of or related to the rights in and to the assigned copyrights, whether arising in the past, present, or future, and all rights to register and maintain said copyright rights.

3. Derivative Works. The Assignment gives Assignee the perpetual, irrevocable, exclusive, unrestricted, and worldwide right to use, copy, modify, transmit, sell, exploit, create derivative works from, distribute, and/or publicly publish, or display the Marks, in whole or in part, in any manner, medium, or format, now known or hereafter devised, for any purpose. Assignor waives the right to inspect or approve any changes or editions to the Marks, or to any derivations or derivative works of the Marks, and acknowledges that Assignee has the sole right to change and/or use the Marks in any way, shape or form, for whatever purpose, and in any manner, medium or format, whether now known or hereafter devised.

4. Further Actions. Each Party will, at its own expense, execute, acknowledge and deliver or cause to be executed, acknowledged and delivered, all such further acts, deeds, assignments, transfers, conveyances, powers of attorney, assurances and such other action as such other Party may reasonably request to more effectively consummate the transaction contemplated by this Assignment.

5. Governing Law. This Assignment shall be governed by and construed in accordance with all applicable federal laws and the law of the State of Florida.

SPACE INTENTIONALLY LEFT BLANK

2

**IN WITNESS WHEREOF,** the Assignor hereby executes this Nunc Pro Tunc Assignment of Intellectual Property Rights as set forth below.

**ASSIGNOR:**

Central Florida Regional Hospital, Inc.

By: _Nicholas L. Paul_

Name:  Nicholas L. Paul

Title:  Vice President

Dated: _August 21_ , 2019

3

## <u>SCHEDULE A</u>

**Trade Name:**                    OVIEDO ER

**Trademark/Service Mark**         OVIEDO ER

**Logo:**



# EXHIBIT 5

## TO THE AFFIDAVIT OF

## KC DONAHEY



**WHEN:** Thursday, November 1, 2018 at 10 am

**WHERE:** 8100 Red Bug Lake Rd, Oviedo, FL

### *Light refreshments will be served.*

Preview the expanded services coming to the
Oviedo community!

### *Parking available on site.*

*Please remember this is an active construction site
and appropriate footwear is recommended.*

 

Florida Hospital will soon be AdventHealth.

# EXHIBIT 6

## TO THE AFFIDAVIT OF

## KC DONAHEY

Florida Hospital breaks ground on Oviedo freestanding ER, 2018 WLNR 34347443

**NewsRoom**

11/5/18 Orlando Bus. J. (Fla.) (Pg. Unavail. Online)
2018 WLNR 34347443

Orlando Business Journal
https://www.acbj.com

November 5, 2018

Florida Hospital breaks ground on Oviedo freestanding ER

Ryan Lynch

Florida Hospital has broken ground on its new freestanding emergency department in Oviedo.

The Orlando-based nonprofit health care provider will open the 19,000-square-foot **AdventHealth Oviedo** ER by fall 2019. The facility at 8100 Red Bug Lake Road will include two kid-friendly patient rooms, imaging technology like X-ray, CT scan and ultrasound equipment, as well as a medical laboratory.

"We are excited to add this ER to our growing network of care," Jennifer Wandersleben, CEO of Florida Hospital's Winter Park Memorial Hospital, said in a prepared statement. "Many Oviedo residents already entrust physicians within the Florida Hospital network with their health care, and we are making it easier to access our emergency services."

The Oviedo ER will have 100 employees when completed, Florida Hospital spokesman David Breen told Orlando Business Journal . This will include certified emergency physicians and nurses.

Orlando-based Hunton Brady Architects is the architect and West Point, Ga.-based Batson-Cook Co. is the general contractor.

Florida Hospital currently has freestanding ERs in Winter Garden and Lake Mary. It plans to build a $12 million, 14,000-square-foot freestanding ER in Deltona as well as a $15.6 million, 19,000-square-foot freestanding ER in Waterford Lakes.

The Waterford Lakes location will open in second-quarter 2019, while the Deltona location will open in summer 2019. Florida Hospital representatives previously told Orlando Business Journal the new Oviedo facility will be similar to the Waterford Lakes complex.

