UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ADVENTIST HEALTH SYSTEM/SUNBELT, INC.<br>D/B/A ADVENTISTHEALTH OVIEDO ER,<br><br>  Defendant. | CASE NO. 6:19-cv-01711-WWB-EJK |

**AFFIDAVIT OF FRANK CARTER IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION (Doc. 6)**

STATE OF FLORIDA   )
COUNTY OF ORANGE   )

BEFORE ME, the undersigned authority, this day personally appeared FRANK CARTER, who, being first duly sworn, deposes and says:

1. I am over the age of 18 years. This affidavit is based on my personal knowledge as a senior marketing and brand executive of Adventist Health System/Sunbelt, Inc. ("AdventHealth").

2. I am Vice President of Brand at Advent Health. From July, 2016, through July 2019, I served as Executive Director of Marketing for the Central Florida Division of AdventHealth. Since 2013 I have served as a director of marketing at AdventHealth.

3. To further AdventHealth's core mission of promoting whole-person health and healing, AdventHealth developed a strict and invariable naming protocol for its facilities. The naming protocol joins the "AdventHealth" brand name with the geographic location and category

**EXHIBIT A**

*F.C*
*9/11/19*

of the healthcare services provided. The naming protocol is a central element in AdventHealth's national branding strategy emphasizing consistency and clarity in marketing and communicating to patients.

4. The naming protocol is uniformly applied to all AdventHealth free-standing ER facilities in the United States. In addition to the AdventHealth Oviedo ER facility at issue in this lawsuit, AdventHealth operates or plans to open eleven other free-standing emergency care facilities, adherently named: AdventHealth Central Pasco ER, AdventHealth Deltona ER, AdventHealth Four Corners ER, AdventHealth Lake Mary ER, AdventHealth Lake Nona ER, AdventHealth Lenexa ER, AdventHealth Palm Harbor ER, AdventHealth South Overland Park ER, AdventHealth TimberRidge ER, AdventHealth Waterford Lakes ER, and AdventHealth Westchase ER.

5. AdventHealth does not claim rights in "Oviedo ER," nor does it intend to. Rather, AdventHealth attempts to utilize the full name "AdventHealth Oviedo ER" when referencing the facility. AdventHealth expends significant effort and resources to identify its facilities, including AdventHealth Oviedo ER, by the full naming convention in all marketing and communications. Any use of "Oviedo ER" by itself is merely descriptive of the geographic location and nature of services provided at the AdventHealth ER facility located in Oviedo, Florida.

6. AdventHealth has no desire to trade off the goodwill of Oviedo Medical Center, LLC. The name AdventHealth Oviedo ER was chosen exclusively in adherence to the nationally employed naming protocol described above.

7. Changing the name of the AdventHealth Oviedo ER would have significant negative financial consequences for AdventHealth. Most importantly, the key characteristic of the

*J.C.*
*9/11/19*

naming protocol – its consistency and clarity – would be destroyed if one of the twelve free-standing emergency care facilities deviated from the deliberate and invariable convention.

8. The value of AdventHealth's national brand derives primarily from consistency and recognition across product lines, which would suffer from any deviation from the carefully researched and planned branding protocol.

9. The issuance of an injunction prohibiting the use of AdventHealth Oviedo ER may also require the modification or reapplication for licensing necessary to operate the emergency care facility, and cause AdventHealth to incur other regulatory costs associated with certifying the facility.

J.C.
9/11/19

FURTHER AFFIANT SAYETH NAUGHT.

*Frank N. Carter*
Frank Carter
Vice President | Brand at AdventHealth

STATE OF FLORIDA   )
COUNTY OF ORANGE   )

BEFORE ME, the undersigned authority, personally appeared FRANK CARTER who, after being first duly sworn, deposes and says he has read the foregoing Affidavit, and the Affidavit is true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this 11th day of September, 2019.

Personally known ✓
OR
Produced Identification ☐

Type of Identification Produced:

*Teri G. Mulvey*
Notary Public
My Commission Expires: Dec. 23, 2021

TERI G. MULVEY
Notary Public – State of Florida
Commission # GG 138959
My Comm. Expires Dec 23, 2021
Bonded through National Notary Assn.


FC 9/11/19