UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

    Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
D/B/A ADVENTHEALTH OVIEDO ER,

    Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

## AFFIDAVIT OF JEFFREY M. AARON IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

STATE OF FLORIDA   )
COUNTY OF ORANGE   )

BEFORE ME, the undersigned authority, this day personally appeared Jeffrey M. Aaron, who, being first duly sworn, deposes and says:

1. I am over 18 years of age and am competent to make and execute this affidavit, which is based on my personal knowledge.

2. I searched Google Maps and it appeared the mark "Oviedo ER" was not visible at Plaintiff's campus – everything was labeled "Oviedo Medical Center" – so I drove to the Oviedo Medical Center to further investigate.

3. As I approached the Oviedo Medical Center, – driving East-bound on Red Bug Lake Road – I could not see any "Oviedo ER" signage on or around its campus.

4. I then entered the Oviedo Medical Center campus and drove two laps around the parking lots before I was able to locate a single "Oviedo ER" sign, which was

# EXHIBIT C

blocked by a significant number of trees and a porte cochere attached to the emergency room entrance for patients not arriving by ambulance.

5. I could not locate any other "Oviedo ER" signage, including any along the route an ambulance would take while driving to the ambulance drop-off entrance.

6. On Friday, September 13, 2019 at approximately 2:33 p.m. Eastern Standard Time, I took the photographs, which are attached to this affidavit as Composite Exhibit "1" and will be submitted to the Clerk of the Court on a disk and a data storage device immediately following the filing of this affidavit (the "Photographs").

7. On Friday, September 13, 2019 at approximately 2:54 p.m. Eastern Standard Time, I took the videos, which will be submitted to the Clerk of the Court on a disk and a data storage device immediately following the filing of this affidavit (the "Videos").

8. The Photographs and Videos were taken on or around the Oviedo Medical Center located at 8300 Red Bug Lake Road, Oviedo, Florida, 32765.

9. The Photographs and Videos depict the exterior of buildings located at the Oviedo Medical Center.

10. The Photographs and Videos are fair and accurate representations of the buildings and signage at the time they were taken.

11. The Photographs and Videos have not been touched up, altered, edited, or otherwise modified.

(Signature on following page.)

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jeffrey M. Aaron

STATE OF FLORIDA )
COUNTY OF ORANGE )

BEFORE ME, the undersigned authority, personally appeared JEFFREY M. AARON, who, after being first duly sworn, deposes and says he has read the foregoing Affidavit, and the Affidavit is true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me this 3d day of October, 2019.

Personally known X
OR
Produced Identification ☐

Type of Identification Produced:

_____

_____
Notary Public
My Commission Expires:

Notary Public State of Florida
Kathy Savage
My Commission GG 367202
Expires 09/30/2023

3



COMPOSITE EXHIBIT "1"















