

www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA 94118

# AFFIDAVIT OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a list of available dates. The visitor may select one of those dates, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the page upon which the link appeared and was clicked.

4. The archived data made viewable and browseable by the Wayback Machine is compiled using software programs known as crawlers, which surf the Web and automatically store copies of web files, preserving these files as they exist at the point of time of capture.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on a page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of screenshots of the Internet Archive's records of the HTML files or PDF files for the URLs and the dates specified in the attached coversheet.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 9/20/19

_____
Christopher Butler

# EXHIBIT E

# CALIFORNIA JURAT

See Attached Document.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this

20th day of September, 2019, by

Christopher Butler,

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ALISON FLANNERY JEANNE O'CONNOR-KORB
Notary Public - California
San Francisco County
Commission # 2276391
My Comm. Expires Feb 2, 2023

# Exhibit A

https://web.archive.org/web/20170819155944/http://oviedomedicalcenter.com/service/emergency-care



# Emergency Care

Oviedo Medical Center / Services / Emergency Care

**Oviedo Medical Center**
8300 Red Bug Lake Rd
Oviedo, FL 32765
Phone: (407) 890-2273

Map & Directions



If you think you may be experiencing a medical emergency, immediately call your doctor or 911.

When you need emergency services, count on Oviedo Medical Center, where quality treatment is delivered as quickly as possible by physicians, nurses and providers who care about you. Our entire ER staff is dedicated to providing the highest level of care to you and your family.

**Features:**

- 24/7 adult and pediatric emergency care
- 22 private patient care rooms
- Diagnostic imaging including CT Scan, Ultrasound, X-Ray and MRI
- Laboratory services
- Physicians specializing in emergency medicine on site 24/7

← Back to Main Services

## Location

View All Locations



Oops! Something went wrong.

This page didn't load Google Maps correctly. See the JavaScript console for technical details.

**1** Oviedo Medical Center
8300 Red Bug Lake Rd
Oviedo, FL 32765
(407) 890-2273

 

Text ER to 23000 for



Oviedo Medical Center

The feed could not be reached. Retry?

- Nurses certified in Advanced Cardiac Life Support and Pediatric Advanced Life Support

Avg ER Wait Time

Message and data rates may apply. Visit *texterhelp.com* for more info.



Oviedo Medical Center
8300 Red Bug Lake Rd
Oviedo, FL 32765

Telephone: (407) 890-2273



An HCA affiliate

**HCA North Florida Hospitals**

Capital Regional Medical Center
Central Florida Regional Hospital
Fort Walton Beach Medical Center
Gulf Coast Regional Medical Center
HCA North Florida Division
Lake City Medical Center
North Florida Regional Medical Center
Ocala Regional Medical Center

Osceola Regional Medical Center
Oviedo Medical Center
Poinciana Medical Center
Putnam Community Medical Center
Twin Cities Hospital
West Florida Hospital
West Marion Community Hospital

Follow Us

  

HCA North Florida
101 N Monroe St, Suite 801
Tallahassee, FL 32301
Contact Us

Copyright 1999-2017 C-HCA, Inc. All rights reserved.

Terms & Conditions | Privacy Policy | Social Media Policy
Acceptable Use Policy | HCA Nondiscrimination Notice | Accessibility