UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

    Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
d/b/a ADVENTISTHEALTH OVIEDO ER,

    Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

## AFFIDAVIT OF MICHAEL J. COLITZ, III IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

STATE OF FLORIDA    )
COUNTY OF HILLSBOROUGH  )

BEFORE ME, the undersigned authority, this day personally appeared MICHAEL J. COLITZ, III, who, being first duly sworn, deposes and says:

1. I am over the age of 18 years and am competent to make and execute this Affidavit, which is based upon my personal knowledge.

2. Attached as Composite Exhibit A are true and correct copies of various screen shots I took of Ovideo Medical Center's Facebook page (https://www.facebook.com/pg/OviedoMedicalCenter/reviews/?ref=page_internal). These screen shots were captured on or about September 16, 2019.

*[Signature on following page.]*

# EXHIBIT F

FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHAEL J. COLITZ, III


STATE OF FLORIDA            )
COUNTY OF HILLSBOROUGH      )

BEFORE ME, the undersigned authority, personally appeared MICHAEL J. COLITZ, III who, after being first duly sworn, deposes and says she has read the foregoing Affidavit, and the Affidavit is true and correct to the best of her knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this ___1___ day of October, 2019.


Personally known ☒
OR
Produced Identification ☐

_____
Notary Public
My Commission Expires:

Type of Identification Produced:

_____

JESSICA GONZALEZ
Notary Public - State of Florida
Commission # GG 286813
My Comm. Expires Feb 19, 2023
Bonded through National Notary Assn.

\232328\12 - # 38263385 v1

2

# COMPOSITE EXHIBIT A




# Oviedo Medical Center

@OviedoMedicalCenter

- Home
- Services
- **Reviews**
- Photos
- Locations
- Videos
- Posts
- Events
- About
- Community

---

**Jean O'Brien Bruckert** reviewed Oviedo Medical Center — 5★
June 8, 2018

We had to visit the Oviedo Medical Center ER on Sunday. Fortunately our first visit, and it was a great experience (as good as it can be when you're in the ER). We had no wait at all, and the staff was great. So nice and helped put us at ease. Due to injuries had to be transferred to a different hospital, and the even made that process simple and easy.

2 Comments

👍 Like   💬 Comment   ↗ Share

**Oviedo Medical Center** Thank you for your review, Ms. Bruckert! We value our outstanding team members at Oviedo Medical Center and will pass along the compliment!
Like · Reply · 1y

**Kim Zahn-Delgado** No wait time because it's too expensive no one goes there!!
Like · Reply · 32w

Write a comment...

---

**Carmen Hdez-Mulligan** recommends Oviedo Medical Center.
July 23

Oviedo Medical Center (ER) are the best...they are very attentive and caring.

👍 Like   💬 Comment   ↗ Share

Write a comment...





# Oviedo Medical Center

@OviedoMedicalCenter

- Home
- Services
- **Reviews**
- Photos
- Locations
- Videos
- Posts
- Events
- About
- Community

👍 Like  📶 Follow  ↗ Share

---

**Oviedo Medical Center** Thank you for your recommendation, Ms. Braddy!
Like · Reply · 16w

---

**Jill Dunn** reviewed Oviedo Medical Center — 5★
December 25, 2017

No kid wants to spend Christmas Eve in the ER, but that's the unfortunate situation we found ourselves in with our 4 year old. Not only was he seen quickly, but the staff even gave him a small Christmas present (which was so thoughtful, as he was panicking that Santa wouldn't bring him presents if he wasn't home.)

We are so thankful to have this facility right in our backyard and want to let you all know that you are all VERY appreciated.

👍❤ 2    1 Comment

👍 Like   💬 Comment   ↗ Share

**Oviedo Medical Center** We are sorry to hear you had to spend Christmas Eve in the ER, however Jill we are so happy that you had such a great experience. Thank you for taking the time to share. Wishing you the happiest of holidays.
Like · Reply · 1y

---

**Jeka Flo** recommends Oviedo Medical Center.
April 26

Just had my twins here and I must say my entire experience was wonderful. The staff was extremely helpful and the room was very comfortable. Dr. Benitez and staff took care of us from start to finish which was great. I've had 2 other pregnancies and births at other local hospitals in the past but nothing compared to the service and