


EXHIBIT G