UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

    Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
D/B/A ADVENTISTHEALTH OVIEDO ER,

    Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

## AFFIDAVIT OF JAMES M. REYNOLDS IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

STATE OF FLORIDA    )
COUNTY OF ORANGE    )

BEFORE ME, the undersigned authority, this day personally appeared James M. Reynolds, who, being first duly sworn, deposes and says:

1. I am over the age of 18 years. This affidavit is based on my personal knowledge from many years of emergency medical services administration experience, including years of work in emergent patient transport.

2. I have over thirty years of experience in the fire and emergency medical services ("EMS") industry, of which I was the Fire Chief for the City of Orlando from 2006 through 2010 and the Department Director of the Seminole County Fire Department from 2016 through 2018.

# EXHIBIT I

3. Seminole County responds to tens of thousands of emergency incidents per year and transported 20,928 patients in 2018, while I was the Department Director.

4. The mission of EMS is to treat, stabilize, and deliver patients safely to a healthcare facility that maximizes the chances of patient recovery.

5. Seminole County Fire Department, and all other EMS departments of which I am aware, operate under a medical protocol developed and supervised by a physician serving as a medical director. Emergency medical technicians or paramedics ("Medics") make discretionary decisions based on the medical protocol and the circumstances of each emergency event to best treat, stabilize, and transport patients.

6. Sometimes the medical protocol and circumstances dictate patient transport to the closest facility. For example, a patient going into cardiac arrest or otherwise in dire need may be taken to the closest emergency care facility without consideration of other factors or the specific capabilities of that facility.

7. Other times, such as when a patient suffered severe trauma or exhibits stroke-like symptoms, Medics transport the patient to emergency care facilities with specific capabilities (or attached to a hospital with specific capabilities). Medics generally transport trauma patients to level one trauma facilities and stroking patients to a facility with a neurological unit or attached to a hospital with a neurological unit.

8. Medics make emergency decisions based on their experience and professional judgment, the patient's condition, and the location and capabilities of the nearest emergency care facilities.

9. So that Medics have the best information about facility capability and service lines, EMS departments devote significant effort and time to communicating and coordinating with health care providers. Orange, Osceola, and Seminole Counties hold regular Tri-County meetings for the specific purpose of ensuring effective and efficient communication and education between providers and emergency responders. Members of my team were often in attendance at these meetings along with representatives from all major providers, including AdventHealth, Orlando Health, and HCA Healthcare.

10. Additionally, the medical director for Seminole County holds monthly meetings with county wide fire departments to specifically address topics like new hospitals that are opening, changes in protocols, vulnerabilities, and response trends.

11. Also, those of us in the emergency transport business communicate regularly about capabilities and service lines with emergency services liaisons at emergency health care facilities, whose jobs are to facilitate communication and full understanding of the emergency care services, location and lines that each facility offers.

12. Most modern EMS departments have real-time access to provider information, such as capacity, temporary closures, and other relevant information related to a facility's ability to provide medical services to patients. For example, both Seminole County and Orlando Fire Department Medics have vehicle-based and handheld computer systems that receive real-time data from emergency facilities. If warranted, the information allows Medics to deliver patients to alternative, less saturated facilities where the patient will receive care sooner. As another example, Seminole County protocol requires Medics to communicate

directly with a hospital while in route to confirm whether a patient's needs can be met by that facility.

13. In total, Medics base emergency patient transport decisions on their experience, the patient's condition, and the location and capabilities of the facilities (often utilizing up-to-the-minute facility data). The Medics do not consider the branding of a facility or the name under which a particular facility or healthcare provider markets its services. They might not even know how the facility brands itself. They care about the facility's location and capabilities, so that they can maximize the chances of patient recovery.

14. Medics are well-trained, well-educated, professionals not likely to be confused by similar sounding facility names. First, as noted above, the Medics' computer systems and institutional knowledge of the emergency facilities allow them to easily distinguish between locations. Second, in the rare event technicians could not simply differentiate between facilities via short hand clarifying names (e.g. "Advent Oviedo" as opposed to "HCA Oviedo"), formal code names could be developed and implemented to differentiate facilities.

15. Multiple competing providers operate emergency care facilities in central Florida with similar sounding combinations of the terms "Orlando" and "ER," without confusion. For example, Orlando Health operates the Orlando Health ORMC ER within five miles of Advent Health Orlando ER (formally Florida Hospital Orlando ER) without confusing emergency responders or patients.

16. Over the course of my 30-year career, I cannot remember a single incident in which a patient was delivered to the wrong emergency room based on brand confusion. This

4

makes sense, as Medics do not make emergency patient transport decisions based on brands or marketing. They make them based on their experience, the medical protocol, the patient's condition, and the location and capabilities of the nearest facilities.

17. Only in non-emergency situations would the patient's preference influence the Medic's transport decision. In these non-emergency situations there is plenty of time to ensure the Medics know and understand where the patient wants to be taken, and to identify the requested facility if necessary. Even in such situations, Medics may decide not to take the patient to their requested facility. For example, Medics may decline a patient request for a distant facility because the delivery time would unreasonably limit ambulance coverage.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Name
Title

STATE OF FLORIDA )
COUNTY OF ORANGE )

BEFORE ME, the undersigned authority, personally appeared James Martin Reynolds who, after being first duly sworn, deposes and says he has read the foregoing Affidavit, and the Affidavit is true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this 30th day of September, 2019.

Personally known ☐
OR
Produced Identification ☒

_____
Notary Public
My Commission Expires:

Type of Identification Produced:
FL DL

JEFFREY M AARON
Notary Public, State of Florida
My comm. expires June 23, 2023
No. GG 317628
Bonded thru Ashton Agency, Inc. (800)451-4854

5