UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

    Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
D/B/A ADVENTISTHEALTH OVIEDO ER,

    Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

## AFFIDAVIT OF NICOLE CROCKER IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

STATE OF FLORIDA    )
COUNTY OF ORANGE  )

BEFORE ME, the undersigned authority, this day personally appeared NICOLE CROCKER, who, being first duly sworn, deposes and says:

1. I am over the age of 18 years. This affidavit is based on my personal knowledge from over 25 years of emergency medical services ("EMS") provision and administration.

2. I am the Executive Director of Emergency Services, EMS/Flight, and Observation Medicine at Adventist Health System/Sunbelt, Inc. ("AdventHealth"). I have held a leadership position in AdventHealth's emergency department since 2012. I have a Master of Science in Nursing, am a certified Family Nurse Practitioner, and am a Registered Nurse.

3. As Executive Director of Emergency Services I oversee communication and coordination with our municipal and county EMS partners.

**EXHIBIT J**

4. Orange, Osceola, and Seminole Counties conduct monthly Tri-County meetings with service providers in the area. The meetings serve as a forum for providers and EMS departments to educate each other regarding protocols and capabilities, and to make the provision of emergency care safer, better, and more efficient.

5. All the major providers in the area, including AdventHealth, Orlando Health, and HCA Healthcare, send representation in which some are EMS liaisons whose jobs are to facilitate communication and full understanding of the need of emergency responders and the emergency care capabilities of the providers. The AdventHealth liaisons and other representatives attend the Tri-County EMS meetings, which are also attended by HCA Healthcare representatives.

6. In addition to the Tri-County EMS meeting, the AdventHealth liaisons work with EMS partners on a frequent basis, throughout all phases of development, certification, and operation of emergency facilities.

7. During development and certification, the liaisons visit surrounding EMS departments in the service area to provide up-to-date information about the new facilities' capabilities and the timeline for opening. They also set up tours of the facilities for EMS personnel so that the departments are familiar with the campuses and know how to bring patients into the emergency delivery bays.

8. The facilities also own and operate EMS radio channels on which emergency responders communicate patient information and estimated time of arrival so that the facility staff can be ready to efficiently receive the patients as they are delivered.

9. In addition to the Tri-County meetings, department visits, facility tours, and radio channels, AdventHealth participates with the county in the use of bed capacity management through the EM Resource with information regarding each facility for EMS to access. This data and information include up-to-the-minute status of service lines per facility, facility bed capacity, and other relevant information that might affect the ability to administer emergency medical services to patients delivered via ambulance.

*[Signature on following page.]*

FURTHER AFFIANT SAYETH NAUGHT.

*Nicole Crocker* (signature)
Nicole Crocker
Executive Director of Emergency Medical Services | AdventHealth

STATE OF FLORIDA )
COUNTY OF ORANGE )

BEFORE ME, the undersigned authority, personally appeared NICOLE CROCKER who, after being first duly sworn, deposes and says she has read the foregoing Affidavit, and the Affidavit is true and correct to the best of her knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this 1 day of October, 2019.

Personally known ☑
OR
Produced Identification ☐

Type of Identification Produced:

_____

Notary Public (signature)
My Commission Expires:

CRISTIE FINNERTY
MY COMMISSION # GG123927
EXPIRES: July 13, 2021

4