UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

    Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
D/B/A ADVENTHEALTH OVIEDO ER,

    Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

**AFFIDAVIT OF DIANE GODFREY IN OPPOSITION
TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

STATE OF FLORIDA      )
COUNTY OF ORANGE    )

    BEFORE ME, the undersigned authority, this day personally appeared DIANE GODFREY, who, being first duly sworn, deposes and says:

    1. I am over the age of 18 years and am competent to make and execute this Affidavit, which is based on my personal knowledge and experience as the Executive Director of Regulatory Administration for Adventist Health Systems/Sunbelt, Inc. ("AdventHealth").

    2. As Executive Director of Regulatory Administration for AdventHealth I oversee the Agency for Health Care Administration ("AHCA") licensing of the AdventHealth Oviedo ER.

    3. AHCA's final inspection of the AdventHealth Oviedo ER is scheduled for October 10, 2019. Assuming the facility passes inspection, AHCA will license the facility to open October 17, 2019.

# EXHIBIT K

4. Because the license will be issued under the registered fictitious name "AdventHealth Oviedo ER," AdventHealth will not be able to operate the facility legally under a different fictitious name until AHCA reissues a new license.

5. AHCA will not reissue the license under a different name until a new fictitious name is registered with the Florida Department of State, Division of Corporations.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DIANE GODFREY

STATE OF FLORIDA    )
COUNTY OF ORANGE    )

BEFORE ME, the undersigned authority, personally appeared DIANE GODFREY who, after being first duly sworn, deposes and says she has read the foregoing Affidavit, and the Affidavit is true and correct to the best of her knowledge and belief.

SWORN TO AND SUBSCRIBED before me, this 3rd day of October, 2019.

Personally known ✓
OR
Produced Identification

Type of Identification Produced:

_____
Notary Public
My Commission Expires:

ANNE MARIE GREER
MY COMMISSION # GG 253932
EXPIRES: December 29, 2022
Bonded Thru Notary Public Underwriters

2