# *EXHIBIT 13*

# II. Likelihood of Confusion

**The *Frehling* Confusion Factors**

 (1) the type or strength of the mark;

 (2) the similarity of marks;

 (3) the similarity of the goods;

 (4) similarity of the sales methods;

 (5) the similarity of advertising media;

 (6) defendants' intent; and

 (7) any evidence of actual confusion.

*Frehling*, 192 F.3d at 1335.

48