UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

        Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
D/B/A ADVENTHEALTH OVIEDO ER,

        Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

# DEFENDANT'S MOTION FOR ENTRY OF
# STANDING ORDER ON DISCOVERY MOTIONS

Defendant, Adventist Health System/Sunbelt, Inc. d/b/a AdventHealth Oviedo ER, respectfully requests that Judge Kidd's Standing Order on Discovery Motions ("Standing Order") be entered in this case, and states:

1. Significant written discovery has been served in this matter and although the parties are conferring and continue to confer on objections to various discovery requests, it is anticipated that motions to compel may be necessary to resolve all issues.

2. In the interest of Court efficiency and cost effectiveness for both the Court and the parties, Defendant requests entry of the Standing Order in this matter.

3. Pursuant to Local Rule 3.01(g), counsel conferred on February 3, 2020, and plaintiff's counsel has no opposition this motion.

Respectfully submitted this 5th day of February, 2020,

        /s/ *Mayanne Downs*
        Mayanne Downs
        Florida Bar No. 754900
        Primary: mayanne.downs@gray-robinson.com

Secondary: kathy.savage@gray-robinson.com
Michael J. Colitz, III
Florida Bar No. 164348
Primary: michael.colitz@gray-robinson.com
Secondary: jessica.gonzalez@gray-robinson.com
Jason Zimmerman
Florida Bar No. 104392
Primary: jason.zimmerman@gray-robinson.com
Secondary: cindi.garner@gray-robinson.com
**GrayRobinson, P.A.**
301 E. Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

*Attorneys for Defendant,*
*ADVENTIST HEALTH SYSTEM/SUNBELT, INC.*
*D/B/A ADVENTHEALTH OVIEDO ER*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2020, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on:

*Counsel for Plaintiff, Oviedo Medical Center LLC*:

| | |
|---|---|
| Martin B. Goldberg, Esq. | Dennis D. Murrell |
| Emily L. Pincow, Esq. | Elisabeth S. Gray |
| Lash & Goldberg, LLP | Brian McGraw |
| Miami Tower | Middleton Reutlinger |
| 100 SE 2nd Street, Suite 1200 | 401 S. Fourth Street, Suite 2600 |
| Miami, Florida 33131-2158 | Louisville, Kentucky 40202 |
| mgoldberg@lashgoldberg.com | dmurrell@middletonlaw.com |
| epincow@lashgoldberg.com | egray@middletonlaw.com |
| | bmcgraw@middletonlaw.com |

/s/ *Mayanne Downs*
Mayanne Downs
Florida Bar No. 754900