UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

        Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.,
D/B/A ADVENTHEALTH OVIEDO ER,

        Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

**DEFENDANT'S JOINDER IN PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE WITH UNITED STATES MAGISTRATE JUDGE AND ALTERNATIVE MOTION FOR EARLY COURT-ORDERED MEDIATION**

Defendant Adventist Health System/Sunbelt, Inc. d/b/a AdventHealth Oviedo ER ("AdventHealth") respectfully joins Plaintiff Oviedo Medical Center, LLC's ("OMC") Unopposed Motion for Settlement Conference with United States Magistrate Judge ("OMC's Motion"), and alternatively requests the Court order the parties to early mediation.

1. On May 21, 2020, OMC requested a Local Rule 3.01(g) conferral on its plan to file a motion for settlement conference. In that conference, on May 22, 2020, AdventHealth requested to join the motion, and to add the alternative of an early mediation, in the event this Court preferred not to order a magistrate judge settlement conference. OMC refused both of AdventhHealth's requests.

2. OMC gave no reason for these refusals, and immediately filed its motion, identifying it as "unopposed" (rather than "agreed"), and without the alternative of an early mediation, as we had requested.[1]

3. AdventHealth files this motion to correct the suggestion that it is simply "unopposed" and to make it clear that we believe a settlement conference or a structured mediation would be beneficial, and to provide the alternative of a mediation, respecting that access to the Court's facilities and personnel may be limited as a result of the on-going pandemic. *See, e.g., In Re Restrictions on Visitors to the U.S. Courthouses in the Middle District of Florida* (March 31, 2020). AdventHealth therefore requests that, in the event that OMC's Motion is denied, the Court order the Parties to an early mediation within the next thirty (30) days.

4. Pursuant to Local Rule 3.01(g), counsel for AdventHealth conferred with counsel for OMC regarding the requested alternative relief. Counsel for OMC objected to the alternative request. Counsel for OMC also rejected the offer to file the Motion for a Settlement Conference as a joint motion.

WHEREFORE, Defendant respectfully requests this Court grant OMC's Motion, or alternatively order the parties to mediate in the next 30 days.

---

[1] We are deeply disappointed that OMC's motion also included an inaccurate description of settlement attempts in this case. Indeed, AdventHealth has been trying to settle this case since *before* it was brought, and has continued to suggest settlement options, and pursue them, as OMC well knows.

Respectfully submitted this 25th day of May, 2020,

        /s/ *Mayanne Downs*
        Mayanne Downs
        Florida Bar No. 754900
        Primary: mayanne.downs@gray-robinson.com
        Secondary: kathy.savage@gray-robinson.com
        Michael J. Colitz, III
        Florida Bar No. 164348
        Primary: michael.colitz@gray-robinson.com
        Secondary: jessica.gonzalez@gray-robinson.com
        Jason Zimmerman
        Florida Bar No. 104392
        Primary: jason.zimmerman@gray-robinson.com
        Secondary: cindi.garner@gray-robinson.com
        **GrayRobinson, P.A.**
        301 E. Pine Street, Suite 1400 (32801)
        P.O. Box 3068
        Orlando, Florida 32802
        Telephone: (407) 843-8880
        Facsimile: (407) 244-5690

        *Attorneys for Defendant,*
        *ADVENTIST HEALTH SYSTEM/SUNBELT, INC.*
        *D/B/A ADVENTHEALTH OVIEDO ER*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 25, 2020, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on

*Counsel for Plaintiff, Oviedo Medical Center LLC*:

| | |
|---|---|
| Martin B. Goldberg, Esq. | Dennis D. Murrell |
| Emily L. Pincow, Esq. | Elisabeth S. Gray |
| Lash & Goldberg, LLP | Brian McGraw |
| Miami Tower | Middleton Reutlinger |
| 100 SE 2nd Street, Suite 1200 | 401 S. Fourth Street, Suite 2600 |
| Miami, Florida 33131-2158 | Louisville, Kentucky 40202 |
| mgoldberg@lashgoldberg.com | dmurrell@middletonlaw.com |
| epincow@lashgoldberg.com | egray@middletonlaw.com |
| | bmcgraw@middletonlaw.com |

/s/ *Mayanne Downs*
Mayanne Downs
Florida Bar No. 754900