**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OVIEDO MEDICAL CENTER, LLC,**

    **Plaintiff,**

**v.**                                                                    **Case No:   6:19-cv-1711-Orl-78EJK**

**ADVENTIS HEALTH**
**SYSTEM/SUNBELT, INC.,**

    **Defendant.**

## ORDER SETTING SETTLEMENT CONFERENCE

This case has been referred to the undersigned for a settlement conference.  Doc. No. 73. **TAKE NOTICE** that the settlement conference will be held on **Thursday July 30, 2020** beginning at **10:00 A.M.** in **Courtroom 5D**, United States District Court, 401 W. Central Boulevard, Orlando, Florida 32801.   The Court has reserved until **4:30 P.M.** for the settlement conference.   The parties shall be prepared to work through the lunch hour during this settlement conference.   Participants are required to attend the settlement conference until such time as excused by the Court.

It is **ORDERED** that a representative of the entity-Plaintiff, a representative of the entity-Defendant, and counsel for each party shall be present in person at the settlement conference with full authority to negotiate a settlement.   A party or representative having full authority to settle must be the final decisionmaker with respect to all issues presented by the case and have the legal capacity to execute a binding settlement agreement on behalf of the party.

It is further **ORDERED** that, on or before **July 9, 2020**, counsel for each party shall file with the Court and serve on all parties a written notice identifying the person or persons, including counsel, who will be attending the settlement conference on behalf of each party and confirming

that those persons have full settlement authority.

It is further **ORDERED** that, **on or before July 16, 2020**, lead counsel for the parties shall confer in person or by telephone in a good faith effort to resolve the case. To spare the Court unnecessary preparation, counsel who are successful in their efforts to resolve such matters by agreement shall so advise the Court jointly no later than **July 23, 2020**.

It is further **ORDERED** that, **on or before July 23, 2020**, each party shall cause to be delivered a brief written summary of the facts and issues of the case to my chambers email at Chambers_flmd_Hoffman@flmd.uscourts.gov. These summaries shall be treated as confidential communications and shall not be incorporated into the public records of this case. Each written summary shall include the outcome of the parties' good faith conference and a recitation of all settlement and/or prior mediation efforts to date.

It is further **ORDERED** that prior to the settlement conference, the undersigned will hold separate, brief preliminary phone calls with counsel who will appear on behalf of the parties at the settlement conference. **Counsel for Plaintiff** shall call my chambers at (407) 835-4320 on **July 27, 2020, at 10:00 A.M**. **Counsel for Defendant** shall call my chambers at (407) 835-4320 on **July 27, 2020, at 10:30 A.M**.

Finally, it is **ORDERED** that, because the settlement conference will proceed through the lunch hour, participants may bring food and drink with them into the courthouse. Participants may also bring into the courthouse for use at the conference a laptop computer and cellular telephone, including smartphone devices. These electronic devices may be used only in the courtroom and adjacent caucus room, not in the public areas of the Courthouse. The electronic devices must be presented for inspection by Court personnel upon request. Participants must present a copy of this order to the court security officers to enter the courthouse with the electronic devices. **The Court**

**is unable to provide clerical services or support, including copying and printing equipment.**

Failure to abide by the requirements of this Order, including failure to appear personally at the settlement conference, may result in sanctions. *See* Fed. R. Civ. P. 16(f).

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2020.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record