# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OVIEDO MEDICAL CENTER, LLC,**

    **Plaintiff,**

**v.**                **Case No:   6:19-cv-1711-Orl-78EJK**

**ADVENTIS HEALTH
SYSTEM/SUNBELT, INC.,**

    **Defendant.**

_____

# ORDER

   This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE WITH UNITED STATES MAGISTRATE JUDGE HOFFMAN TO BE HELD REMOTELY   (Doc. No. 75)** |
| **FILED:** | **June 25, 2020** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

   This case has been referred to the undersigned for a settlement conference.   Doc. No. 73. The settlement conference has been scheduled for Thursday July 30, 2020, beginning at 10:00 a.m. Doc. No. 74.   In the instant motion, Plaintiff asks that, due to the coronavirus pandemic, the Court conduct the settlement conference by remote platform, such as Zoom.   Doc. No. 75.   In further support, Plaintiff states that its in-house counsel resides in Tennessee, and its outside counsel resides in Kentucky and Fort Lauderdale, Florida.   *Id.* at 3.   Defendant does not oppose the motion.   *Id.* at 4.

Upon consideration, the undersigned finds Plaintiff's request well taken.   Plaintiff's counsel and representative will be permitted to participate in the settlement conference by remote means. The motion is unclear, however, as to whether Defendant also wishes to attend the settlement conference by remote means, or whether Defendant intends to attend the settlement conference in person.   Therefore, to address the logistics of conducting the settlement conference by remote means (or by partially remote means), it is **ORDERED** that on or before **July 2, 2020**, both Plaintiff and Defendant shall each file a Notice on the docket containing the following information:

1. A list of persons who will participate in the settlement conference on behalf of each party, including party representatives and counsel;[1]

2. An indication for each participant as to whether such participant will attend the settlement conference in person or by remote means; and

3. Contact information (email address and phone number) for each of the persons who will be participating in the settlement conference on behalf of each party.

**All other requirements set forth in the Order Setting Settlement Conference (Doc. No. 74) remain in full force and effect.**

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2020.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

---

[1] Pursuant to the Order Setting Settlement Conference, the parties are reminded that a representative for each party with full authority to negotiate a settlement shall be present at the settlement conference.   Doc. No. 74, at 1.

Counsel of Record