# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**OVIEDO MEDICAL CENTER, LLC,**

       **Plaintiff,**

**v.**                                          **Case No: 6:19-cv-1711-Orl-78EJK**

**ADVENTIS HEALTH SYSTEM/SUNBELT, INC.,**

       **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie R. Hoffman | COURTROOM: | HELD IN CHAMBERS (VIDEO CONFERENCE) |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | Martin B. Goldberg<br>Dennis Murrell |
| AUDIO RECORDING: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Mayanne Downs<br>Michael Colitz<br>G. Brock Magruder, III |
| DATE/TIME:<br>TOTAL TIME: | July 30, 2020<br>10:05-4:30<br>6 hours/25 minutes | | |

## CLERK'S MINUTES
## SETTLEMENT CONFERENCE

Case called; appearances taken; procedural setting by the Court.
Settlement Conference held.
Settlement Conference continued to August 12, 2020 at 10:00 AM. Notice to be entered.