# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**OVIEDO MEDICAL CENTER, LLC,**

    **Plaintiff,**

v.                                                    **Case No: 6:19-cv-1711-Orl-78EJK**

**ADVENTIS HEALTH SYSTEM/SUNBELT, INC.,**

    **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie R. Hoffman | COURTROOM: | HELD IN CHAMBERS (VIDEO CONFERENCE) |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | Dennis D. Murrell<br>Martin Goldberg |
| AUDIO RECORDING: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Michael Colitz<br>G. Brock Magruder |
| DATE/TIME:<br>TOTAL TIME: | August 12, 2020<br>10:05-1:00<br>2 hours/55 minutes | | |

## CLERK'S MINUTES
## CONTINUATION OF SETTLEMENT CONFEFENCE

Case called; appearances taken; procedural setting by the Court.
Continuation of Settlement Conference held.
Temporary impasse.
Parties to continue with settlement discussion.