UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 6:19-cv-01711-WWB-EJK |
| ADVENTIST HEALTH SYSTEM/SUNBELT, | ) |
| INC. d/b/a ADVENTHEALTH OVIEDO ER | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

**PLAINTIFF'S EXPEDITED SHORT-FORM MOTION TO SHORTEN TIME
FOR DEFENDANT TO RESPOND TO DISCOVERY**

Plaintiff moves to shorten the time for Defendant to respond to Plaintiff's Third Requests for discovery ("Requests") to fourteen days. (Ex. A). Plaintiff has sought evidence regarding the financial performance of Defendant's facility, relevant to Lanham Act damages, since its November 2019 document request. (Ex. B, Requests 12-15). After Defendant's repeated objections and Plaintiff's efforts to meet and confer, on July 15, Defendant agreed to produce, to start, financial records maintained in ordinary course, including balance sheets, incomes statements, and general ledgers. (Ex. C, July 14 Letter; Ex. D, July 16 Email).

On August 26, however, Defendant served supplemental responses and represented for the first time that it did not maintain such records. (Ex. E, Nos. 12, 14 & 15). During a further meet and confer on August 27, Defendant represented that the limited documents it had produced were not maintained in ordinary course but were created for litigation.

Lash&Goldberg LLP    MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
LASHGOLDBERG.COM    FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-cv-01711-WWB-EJK

Plaintiff moved to compel complete production of documents reflecting revenues and expenses from Defendant's facility based on its initial request and maintains that Defendant's self-serving, litigation-purposed summary production does not fulfill its obligations. [Dkt. 91]

In addition to its motion, on August 31 Plaintiff served the Requests: First, because the records produced were incomplete and allegedly not maintained in ordinary course, Plaintiff needs underlying materials, including how Defendant's self-reported revenues and expenses were apportioned and calculated.[1] Second, since revenue derived in any manner from the ER is relevant for damages and Defendant claims not to track this revenue at the facility level, Plaintiff seeks additional information regarding patient revenues and expenses at Defendant's other facilities from patients treated at its ER.

The Court may order a party to respond to discovery requests in fewer than thirty days. *See* Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). Plaintiff's expert disclosure is due October 6. [Dkt. 50] Absent an order shortening Defendant's time to respond, Plaintiff will be prejudiced in its ability to obtain an expert opinion regarding damages. Plaintiff acted diligently, serving initial requests months ago and the instant Requests just three business days after Defendant first represented it did not maintain the documents it had agreed to produce and just two business days after Defendant represented that the documents it had produced were not created in ordinary course. Nor is Plaintiff's motion an effort to circumvent the Court's order denying its motion to extend the expert deadline [Dkt. 93] as

---

[1] To avoid doubt, Plaintiff was as specific as possible in these requests. If the Court grants Plaintiff's pending motion to compel, some (but not all) of these requests may become moot.

2

Lash&Goldberg LLP
LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Defendant suggests in opposing this motion. To the contrary, Plaintiff seeks to obtain the necessary information in compliance with the Court's order in an effort to preserve the Court's deadlines.

Plaintiff should not be prejudiced because Defendant made such belated new representations/objections to Plaintiff's November 2019 requests regarding how it maintains records. Accordingly, Plaintiff requests this Court shorten the time for Defendant to respond to the Requests to September 14, 2020.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Defendant in good faith, including via telephone on September 3, 2020. Defendant opposes the relief requested herein.

Dated: September 3, 2020

Respectfully submitted,

*/s/ Greg J. Weintraub*
Martin B. Goldberg
Greg J. Weintraub
Emily L. Pincow
LASH & GOLDBERG, LLP
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-4050
mgoldberg@lashgoldberg.com
gweintraub@lashgoldberg.com
epincow@lashgoldberg.com

and

3

Lash&Goldberg LLP
LASHGOLDBERG.COM
MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-cv-01711-WWB-EJK

Dennis D. Murrell*
Elisabeth S. Gray*
Brian McGraw*
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
Phone: (502) 584-1135
Fax: (502) 561-0442
dmurrell@middletonlaw.com
egray@middletonlaw.com
bmcgraw@middletonlaw.com

*pro hac vice

**Counsel for Plaintiff Oviedo Medical Medical Center, LLC**

Lash & Goldberg LLP
LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-cv-01711-WWB-EJK

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 3, 2020, the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notification to counsel of record:

*/s/ Greg J. Weintraub*
Greg J. Weintraub

Lash&Goldberg LLP
LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel