# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Case No.: 6:19-CV-01711-WWB-EJK |
| v. | ) |
| | ) |
| ADVENTIST HEALTH SYSTEM/SUNBELT, | ) |
| INC. d/b/a ADVENTHEALTH OVIEDO ER | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |

### PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION AND SECOND SET OF INTERROGATORIES PROPOUNDED TO DEFENDANT

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Oviedo Medical Center, LLC ("Oviedo ER" or "Plaintiff"), by counsel, hereby requests Defendant Adventist Health System/Sunbelt, Inc. d/b/a AdventHealth Oviedo ER ("Defendant" or "AdventHealth"), respond in writing to the following Third Set of Requests for Production and produce the documents identified in the document requests below at the law office of Middleton Reutlinger, 401 South Fourth Street, Suite 2600, Louisville, Kentucky 40202, and answer the following Second Set of Interrogatories in writing, under oath, within the time period permitted by Rules 33 and 34, after service hereof. These Requests for Production of Documents and Interrogatories shall be deemed continuing in nature pursuant to FRCP 26(e).

Lash&GoldbergLLP
LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-CV-01711-WWB-EJK

Plaintiff incorporates by reference the Instructions and Definitions set forth in the First Set of Interrogatories propounded upon Defendant Adventist Health System/Sunbelt, Inc. on or about November 11, 2019 as if fully set forth herein.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 78**: Produce documents sufficient to identify the number of patients who presented for treatment to and/or were admitted to the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated in another facility operated by or affiliated with AdventHealth, including without any limitation inpatient, observation, outpatient or office visits, following their initial visit to or treatment at the AdventHealth Oviedo ER facility.

**RESPONSE**:

**REQUEST NO. 79**: Produce documents sufficient to identify the number of patients who presented for treatment to and/or were admitted to the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated in another facility operated or controlled by Defendant Adventist Health System/Sunbelt, Inc., including without any limitation inpatient, observation, outpatient or office visits, following their initial visit to or treatment at the AdventHealth Oviedo ER facility.

**RESPONSE**:

Lash&Goldberg LLP
LASHGOLDBERG.COM

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-CV-01711-WWB-EJK

**REQUEST NO. 80**: For those patients of the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated at another facility operated by or affiliated with AdventHealth following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, as set forth in Request No. 78, above, produce documents sufficient to identify the gross revenues, deductions to gross revenues, other operating revenues, and net revenues to AdventHealth arising from or connected to services performed on or for those patients at the subsequent facility, including without any limitation inpatient, observation, outpatient or office visits.

**RESPONSE**:

**REQUEST NO. 81**: For those patients of the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated at another facility operated or controlled by Defendant Adventist Health System/Sunbelt, Inc. following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, as set forth in Request No. 79, above, produce documents sufficient to identify the gross revenues, deductions to gross revenues, other operating revenues, and net revenues to Defendant Adventist Health System/Sunbelt, Inc. arising from or connected to services performed on or for those patients at the subsequent facility, including without any limitation inpatient, observation, outpatient or office visits.

**RESPONSE**:

3

Lash&GoldbergLLP
LASHGOLDBERG.COM

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida  33131-2158 • 305 347 4040 tel   305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida  33331-3615 • 954 384 2500 tel   954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-CV-01711-WWB-EJK

**REQUEST NO. 82**: For those patients of the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated at another facility operated by or affiliated with AdventHealth following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, as set forth in Request Nos. 78 and 80, above, produce documents sufficient to identify any expenses or costs incurred, itemized by individual expense or cost categories, by AdventHealth in connection with the services performed on or for those patients at the subsequent facility, including without any limitation inpatient, observation, outpatient or office visits.

**RESPONSE**:

**REQUEST NO. 83**: For those patients of the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated at another facility operated or controlled by Defendant Adventist Health System/Sunbelt, Inc. following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, as set forth in Request Nos. 79 and 81, above, produce documents sufficient to identify any expenses or costs incurred, itemized by individual expense or cost categories, by Defendant Adventist Health System/Sunbelt, Inc. in connection with the services performed on or for those patients at the subsequent facility, including without any limitation inpatient, observation, outpatient or office visits.

**RESPONSE**:

Lash&Goldberg LLP
LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

**REQUEST NO. 84**: For those patients of the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated at another facility operated by or affiliated with AdventHealth following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, as set forth in Request Nos. 78 and 80, above, produce documents sufficient to identify all itemized revenues and costs included in each of the following: (a) gross and net revenues; (b) gross and net profit/loss; (c) discounts or deductions to gross revenue; (d) cost of goods sold; (e) operating expenses; (f) operating profit/loss; (g) incremental profit; (h) each expense or cost deducted from net sales to arrive at incremental profit; (i) contribution margin; (j) allocated overhead expenses and/or other allocated expenses; (k) other sales, general, and administrative expenses, as well as any of the underlying information used to determine these amounts, by AdventHealth in connection with the services performed on or for those patients at the subsequent facility, including without any limitation inpatient, observation, outpatient or office visits.

