# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**OVIEDO MEDICAL CENTER, LLC,**

  **Plaintiff,**

v.               Case No: 6:19-cv-1711-Orl-78EJK

**ADVENTIS HEALTH SYSTEM/SUNBELT, INC.,**

  **Defendant.**
_____/

## ORDER

This cause comes before the Court on Plaintiff's Expedited Short-Form Motion to Compel Discovery (Doc. 91), filed August 28, 2020, and Plaintiff's Expedited Short-Form Motion to Shorten Time for Defendant to Respond to Discovery (Doc. 95), filed September 3, 2020. Defendant responded in opposition to the motions. (Docs. 94 & 97, respectively). The Court heard oral argument on both motions on September 10, 2020. (Doc. 100).

For the reasons stated on the record at the hearing, is it **ORDERED** as follows:

1. Plaintiff's Expedited Short-Form Motion to Compel Discovery (Doc. 91) is **DENIED**. Plaintiff shall take the 30(b)(6) deposition of Defendant regarding the financial documents Defendant has already produced to Plaintiff. The parties are directed to raise with the Court any outstanding issues regarding the production of the financial documents, following the deposition, **on or before September 25, 2020**.

2. Plaintiff's Expedited Short-Form Motion to Shorten Time for Defendant to Respond to Discovery (Doc. 95) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2020.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record