UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| OVIEDO MEDICAL CENTER, LLC | ) |
| | ) |
|       PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 6:19-cv-01711-WWB-EJK |
| ADVENTIST HEALTH SYSTEM/SUNBELT, | ) |
| INC. d/b/a ADVENTHEALTH OVIEDO ER | ) |
| | ) |
|       DEFENDANT. | ) |

## PLAINTIFF'S EXPEDITED SHORT-FORM MOTION TO COMPEL DEPOSITION

Pursuant to this Court's September 11 Order and Rule 30(b)(6), Plaintiff served a notice to depose Defendant's representative on September 22. (Exhs. A & B)[1] Defendant's designee, however, was unprepared to testify regarding many of the topics. He conceded his preparation was limited to one two-hour meeting with counsel and he did not speak with other knowledgeable individuals. (Tr. 6:10-8:22)[2]

Revenue and Expenses to Defendant from Patients Treated at ER – Defendant produced a proforma, specifically referenced in the notice (AHS-OVIEDO_ER_000012-AHS-OVIEDO_ER_000014, Topic 41),[3] including projections for "incremental" and

---

[1] Plaintiff served its notice on September 11 and amended on September 17 to include documents Defendant produced on September 17.

[2] Defendant designated the transcript "Highly Confidential." Plaintiff intends to separately move to file it under seal.

[3] Defendant produced AHS-OVIEDO_ER_000010-AHS-OVIEDO_ER_000015 as a single document, but clarified it is three separate documents.



MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

LASHGOLDBERG.COM

"cannibalized" patients who would be treated at Defendant's other campuses after being initially treated at the new ER. Plaintiff's damages are not limited to services within the four walls of the ER. Revenues (and expenses) to Defendant for patients treated in the ER and then transferred to Defendant's other campuses are reasonably related to Defendant's infringement and certainly within the scope of discovery. (Topics 32, 33-35, 37) Defendant's designee could not answer questions regarding the source, calculation or meaning of the figures in the proforma or how actual figures could be determined. (25:6-26:10, 27:8-19, 30:1-22, 31:14-36:25, 95:22-96:8) Incredibly, he made no inquiry into these topics. (*Id.*)

Considering Defendant had sufficient information to prepare a proforma on which it based its decision to build the ER (96:15-97:5), it is implausible that Defendant could not track such revenues. Defendant's designee receives monthly reports stating the volume of patients treated at the ER who are subsequently transferred to another Defendant campus. (53:5-54:9) Pursuant to Rule 30(b)(6), Defendant must present a witness prepared to answer questions regarding the document, as well as what information is (or can be) tracked. A 30(b)(6) witness is required to be educated on the topic, not simply identify other witnesses who may have knowledge.

Overhead Expenses – Defendant testified that the Income Statements produced are not an accurate depiction of its financial performance without an allocation of shared overhead expenses. (16:6-20) Defendant produced an allocation to the ER facility of expenses incurred at the South Region of the Central Florida Division level (AHS-OVIEDO_ER_000015, "Oviedo Operating Income Statements, FY 2019-July YTD 2020";

Lash&GoldbergLLP

LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200  •  Miami, Florida  33131-2158  •  305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220  •  Weston, Florida  33331-3615  •  954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118  •  Tampa, FL 33606-2315  •  813-284-4002 tel

Topics 38, 41), but no supporting detail, source, methodology or calculation of these figures. (19:1-21:21, 35:22-36:25) Nor could Defendant's designee testify to those issues or even what categories Overhead encompassed. (*Id.*;17:25-18:7) If Defendant is going to deduct overhead expenses from its profits, Plaintiff is entitled to discovery regarding them, which was Mr. Ostarly unable to provide.

Plaintiff requests that Defendant be compelled to produce a witness prepared to testify to those topics prior to Plaintiff's expert deadline, its fees and costs associated with this motion and the second deposition and such other relief as the Court deems appropriate.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Defendant in good faith, including via telephone on September 23, 2020, and Defendant opposes the relief requested.

Dated: September 24, 2020

Respectfully submitted,

*/s/ Greg J. Weintraub*
Martin B. Goldberg
Greg J. Weintraub
Emily L. Pincow
LASH & GOLDBERG, LLP
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-4050
mgoldberg@lashgoldberg.com
gweintraub@lashgoldberg.com
epincow@lashgoldberg.com

Lash&Goldberg LLP
LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-cv-01711-WWB-EJK

and

Dennis D. Murrell*
Elisabeth S. Gray*
Brian McGraw*
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
Phone: (502) 584-1135
Fax: (502) 561-0442
dmurrell@middletonlaw.com
egray@middletonlaw.com
bmcgraw@middletonlaw.com

*pro hac vice

**Counsel for Plaintiff Oviedo Medical
Medical Center, LLC**

Lash&GoldbergLLP
LASHGOLDBERG.COM

MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No.: 6:19-cv-01711-WWB-EJK

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on September 24, 2020, the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notification to counsel of record:

*/s/ Greg J. Weintraub*
Greg J. Weintraub

Lash&Goldberg LLP
LASHGOLDBERG.COM

**MIAMI** 100 Southeast 2nd Street, Suite 1200  •  Miami, Florida  33131-2158  •  305 347 4040 tel   305 347 4050 fax
**FT. LAUDERDALE** 2500 Weston Road, Suite 220  •  Weston, Florida  33331-3615  •  954 384 2500 tel   954 384 2510 fax
**TAMPA** 142 West Platt Street, Suite 118  •  Tampa, FL 33606-2315  •  813-284-4002 tel