UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

     Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
D/B/A ADVENTHEALTH OVIEDO ER,

     Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S EXPEDITED SHORT-FORM RENEWED MOTION TO COMPEL PRODUCTION

1.  Defendant respectfully opposes Plaintiff's Renewed Motion.

2.  The Renewed Motion marks Plaintiff's third attempt at either enlarging or accelerating the discovery deadlines in this case. Plaintiff's first request to enlarge the discovery deadline was denied by the Court. (Dkts. 90, 93.) Unsatisfied with that decision, Plaintiff sought to expedite the time for Defendant to respond to Plaintiff's Third Set of Requests for Production ("Third RFPs"). (Dkt. 95.) That motion was likewise denied by the Court. (Dkt. 102.)

3.  Plaintiff's Third RFPs were served on August 31, 2020, a year into the litigation, and were directed to a previously unexplored theory of damages. Namely, Plaintiff sought documents identifying the revenues and expenses of patients who were treated at AdventHealth Oviedo ER and who were "subsequently transferred to, admitted to, referred to, examined at and/or treated in another facility operated by or affiliated with AdventHealth." (Dkt. 95-1.)

4.  Plaintiff's Motion attempts, yet again, to accelerate these discovery responses, this time by claiming that the topic of patient treatment at other AdventHealth facilities was

actually encompassed by Plaintiff's First RFPs and specifically Requests Nos. 12, 13, 14, and 15. However, those requests are expressly limited to the finances of the "<u>AdventHealth Oviedo ER Facility</u>." (Dkt. 90-2, emphasis in original.) In other words, the requests were limited to the single facility that stands accused of infringing upon Plaintiff's "Oviedo ER" trademark.

5. Despite captioning the current motion as a "Renewed Motion to Compel," the original Motion to Compel (Dkt. 91) did not seek finances related to patient transfers or patient treatment at other AdventHealth facilities.

6. Defendant will timely respond to Plaintiff's Third RFP today. As such, the parties have not engaged in the meet and confer required by Local Rule 3.01(g). Defendant respectfully submits that any discovery related to patient transfers or treatment at other AdventHealth facilities is not yet ripe for adjudication.

7. With regard to the finances of AdventHealth Oviedo ER, the relevant Chief Financial Officer testified that the documents produced to date provide a complete and accurate depiction of the facility's finances and that he is unaware of the existence of any other relevant financials. (Ostarly Tr. 23:1-12, 64: 7-12.)

8. Plaintiff's Motion argues that Defendant has not produced the "supporting detail" regarding the overhead calculations for AdventHealth Oviedo ER. However, Defendant has produced a detailed break down of all the direct expenses related to AdventHealth Oviedo ER and a work sheet showing how the overhead allocation for this facility was determined. Plaintiff also extensively questioned Mr. Ostarly regarding this topic. (Ostarly Tr. 22: 16-19.) Defendant objects to producing a breakdown of all of the expenses for its numerous Central Florida facilities. This discovery would be both voluminous and totally unnecessary to

compute the overhead allocation. Moreover, none of these other facilities use the AdventHealth Oviedo ER designation and have not been accused of infringing upon Plaintiff's "Oviedo ER" trademark.

9. Defendant respectfully requests that Plaintiff's Renewed Motion be denied.

Respectfully submitted this 30th day
of September, 2020,

_Brock Magruder_
Mayanne Downs
Florida Bar No. 754900
Primary: mayanne.downs@gray-robinson.com
Secondary: kathy.savage@gray-robinson.com
Michael J. Colitz, III
Florida Bar No. 164348
Primary: michael.colitz@gray-robinson.com
Secondary: jessica.gonzalez@gray-robinson.com
Jason Zimmerman
Florida Bar No. 104392
Primary: jason.zimmerman@gray-robinson.com
Secondary: cindi.garner@gray-robinson.com
Brock Magruder
Florida Bar No. 112614
Primary: brock.magruder@gray-robinson.com
**GrayRobinson, P.A.**
301 E. Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Defendant,*
*ADVENTIST HEALTH SYSTEM/SUNBELT, INC.*
*D/B/A ADVENTISTHEALTH OVIEDO ER*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2020, a true and correct copy of the

foregoing was filed through the CM/ECF system which will serve an electronic copy on

*Counsel for Plaintiff, Oviedo Medical Center LLC*:

Martin B. Goldberg, Esq.  
Emily L. Pincow, Esq.  
Lash & Goldberg, LLP  
Miami Tower  
100 SE 2nd Street, Suite 1200  
Miami, Florida 33131-2158  
mgoldberg@lashgoldberg.com  
epincow@lashgoldberg.com

Dennis D. Murrell  
Elisabeth S. Gray  
Brian McGraw  
Middleton Reutlinger  
401 S. Fourth Street, Suite 2600  
Louisville, Kentucky 40202  
dmurrell@middletonlaw.com  
egray@middletonlaw.com  
bmcgraw@middletonlaw.com

*Brock Magruder*  
Brock Magruder  
Florida Bar No. 112614