UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

      Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
D/B/A ADVENTHEALTH OVIEDO ER,

      Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

## DEFENDANT'S OPPOSITION TO SHORT-FORM MOTION TO COMPEL PRODUCTION OF ELECTRONICALLY STORED INFORMATION [Dkt. 108]

1. Defendant respectfully opposes Plaintiff's Motion to Compel Production of Electronically Stored Information.

2. The Parties stipulated to an ESI protocol and exchanged custodian and search terms in February, 2020. From February to June, Defendant sent three emails requesting the Parties agree on a process for exchanging hit reports and set dates for the ESI exchanges. Plaintiff ignored each email.

3. On July 6, 2020, Plaintiff advised it had reviewed Defendant's proposed search terms and would start its review. Defendant again proposed the exchange of hit reports so the Parties could narrow the searches for a more efficient and cost-effective review. Plaintiff refused to exchange hit reports.

4. In August, Plaintiff proposed additional search terms and the Parties agreed to begin ESI productions on September 25, 2020. The Parties specifically designated the target date as "tentative" and discussed the potential need for further productions and finalization of the productions depending on the pace of the reviews.

5.   On September 25, 2020, the Parties produced ESI documents.  Defendant produced additional documents on October 2, and committed during conferral on this Motion to finalize its production by October 9.  Plaintiff contends the productions were to be completed on or before September 25 and that it has been prejudiced by Defendant's failure to complete its ESI production.

6.   First, no such agreement was made.  September 25 was a tentative target and although Plaintiff contends it completed its ESI production, no privilege log was served.  There appears to be at least some additional work needed for Plaintiff to complete its production, which is consistent with the Parties' agreement to start ESI productions on September 25 (unless it contends there were no privileged documents in its entire ESI review).

7.   Second, Plaintiff waited five months to confirm with Defendant that it began its review and proposed new search terms in August.  From February to July, Plaintiff ignored multiple requests by Defendant to exchange initial hit reports and set an ESI exchange date. After the five-month delay Plaintiff cannot fairly claim prejudice now based on fourteen days.

8.   Defendant respectfully requests that the Court deny Plaintiff's Motion to Compel Production of Electronically Stored Information.

Respectfully submitted this 5th day of October, 2020,

 *Brock Magruder*
Mayanne Downs
Florida Bar No. 754900
Primary: mayanne.downs@gray-robinson.com
Secondary: kathy.savage@gray-robinson.com
Michael J. Colitz, III
Florida Bar No. 164348
Primary: michael.colitz@gray-robinson.com
Secondary: jessica.gonzalez@gray-robinson.com

Jason Zimmerman
Florida Bar No. 104392
Primary: jason.zimmerman@gray-robinson.com
Secondary: cindi.garner@gray-robinson.com
Brock Magruder
Florida Bar No. 112614
Primary: brock.magruder@gray-robinson.com
**GrayRobinson, P.A.**
301 E. Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Defendant,*
*ADVENTIST HEALTH SYSTEM/SUNBELT, INC.*
*D/B/A ADVENTISTHEALTH OVIEDO ER*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2020, a true and correct copy of the foregoing

was filed through the CM/ECF system which will serve an electronic copy on

*Counsel for Plaintiff, Oviedo Medical Center LLC:*

| | |
|---|---|
| Martin B. Goldberg, Esq. | Dennis D. Murrell |
| Emily L. Pincow, Esq. | Elisabeth S. Gray |
| Lash & Goldberg, LLP | Brian McGraw |
| Miami Tower | Middleton Reutlinger |
| 100 SE 2nd Street, Suite 1200 | 401 S. Fourth Street, Suite 2600 |
| Miami, Florida  33131-2158 | Louisville, Kentucky  40202 |
| mgoldberg@lashgoldberg.com | dmurrell@middletonlaw.com |
| epincow@lashgoldberg.com | egray@middletonlaw.com |
| | bmcgraw@middletonlaw.com |

    *Brock Magruder*
Brock Magruder
Florida Bar No. 112614