UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OVIEDO MEDICAL CENTER, LLC,

    Plaintiff,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.
D/B/A ADVENTHEALTH OVIEDO ER,

    Defendant.

CASE NO. 6:19-cv-01711-WWB-EJK

### NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE CLOSURE FOR 60 DAYS PURSUANT TO L.R. 3.08(B)

The parties have reached a tentative settlement and pursuant to Local Rule 3.08(b) request the Court to administratively close this case for 60 days while the parties finalize the settlement.

Respectfully submitted this 27th day of October, 2020,

| /s/ Dennis D. Murrell | /s/ Mayanne Downs |
|---|---|
| Martin B. Goldberg, FBN. 827029 | Mayanne Downs, FBN. 754900 |
| Emily L. Pincow, FBN. 1010370 | Michael J. Colitz, III, FBN. 164348 |
| LASH & GOLDBERG LLP | Jason Zimmerman, FBN. 104392 |
| 2500 Weston Road, Suite 220 | GRAY ROBINSON, P.A. |
| Weston, FL 33331 | 301 E. Pine Street, Suite 1400 |
| Phone: (305) 347-4040 | P.O. Box 3068 |
| mgoldberg@lashgoldberg.com | Orlando, Florida 32802 |
| epincow@lashgoldberg.com | Telephone: (407) 843-8880 |
| | mayanne.downs@gray-robinson.com |
| Dennis D. Murrell* | michael.colitz@gray-robinson.com |
| Elisabeth S. Gray* | jason.zimmerman@gray-robinson.com |
| Brian McGraw* | |
| MIDDLETON REUTLINGER | ***Counsel for Defendant, Adventist Health*** |
| 401 S. Fourth Street, Suite 2600 | ***System/Sunbelt, Inc. D/B/A*** |
| Louisville, Kentucky 40202 | ***AdventHealth/Oviedo ER*** |
| Phone: (502) 584-1135 | |
| dmurrell@middletonlaw.com | |

--2--

egray@middletonlaw.com
bmcgraw@middletonlaw.com

*pro hac vice*

**Counsel for Plaintiff Oviedo Medical Center, LLC**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2020, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy to all counsel of record.

/s/ Myaanne Downs
Mayanne Downs
Florida Bar No. 754900

--2--