These are part of a growing trend in the area to build more freestanding emergency centers , which typically are owned and operated by licensed hospitals. The facilities are not connected to a main hospital campus but offer the same comprehensive 24/7 emergency services. The number of such facilities is on the rise in Florida, in part due to overcrowded ERs, and partly due to a desire to grow hospital system revenue.

Hospital systems eventually may expand them into full hospitals. For example, HCA Healthcare Inc.'s (NYSE: HCA) Oviedo ER, built in 2013, became a $109 million, 64-bed hospital called Oviedo Medical Center in 2017.

WESTLAW

Florida hospital breaks ground on Oviedo freestanding ER, 2018 WLNR 34347449

The state had only 26 freestanding ERs in 2016 and that number since has grown to 41 , according to the Florida Agency For Health Care Administration. The total count will rise to 50-plus with current projects and may go even higher, since they fulfill a strategy for hospital systems to grow revenue by bringing emergency care closer to outlying, typically affluent suburbs, where people are more likely to be able to afford health care.

Click here to see where Florida freestanding ERs are located.

Florida Hospital parent Adventist Health System is the second-largest employer in the area with more than 83,000 employees for 2018 . Founded in 1908, the $3.25 billion nonprofit Florida Hospital system includes 10 total hospitals and more than 2,500 doctors.

Did you find this article useful? Why not subscribe to Orlando Business Journal for more articles and leads? Visit bizjournals.com/subscribe or call 1-866-853-3661.

---- Index References ----

Company: ADVENTIST HEALTH SYSTEM; BATSON COOK CO; FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION; FLORIDA HOSPITAL SYSTEM; HCA HEALTHCARE INC

Industry: (Critical & Intensive Care (1CR27); Diagnostic Imaging (1DI42); Diagnostic Imaging Services (1DI88); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Service Providers (1HE78); Healthcare Services (1HE13); Hospital Administration (1HO60); Hospitals (1HO39))

Region: (Americas (1AM92); Florida (1FL79); North America (1NO39); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Hunton Brady Architects; David Breen; Jennifer Wandersleben)

Word Count: 472

---

**End of Document**                                        © 2019 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# EXHIBIT 7

## TO THE AFFIDAVIT OF

## KC DONAHEY



**AdventHealth Oviedo ER – Opening Late 2019**

8100 Red Bug Lake Road,
Oviedo, Florida 32765

AdventHealth Oviedo ER will be a brand-new, freestanding facility dedicated to 24/7 care. It is our goal to provide quicker access to hospital-based ER services for a growing community with diverse needs.

Oviedo ER will be staffed by board-certified emergency physicians, critical care nurses, and stroke and chest pain experts trained to stop a heart attack in minutes. Opportunities also exist for unit coordinators and patient care techs who want to learn and grow within our fulfilling mission-driven culture. Check back soon for more details on the opening date and career opportunities!

**Search Jobs**

Keywords or MOS Code

Category

Location

Search

**Highlights**

Rapid Assessment Services
Overnight Observation Unit
World Class Facility
Innovative Technologies
Admitting Privileges to Florida Hospital Altamonte

**Stay Connected**

**Join Our Talent Community**

Stay in touch with our recruiters. You'll be among the first to know when the new job opportunities open.

*Please note: By joining our Talent Community you have not officially applied to a position.*

Connect With Us



Explore our Lake Mary ER for a sneak peek into what our new Oviedo ER will look like.

Search Oviedo ER jobs now



Construction Progress as of 6/23/19

**Employment Opportunities**

**Patient Access**
PA Manager – PA ED – Benefits Advisor
**Administration**
Director – Executive Assistant
**Security**
Security Supervisor – Security Officer
**Facilities**
Facilities Lead – Landscaping – Biomed – MIS – Case Management – Inventory Control Management Lead – Chaplain

**Direct Patient Care**
ED Registered Nurse – Clinical Educator – ED Advanced Technician
**Ancillary Services**
LABV Lab Coordinator – LATH Lab Tech – Clinical Pharmacist – Pharmacy Tech – Respiratory Therapist – Respiratory Care Clinical Specialist
**Imaging**
Clinical Supervisor Imaging – CT Tech/Diagnostic Imaging – Ultrasound Tech