**RESPONSE**:

**REQUEST NO. 85**: For those patients of the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated at another facility operated or controlled by Defendant Adventist Health System/Sunbelt, Inc. following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, as set forth in Request Nos. 79 and 81, above, produce documents sufficient to identify all

5

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida  33131-2158 • 305 347 4040 tel  305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida  33331-3615 • 954 384 2500 tel  954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

itemized revenues and costs included in each of the following: (a) gross and net revenues; (b) gross and net profit/loss; (c) discounts or deductions to gross revenue; (d) cost of goods sold; (e) operating expenses; (f) operating profit/loss; (g) incremental profit; (h) each expense or cost deducted from net sales to arrive at incremental profit; (i) contribution margin; (j) allocated overhead expenses and/or other allocated expenses; (k) other sales, general, and administrative expenses, as well as any of the underlying information used to determine these amounts, by Defendant Adventist Health System/Sunbelt, Inc. in connection with the services performed on or for those patients at the subsequent facility, including without any limitation inpatient, observation, outpatient or office visits.

**RESPONSE**:

**REQUEST NO. 86**: For those patients of the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated at another facility operated by or affiliated with AdventHealth following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, as set forth in Request Nos. 78 and 80, above, produce documents sufficient to identify the costs that vary with incremental output ("variable cost") and the costs that do not vary with incremental output ("fixed costs") for each of the costs incurred by AdventHealth in connection with the services performed on or for those patients at the subsequent facility, including without any limitation inpatient, observation, outpatient or office visits.

**RESPONSE**:

Lash&Goldberg LLP
LASHGOLDBERG.COM

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

**REQUEST NO. 87**: For those patients of the AdventHealth Oviedo ER facility who were subsequently transferred to, admitted to, referred to, examined at and/or treated at another facility operated or controlled by Defendant Adventist Health System/Sunbelt, Inc. following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, as set forth in Request Nos. 79 and 81, above, produce documents sufficient to identify the costs that vary with incremental output ("variable cost") and the costs that do not vary with incremental output ("fixed costs") for each of the costs incurred by Defendant Adventist Health System/Sunbelt, Inc. in connection with the services performed on or for those patients at the subsequent facility, including without any limitation inpatient, observation, outpatient or office visits.

**RESPONSE**:

**REQUEST NO. 88:** Produce <u>Documents</u> sufficient to identify all itemized revenues and costs included in each of the following: (a) gross and net revenues; (b) gross and net profit/loss; (c) discounts or deductions to gross revenue; (d) cost of goods sold; (e) operating expenses; (f) operating profit/loss; (g) incremental profit; (h) each expense or cost deducted from net sales to arrive at incremental profit; (i) contribution margin; (j) allocated overhead expenses and/or other allocated expenses; (k) other sales, general, and administrative expenses, as well as any of the underlying information used to determine these amounts, in connection with the sale and/or provision of services and/or the offering

7

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

of services and/or the marketing or advertising of services at the <u>AdventHealth Oviedo ER</u> <u>Facility</u>.

      **RESPONSE**:

      **REQUEST NO. 89:** Produce <u>Documents</u> sufficient to identify the costs that vary with incremental output ("variable cost") and the costs that do not vary with incremental output ("fixed costs") for each of the costs incurred in connection with the actual or anticipated sale and/or provision of services and/or the offering of services and/or the marketing or advertising of services at the <u>AdventHealth Oviedo ER Facility</u>.

      **RESPONSE**:

      **REQUEST NO. 90:** Produce all underlying <u>Documents</u> used to create the Operating Income Statements for <u>AdventHealth Oviedo ER Facility</u> contained in <u>Oviedo</u> <u>Operating Income Statements - FY 2019 - July YTD 2020.xlsm</u>.

      **RESPONSE**:

Lash&Goldberg LLP
LASHGOLDBERG.COM

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida  33131-2158 • 305 347 4040 tel  305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida  33331-3615 • 954 384 2500 tel  954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

**REQUEST NO. 91:** Produce <u>Documents</u> sufficient to identify the costs that vary with incremental output ("variable cost") and the costs that do not vary with incremental output ("fixed costs") for each of the cost line items included the Operating Income Statements for <u>AdventHealth Oviedo ER Facility</u> contained in <u>Oviedo Operating Income Statements - FY 2019 - July YTD 2020.xlsm</u>.

**RESPONSE**:

**REQUEST NO. 92:** Produce <u>Documents</u> sufficient to identify each of the revenue, deduction, and cost line items captured in the Operating Income Statements for <u>AdventHealth Oviedo ER Facility</u> contained in <u>Oviedo Operating Income Statements - FY 2019 - July YTD 2020.xlsm</u> and how each of those amounts were determined.

**RESPONSE**:

**REQUEST NO. 93:** Produce all underlying <u>Documents</u> used to create the Operating Income Statement for <u>AdventHealth Oviedo ER Facility</u> contained in <u>AHS-OVIEDO ER 000001</u>.