Apply Now



**AdventHealth Greater Orlando Careers**

Careers Home
Working Here
Hospital Locations
Careers Areas

FAQs
News & Events
Advanced Job Search
Legal

**Stay Connected**

Join Our Talent Community

©AdventHealth 2019

# EXHIBIT 8

## TO THE AFFIDAVIT OF

## KC DONAHEY

MENU   **AdventHealth**
Oviedo ER

My Account

AdventHealth Oviedo ER   (Change Location)
Coming Soon - Opening Fall 2019

8100 Red Bug Lake Road, Oviedo, FL  32765



AdventHealth Oviedo
**Emergency Care**

**Expert Emergency Care**

Coming Soon **To Your Neighborhood**

When you have a medical emergency, you need care that's
close to home. That's why we're opening one of our newest
freestanding emergency rooms — the AdventHealth Oviedo
ER — in the fall of 2019. Bringing you comfort, peace of mind
and round-the-clock emergency care, right here in your
neighborhood.

 Our Services

Network of Care

The Help You
Need, **When You
Need It**

In an emergency, it's sometimes challenging to
decide what to do, where to go and what is
needed. At Oviedo ER, our staff will sort out all the
details and work to get you the answers your
family needs. It's our passion, our life's work, to be
there when you need us most.

If you or your family member experience a
condition or injury that could cause significant
harm without quick medical attention, the
emergency room is the place to go. When our
new Oviedo ER opens, we'll treat emergency
conditions such as:

- Chest pain
- Difficulty breathing
- Head or neck injury
- Persistent diarrhea
- Numbness or drooping of the face or body
- Severe abdominal pain
- Severe vomiting or vomiting blood
- Sudden confusion





- Uncontrolled bleeding
- Unusual behavior

For non-life-threatening or less severe conditions, Centra Care Oviedo offers walk-in services, whole family care, primary care and an on-site pharmacy. Seven days a week, you can see one of our providers for sports or school physicals, lab needs, allergies, coughs, colds, minor bruises, sprains or strains.

If this is a life-threatening emergency, please dial 911.

**Extensive Emergency Services**
## Coming **Fall 2019**

### Specialized Emergency Room Care

You deserve timely, convenient and quality emergency care. That's why we're building an innovative ER, that will be staffed with a specialized team of emergency physicians, pain specialists, critical care nurses, and other trained specialists to meet the emergency medical needs of our communities.

### Overnight Observation

We will always do our best to address and treat your condition or injury immediately. But sometimes a trip to the emergency room requires an overnight stay to conduct additional tests or to help with your recovery. If your ER doctors think it's best to keep you overnight, the new Oviedo ER will offer comfortable overnight observation rooms so your doctors can keep a close eye on your condition while you focus on healing. There will be no need to transfer to another facility.

### Benefits of Our Hospital Family

AdventHealth hospitals and ERs are part of a connected network of care, bringing families access to compassionate, expert services to meet your individual health needs. If care beyond the emergency room is needed, we can transport you to a nearby AdventHealth hospital where specialists trained in your specific condition will treat you. You can count on us to be there for you when you need us most — providing healing and lifting your spirits along the way.



**Connected Care**
## When You **Need Us**

We're building Oviedo ER as part of the AdventHealth network of care. That means if you or your loved one need care beyond the emergency room, we offer important advantages such as:

- Access to high-level care provided at other AdventHealth hospitals
- A system of specialists who work together across different specialties
- Providers who not only treat your condition but treat the whole you
- The latest diagnostic and treatment services

Transfer to nearby facilities if further treatment or special care is needed.



Emergency **Care**



## Emergency Care Nearby

☐ Centra Care          ☐ Hospital and
☐ Centra Care Kids          Emergency Rooms

AdventHealth Oviedo ER ▼

### AdventHealth Oviedo ER

**Coming Soon - Opening Fall 2019**

📍 8100 Red Bug Lake Road
Oviedo, FL  32765

## Expert Medical Care **on Demand**



### Emergency Care

AdventHealth's emergency
room locations throughout
Central Florida provide the
highest level of round-the-
clock care.

[ Learn More ]



### Urgent Care

In Central Florida, when you
need care for non-
emergency conditions, you're
never far from an
AdventHealth Centra Care
location. Each is open seven
days a week for extended
hours and can treat a cold, flu
or minor bruises, sprains or
strains.

[ Learn More ]



### eCare

When you download the
AdventHealth eCare app to
your smart phone or tablet,
you can video chat with a
health care provider without
leaving home.

[ Learn More ]



**AdventHealth Oviedo ER**

Coming Soon - Opening
Fall 2019

8100 Red Bug Lake Road
Oviedo, FL  32765

**Information For**

Find Doctors

Blogs and Events

Careers

Giving Back

Our Services

**AdventHealth**

Global Homepage

View All Our Doctors

View All Our Locations

Mission and History

Community Benefit

News and Blogs

CREATION Life

Employees

Legal

Privacy Policy          Patient Privacy - HIPAA          Patient Rights and Responsibilities          Financial Assistance          Health Equity Promise

# EXHIBIT 9

## TO THE AFFIDAVIT OF

## KC DONAHEY



MIDDLETON
REUTLINGER
401 South Fourth Street
Suite 2600
Louisville, KY 40202
www.middletonlaw.com

Julie Gregory Ray
Main: 502.584.1135
Direct: 502.625.2770
Fax: 502.561.0442
jray@middletonlaw.com

November 16, 2018

**VIA COURIER**

Subject to FRE 408

Jennifer Wandersleben
 Administrator
Winter Park Memorial Hospital
200 N. Lakemont Avenue
Winter Park, Florida  32792

**Re:   Our Client:   Oviedo Medical Center, LLC**
        **Our Mark:    OVIEDO ER**

Dear Ms. Wandersleben:

By way of introduction, Middleton Reutlinger represents Oviedo Medical Center, LLC ("Oviedo Medical Center") with respect to intellectual property matters. As part of its service offerings, Oviedo Medical Center operates Oviedo ER, located at 8300 Red Bug Lake Road in Oviedo, Florida.  A photograph of Oviedo ER is enclosed herein for your reference.

Our client recently learned that Florida Hospital is constructing a free standing emergency department at 8100 Red Bug Lake Road in Oviedo, which it appears to intend to call "Florida Hospital Oviedo ER", as reflected in an invitation our client received for the ground breaking ceremony (also attached).  Furthermore, a recent article in the *Orlando Business Journal* dated November 5, 2018, indicates that the facility may also be called "AdventHealth Oviedo ER", and reflects that a spokesman for Florida Hospital referred to the new facility as simply "Oviedo ER."  This article also refers to our client's Oviedo ER as another facility in that area.

As you should know, Oviedo Medical Center has been using the trade name/service mark "Oviedo ER" to brand its emergency department since 2013.  In fact, our client has owned a Fictitious Name registration with the Florida Division of Corporations for "Oviedo ER" since September 19, 2013.  Therefore, as between the parties, our client has priority with respect to use of "Oviedo ER."

To that end, Oviedo Medical Center is concerned that Florida Hospital's use of "Oviedo ER", either within the context of "Florida Hospital Oviedo ER", "AdventHealth Oviedo ER", or as "Oviedo ER", is likely to cause confusion or mistake among consumers as to the source of the parties' services, or as to any affiliation or sponsorship between the parties, in violation of Section 43(a) of the Lanham Act [15 U.S.C. §1125(a)] and under state and common law. Florida Hospital's decision to adopt a name that is identical to that of Oviedo ER for its new ER facility also suggests that Florida Hospital is attempting to pass off of and/or take advantage of the goodwill and reputation Oviedo ER has already created in its mark/name over these past several years.

That said, our client is especially concerned that Florida Hospital's use of "Oviedo ER" in any context will likely cause significant confusion with EMS personnel, patients, and the public, which is heightened by the fact that the new Florida Hospital facility will be situated less than one mile from Oviedo ER. Since time is of the essence in emergency care situations, any resulting confusion could be detrimental to patient care, which we are confident that you would likewise want to avoid.

Therefore, on behalf of Oviedo Medical Center, this letter shall serve to formally notify Florida Hospital of our client's prior rights, and to request that Florida Hospital, and all other related individuals or entities, discontinue any efforts to use any name or mark for, or which includes, "Oviedo ER", or any colorable permutation thereof. Should you decline to do so, our client will consider any continuing use of these names or marks as constituting intentional infringement.

We are confident that you will appreciate the significance of this matter and trust that we can work with you to continue this dialogue in an effort to resolve this issue in a constructive, amicable manner. Thank you for your attention to this matter and we look forward to hearing from you.

Very truly yours,

**MIDDLETON REUTLINGER**

Julie Gregory Ray

Enclosures
cc:     Oviedo Medical Center, LLC



**Done  18-ED-07060-OVIEDO ER Gro...** 

BREAK GROUND FOR THE
# FLORIDA HOSPITAL OVIEDO ER



**WHEN:** Thursday, November 1, 2018 at 10 am
**WHERE:** 8100 Red Bug Lake Rd, Oviedo, FL
*Light refreshments will be served.*

Preview the expanded services coming to the
Oviedo community!

*Parking available on site.*

*Please remember this is an active construction site
and appropriate footwear is recommended.*

  

Florida Hospital will soon be AdventHealth.



# EXHIBIT 10

## TO THE AFFIDAVIT OF

## KC DONAHEY

# KUTAKROCK

**Kutak Rock LLP**
Two Pershing Square | 2300 Main Street, Suite 800, Kansas City, MO 64108-2432
office 816.960.0090

**Bryan P. Stanley**
816.502.4645
bryan.stanley@kutakrock.com

December 6, 2018

**VIA EMAIL**

Ms. Julie Gregory Ray
Middleton Reutlinger
401 South Fourth Street, Suite 2600
Louisville, KY 40202
jray@middletonlaw.com

      RE: Response to Alleged Trademark Infringement of OVIEDO ER

Dear Ms. Ray:

      Kutak Rock LLP represents Winter Park Memorial Hospital with respect to its intellectual property matters, and we are in receipt of your November 16, 2018 correspondence alleging infringement of Oviedo Medical Center, LLC's OVIEDO ER name. After reviewing the correspondence, we respectfully disagree with your claims; however, as further discussed below, Winter Park Memorial Hospital is willing to take steps to address your client's concern regarding potential confusion.

      OVIEDO ER is located in Oviedo, Florida, as such, the term OVIEDO is merely geographically descriptive, and Section 2(e)(2) of the Trademark Act prohibits registration on the Principal Register of a mark that is primarily geographically descriptive. See TMEP § 1210.01(a). Further, the inclusion of the additional word part ER, a commonly known abbreviation for "emergency room", is purely descriptive of the actual services provided. As such, OVIEDO ER is certainly descriptive.

      We also note that Oviedo Medical Center, LLC has not filed a federal trademark application before the United States Patent and Trademark Office to attempt to federally register OVIEDO ER on the Principal Register based upon Section 2(f). We suspect this is because it would be exceedingly difficult to demonstrate secondary meaning of the merely descriptive term OVIEDO ER and demonstrate substantially exclusive use of these words in commerce.

      Even though Oviedo Medical Center, LLC has limited, if any, rights in OVIEDO ER, our client is willing to use its rebranded name ADVENTHEALTH OVIEDO ER when referencing its emergency room facility in order to address your client's concerns.

4818-7382-6434.1

# KUTAKROCK

December 6, 2018
Page 2


We believe that this fully addresses any concerns Oviedo Medical Center may have with
respect to any confusion since ADVENTHEALTH is the prominent portion of
ADVENTHEALTH OVIEDO ER and eliminates any potential confusion.  As such, we consider
this matter closed.

Sincerely,

Bryan P. Stanley

# EXHIBIT 11

## TO THE AFFIDAVIT OF

## KC DONAHEY



**MIDDLETON
REUTLINGER**

401 South Fourth Street
Suite 2600
Louisville, KY 40202
www.middletonlaw.com

Julie Gregory Ray
Main: 502.584.1135
Direct: 502.625.2770
Fax: 502.561.0442
jray@middletonlaw.com

January 2, 2019

## **VIA EMAIL AND REGULAR MAIL**

Subject to FRE 408

Bryan P. Stanley, Esq.
**KUTAK ROCK LLP**
Two Pershing Square
2300 Main Street
Suite 800
Kansas City, Missouri 64108-2432
*Email: bryan.stanley@kutakrock.com*

**Re:     Our Client:    Oviedo Medical Center, LLC
            Our Mark:     OVIEDO ER**

Dear Mr. Stanley:

We have received your correspondence of December 6, 2018, on behalf of Winter Park Memorial Hospital regarding its use of OVIEDO ER.

However, we respectfully disagree with your contention that Oviedo Medical Center does not have exclusive rights in and to OVIEDO ER superior to those of Winter Park Memorial Hospital.

Oviedo Medical Center has been the only entity using OVIEDO ER as a trade name and service mark in the vicinity at issue since 2013. Therefore, it is the only party that would be able to establish secondary meaning pursuant to Section 2(f) of the Trademark Act. However, the question as to whether or not Oviedo Medical Center owns a federal registration with the United States Patent & Trademark Office ("USPTO") does not affect its senior common law rights to OVIEDO ER.

We note that your client has proposed to use its "rebranded" name ADVENTHEALTH OVIEDO ER as a solution moving forward. However, we remind your client that we previously identified this name as being unacceptable in our prior letter of November 16, 2018. There are obviously a multitude of other ways by which your client may identify the location of its facility than otherwise wholly incorporating our client's OVIEDO ER mark and name, e.g., ADVENTHEALTH ER at Winter Park Memorial Hospital, or ADVENTHEALTH ER in Oviedo, or simply ADVENTHEALTH ER. We trust that your client would have the same concern if the situation were reversed, and in fact, Oviedo Medical Center has refrained from using "Winter Park" in the past to avoid any confusion with Winter Park Memorial Hospital. Our expectation would be that your client would likewise want to avoid the same risk, and that on further reflection, it will adopt a more practical solution to avoid any confusion with Oviedo Medical Center's OVIEDO ER.

Bryan P. Stanley, Esq.
January 2, 2019
Page 2

To that end, this letter shall reiterate the demands set forth in our prior correspondence and request that Winter Park Memorial Hospital and/or AdventHealth discontinue any efforts to use or include OVIEDO ER in the name its emergency room facility.

Very truly yours,

**MIDDLETON REUTLINGER**

Julie Gregory Ray

cc:     Oviedo Medical Center, LLC

# EXHIBIT 12

## TO THE AFFIDAVIT OF

## KC DONAHEY



**MIDDLETON
REUTLINGER**

401 South Fourth Street
Suite 2600
Louisville, KY 40202
www.middletonlaw.com

Julie Gregory Ray
Main: 502.584.1135
Direct: 502.625.2770
Fax: 502.561.0442
jray@middletonlaw.com

April 17, 2019

**VIA EMAIL AND REGULAR MAIL**

Subject to FRE 408

Bryan P. Stanley, Esq.
 **KUTAK ROCK LLP**
Two Pershing Square
2300 Main Street
Suite 800
Kansas City, Missouri 64108-2432
*Email: bryan.stanley@kutakrock.com*

**Re:     Our Client:   Oviedo Medical Center, LLC
           Our Mark:    OVIEDO ER**

Dear Mr. Stanley:

We are following up with our prior correspondence to you of January 2, 2019, on behalf of Oviedo Medical Center, LLC ("Oviedo Medical Center") regarding Winter Park Memorial Hospital's proposed use of "OVIEDO ER."

It appears that Winter Park Memorial Hospital has now changed its name to AdventHealth Winter Park, and is moving forward with use of "ADVENTHEALTH OVIEDO ER" as illustrated in the attached screen shot of an AdventHealth website. However, as noted in our prior correspondence to you, your client's proposed use of "ADVENTHEALTH OVIEDO ER" is not acceptable.

The purpose of this correspondence is to remind AdventHealth of our client's demand, with the expectation that your client will reconsider its position and make plans to use another name that does not include "OVIEDO ER" before the facility is opened later this year.

We trust that AdventHealth can appreciate Oviedo Medical Center's concern that a fellow healthcare provider would choose to open a competing facility under a name/mark that is either identical to or wholly incorporates Oviedo Medical Center's mark, especially since consumers and the medical community already know Oviedo Medical Center's emergency facility as "OVIEDO ER."

To that end, we would ask that you confirm to us that AdventHealth has agreed to use another name that does not include "OVIEDO ER" or "ER at OVIEDO" for its ER facility. Otherwise, this letter shall serve as notice to AdventHealth that Oviedo Medical Center reserves any and all rights and remedies it holds in its OVIEDO ER service mark, including but not limited to injunctive relief, to protect its intellectual property if and when AdventHealth should move forward with use of "OVIEDO ER",

Bryan P. Stanley, Esq.
April 17, 2019
Page 2

"ADVENTHEALTH OVIEDO ER", "ER at OVIEDO", or any colorable permutation of any of the foregoing.

Thank you for your attention to this matter and we look forward to hearing from you.

Very truly yours,

**MIDDLETON REUTLINGER**

Julie Gregory Ray

Enclosure
cc:     Oviedo Medical Center, LLC



**AdventHealth Oviedo ER – Opening Late 2019**

Red Bug Lake Road, Oviedo, Florida 32765

Get Directions

AdventHealth Oviedo ER will be a brand-new, freestanding facility dedicated to 24/7 care. It is our goal to provide quicker access to hospital-based ER services for a growing community with diverse needs.

Oviedo ER will be staffed by board-certified emergency physicians, critical care nurses, and stroke and chest pain experts trained to stop a heart attack in minutes. Opportunities also exist for unit coordinators and patient care techs who want to learn and grow within our fulfilling mission-driven culture. Check back soon for more details on the opening date and career opportunities!

**Highlights**

Rapid Assessment Services
Overnight Observation Unit
World-Class Facility
Innovative Technologies
Admitting Privileges to Florida Hospital Altamonte

Click here to connect



# EXHIBIT 13

## TO THE AFFIDAVIT OF

## KC DONAHEY



# EXHIBIT 14

## TO THE AFFIDAVIT OF
## KC DONAHEY

Case 6:19-cv-01711-Wwwwec6ocumeilfofidaicilieaeeFieecd 09/13/ffeegeioofesoenggeloo-3eteD 757

SELECT A CITY ~

YOUR ACCOUNT

INDUSTRIES & TOPICS    🏠    NEWS    LISTS & LEADS    PEOPLE & COMPANIES    EVENTS    MORE...



Start Download Now

Printable PDF (Free)

Download Here

yourpdfconverter.online                    OPEN

Health Care

# AdventHealth's trio of freestanding ERs joins statewide push 🔑

✉ Email    f Share    in Share    🐦 Tweet    ⭐ Save    🖨 Print    Order Reprints



VIEW SLIDE SHOW
21 photos



Recruiting
Nurses
Should be
Easier

indeed hire          Let us help

## TRENDING

TRAVEL & TOURISM
Disney's Animal Kingdom
to open new attraction in
July 🔑


TRAVEL & TOURISM
Ships ahoy: Disney Cruise
Line shares 2020
itineraries (PHOTOS)


COMING EVENT
Get Ink'd
June 16


By Ryan Lynch – Staff Writer, Orlando Business Journal
a day ago

**COMPANIES IN THIS ARTICLE**
Brought to you by Deloitte Private

AdventHealth
Altamonte Springs, FL

See full profile ›

HCA Healthcare Inc.
Nashville, TN
Hospital & Health Care
$46.76    262K
Revenue  Employees

See full profile ›

Orlando Health
Orlando, FL
Hospital & Health Care
$3.3B    20,000
Revenue  Employees

See full profile ›

Qorvo
Greensboro, NC
Semiconductors
$3.3B
Revenue

See full profile ›

Deloitte.
Lease accounting: Lessons

AdventHealth is riding a wave of building new medical facilities in the Orlando area.

The Altamonte Springs-based health care system plans to add three new freestanding emergency rooms in Central Florida – Lake Nona, southwest Orlando and Kissimmee – which may create up to 300 jobs.

And AdventHealth isn't alone, joining local rival Orlando Health and Nashville, Tennessee-based HCA Healthcare Inc. (NYSE: HCA) in pursuing more than 20 planned or current freestanding facilities in the area.

Standalone emergency departments are on the rise in Florida partly because of overcrowded ERs on hospital campuses. The state in 2016 reported only 26 freestanding ERs in operation; it's now up to 58, according to the Florida Agency For Health Care Administration's most recent data.

While they make up a small share of most health care companies' revenue, freestanding ERs can be part of a larger strategy of following population growth and, soon after, establishing a larger health campus nearby, Minnesota health care consultant Allan Baumgarten told Orlando Business Journal.

"It's a relatively modest investment, and as the population of an area grows, the health system can begin to add other facilities, like a medical office building, ambulatory surgery center and, eventually, a small inpatient unit," Baumgarten said.

indeed hire

Hiring nurses should be easier.
Get started with indeed