**RESPONSE**:

9

Lash&Goldberg LLP
LASHGOLDBERG.COM

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-CV-01711-WWB-EJK

**REQUEST NO. 94:** Produce <u>Documents</u> sufficient to identify each of the revenue, deduction, and cost line items captured in the Operating Income Statements for <u>AdventHealth Oviedo ER Facility</u> contained in <u>AHS-OVIEDO ER 000001</u> and how each of those amounts were determined.

**RESPONSE**:

**REQUEST NO. 95:** Produce <u>Documents</u> sufficient to identify the costs that vary with incremental output ("variable cost") and the costs that do not vary with incremental output ("fixed costs") for each of the cost line items included the Operating Income Statements for <u>AdventHealth Oviedo ER Facility</u> contained in <u>AHS-OVIEDO ER 000001</u>.

**RESPONSE**:

10

Lash&GoldbergLLP
LASHGOLDBERG.COM

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida  33131-2158 • 305 347 4040 tel   305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida  33331-3615 • 954 384 2500 tel   954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

## INTERROGATORIES

**INTERROGATORY NO. 7**: Identify the number of patients of the AdventHealth Oviedo ER facility, since opening, who were subsequently transferred to, admitted to, referred to, examined at and/or treated in another facility operated by or affiliated with AdventHealth following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, including without any limitation inpatient, observation, outpatient or office visits, and for such patients, identify the total charges for the good and services rendered by Advent Health to those patients from the opening of the AdventHealth Oviedo ER facility to present (by fiscal year), the total payments received by AdventHealth (whether from the patients or from a third party payor) and the expenses or costs incurred by AdventHealth, itemized by individual expense or cost categories, for any services provided to or performed in connection with those patients.

**ANSWER**:

**INTERROGATORY NO. 8**: Identify the number of patients of the AdventHealth Oviedo ER facility, since opening, who were subsequently transferred to, admitted to, referred to, examined at and/or treated in another facility operated or controlled by Defendant Adventist Health System/Sunbelt, Inc., including without any limitation inpatient, observation, outpatient or office visits, following that patient's visit to or treatment at the AdventHealth Oviedo ER facility, and for such patients, identify the total charges for the good and services rendered by Adventist Health System/Sunbelt, Inc. to those patients from the opening of the AdventHealth Oviedo ER facility to present (by

11

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida  33131-2158 • 305 347 4040 tel  305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida  33331-3615 • 954 384 2500 tel  954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-CV-01711-WWB-EJK

fiscal year), the total payments received by Adventist Health System/Sunbelt, Inc. (whether from the patients or from a third party payor) and the expenses or costs incurred by Adventist Health System/Sunbelt, Inc., itemized by individual expense or cost categories, for any services provided to or performed in connection with those patients.

**ANSWER**:

**INTERROGATORY NO. 9**: Identify the number of patients, by year, who have presented for treatment at the AdventHealth Oviedo ER facility, since opening.

**ANSWER**:

Dated: August 31, 2020

**/s/ Greg J. Weintraub**
Martin B. Goldberg
Greg J. Weintraub
Emily L. Pincow
LASH & GOLDBERG, LLP
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL  33131-2158
Phone: (305) 347-4040
Fax: (305) 347-4050
mgoldberg@lashgoldberg.com
gweintraub@lashgoldberg.com
epincow@lashgoldberg.com

-and-

Dennis D. Murrell (admitted *pro hac vice*)
Elisabeth S. Gray (admitted *pro hac vice*)
Brian P. McGraw (admitted *pro hac vice*)
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600

12


LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida  33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida  33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-CV-01711-WWB-EJK

Louisville, Kentucky 40202
Phone: (502) 584-1135
Fax: (502) 561-0442
dmurrell@middletonlaw.com
egray@middletonlaw.com
bmcgraw@middletonlaw.com

*Counsel for Plaintiff*

Lash&GoldbergLLP
LASHGOLDBERG.COM

**MIAMI** 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-CV-01711-WWB-EJK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2020, the foregoing was emailed to the following counsel of record:

/s/ Greg. J. Weintraub
Greg J. Weintraub

**Service List**
Mayanne Downs
Florida Bar No. 754900
Primary: mayanne.downs@gray-robinson.com
Secondary: kathy.savage@gray-robinson.com
Michael J. Colitz, III
Florida Bar No. 164348
Primary: michael.colitz@gray-robinson.com
Secondary: jessica.gonzalez@gray-robinson.com
Jason Zimmerman
Florida Bar No. 104392
Primary: jason.zimmerman@gray-robinson.com
Secondary: cindi.garner@gray-robinson.com
**Gray Robinson, P.A.**
301 E. Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

*Attorneys for Defendant,*
*ADVENTIST HEALTH SYSTEM/SUNBELT, INC.*
*D/B/A ADVENTHEALTH OVIEDO ER*

14

Lash&Goldberg LLP
LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel